# Table of Contents

| | | |
|---|---|---|
| 1. | Defendant Maine Central Railroad Company's Expert Witness Designation | 1 |
| 2. | Dr. Roggli's Diagnostic Causation Report | 2 |
| 3. | Dr. Roggli's Causation Report | 4 |
| 4. | Roggli CV | 6 |
| 5. | 2015 thru 2019 Deposition list Roggli | 37 |
| 6. | TRIAL TESTIMONY LIST ROGGLI | 46 |
| 7. | Expert Report John McCarthy - Coffin 23548 01 06 2020 | 54 |
| 8. | Stephen Broadhead 8-17-18 Report | 100 |
| 9. | 11-27-18 WCB Hearing Transcript of S. Broadhead | 111 |
| 10. | Stephen R. Broadhead Professional Profile | 173 |



# Eaton Peabody

Jason C. Barrett   Attorney
jbarrett @ eatonpeabody.com

204 Main Street, P.O. Box 119
Ellsworth, Maine 04605
Phone 207 664 2900  Fax 207-667-3550
www.eatonpeabody.com

January 6, 2020

*Via Email*

**Jason T. Shipp, Esq.**
Goldberg Persky & White, P.C.
11 Stanwix Street, Suite 1800
Pittsburgh, PA 15222
jshipp@gpwlaw.com

Re:   *Victor Coffin, an individual, and Victor Coffin, as Personal Representative
of the Estate of Linda Coffin, Deceased* v. *Ametek, Inc., et al.*
**Civil Action Docket No. 2:18-cv-00472-NT**

## Defendant Maine Central Railroad Company's Expert Witness Designation
### Pursuant to F.R.Civ.P. 26(a)(2)

**Dear Jason**:

I write to designate Victor Louis Roggli, M.D., John F. McCarthy, SC.D., C.I.H., and Stephen R. Broadhead, CIH, as experts for Defendant Maine Central Railroad Company in this case.

**Victor Louis Roggli, M.D.** -- See attached reports and materials. Dr. Roggli charges a $700 retainer fee and $700 per hour for case review, and deposition testimony. Trial testimony is charged at the rate of $600 per hour.

**John F. McCarthy, SC.D., C.I.H.** -- See attached report and materials. Dr. McCarthy charges $450 per hour for his services.

**Stephen R. Broadhead, CIH** -- See attached report and materials, including hearing testimony before the State of Maine Workers' Compensation Board on November 27, 2018. It is understood that you already have copies of the exhibits referenced in his workers' compensation testimony, incorporated herein by reference. Information regarding his rates will be supplemented.

Defendant reserves the right to supplement this designation, and for the identified experts to supplement their opinions and analysis, if additional relevant information comes to light through the discovery process.

All the best,

Jason C. Barrett

Enclosures
cc:  Stephen Whiting, Esq., w/encl. (via email: steve@whitinglawfirm.com)

AUGUSTA  I  BANGOR  I  BRUNSWICK  I  ELLSWORTH  I  PORTLAND



**Duke University Health System**
Pathology & Laboratory Services

December 12, 2019

Jason C. Barrett, Esq.
Eaton Peabody
204 Main St., P.O. Box 119
Ellsworth, ME 04605

Dear Mr. Barrett:

I have completed studies on the materials I received regarding Mr. Victor A. Coffin (Mid Coast Hospital Cytology No. NG-17-5; Maine General Medical Center Surgical No. S-17-764; PhenoPath Accession No. PP-17-1478; Duke Hospital Accession No. ML-19-289), and the findings and conclusions are summarized below.

The first specimen, labeled NG-17-5, consisted of three glass slides and two paraffin blocks prepared from a pleural fluid cytology cell block. These show atypical cells to be present singly and in small clusters.

The second specimen, labeled S-17-764, consisted of nine glass slides prepared from a right pleural biopsy. These show a biphasic malignancy involving the parietal pleura. The epithelial component consists of nests and papillary structures. Individual tumor cells are polygonal with oval nuclei, small nucleoli and moderate eosinophilic cytoplasm. The sarcomatoid component consists of anaplastic spindle cells arranged haphazardly. The tumor cells stain positive for calretinin, with the epithelial component staining strongly positive (3+) in both a nuclear and cytoplasmic distribution and the sarcomatoid component staining moderately positive (2+). The tumor cells stain positive for cytokeratins 5/6, with the epithelial component staining moderately to strongly positive (2+ to 3+) and the sarcomatoid component staining focally and moderately positive. The tumor cells stain negative for TTF-1, MOC-31 and BerEP4. Positive controls stain appropriately.

The third specimen, labeled PP-17-1478, consisted of a single glass slide prepared from the same material as the second specimen. The tumor stains positive for PDL-1 in approximately 25% of tumor cells.

The gross distribution of tumor in this case as determined by chest roentgenograms,

ML19-000289                                         Printed:  12/13/2019 11:53 AM



# Duke University Health System
## Pathology & Laboratory Services

computed tomography of the thorax, and direct observations of the surgeon at time of thoracoscopy, when combined with the histologic and immunohistochemical features of the tumor as described above, is diagnostic for malignant (diffuse) pleural mesothelioma, biphasic variant. (1) No lung parenchyma was sampled in this case, so I am unable to comment upon the presence or absence of asbestos bodies or asbestosis.

Thank you for referring this case for consultation.

Sincerely,

Victor L. Roggli, M.D.
Professor of Pathology

REFERENCE:

1. Pavlisko EN, Sporn TA: Mesothelioma, Ch. 5, In: Pathology of Asbestos-Associated Diseases, 3rd Ed. (Oury TD, Sporn TA, Roggli VL, eds.), Springer: New York, 2014, pg. 81.

P.S. A bill for the slide review will be submitted separately. Slides and blocks returned.



**Duke**Health
Department of Pathology

December 19, 2019

Jason C. Barrett, Esq.
Eaton Peabody
204 Main St., P.O. Box 119
Ellsworth, ME 04605

Dear Mr. Barrett:

You have requested my further opinion concerning the etiology of the mesothelioma in the case of Mr. Victor A. Coffin, as diagnosed in my prior report dated 12/12/19. In this regard, you have provided me with certain information pertaining to Mr. Coffin's exposure history, including excerpts from the expert report of John F. McCarthy, ScD, CIH, dated December 18, 2019.

It is my understanding that Mr. Coffin served in the US Navy from 1968 to 1971 as an aircraft electrician. He worked for the Maine Central Railroad from the summer of 1967 to December 1967 and again from 1971 to 1987. He worked as a drawbridge operator and his duties included routine maintenance and operation of the bridge. Bath Iron Works was located approximately a quarter of a mile from the Carlton Bridge. From 1988 to 2012 he worked for the US Postal Sevice as a rural letter carrier. He performed repair work on his personal vehicles from 1964 to 2003 working with brakes, clutches and engine gaskets. He also claimed exposure from home remodeling projects to joint compound, insulation, rope gaskets, roofing materials and asbestos siding. Finally, during layoffs from the railroad, he worked as a masonry tender with exposure to refractory cement and a cast-iron furnace.

Assuming that the above information is correct, then it is my opinion to a reasonable degree of medical certainty that any exposure to chrysotile asbestos from working as a bridge operator did not cause or contribute to the development of Mr. Coffin's mesothelioma. According to the expert report of John McCarthy, the upper limit of cumulative exposure to asbestos containing materials during the 17.5 year period that he worked as a Bridge Operator on the Carlton Bridge would have been on the order of 0.00958 fiber/cc-yr. These levels in my opinion are not sufficient for chrysotile to cause or contribute to the development of mesothelioma. On the other hand, exposure to commercial amphibole fibers while serving in the US Navy or performing construction work is a well-recognized cause of mesothelioma in the United States.[1,2]

Jason C. Barrett, Esq.
December 19, 2019
--page two—

Sincerely,

Victor L. Roggli, MD
Professor of Pathology

REFERENCES:

1. Roggli VL, Sharma A, Butnor KJ, Sporn T, Vollmer, RT: Malignant Mesothelioma and Occupational Exposure to Asbestos: A clinical pathological correlation of 1445 cases. *Ultrastruct. Pathol.* **26**: 55, 2002.

2. Roggli VL, Vollmer RT: 25 years of fiber analysis: What have we learned? *Hum Pathol* **39**: 307, 2008.

# CURRICULUM VITAE

## Victor Louis Roggli, M.D.

**Date and Place of Birth:**
April 23, 1951; Winchester, Tennessee

**Education:**
B.A., Rice University (Biochemistry & Environmental Engineering), 1969-1973.
M.D., Baylor College of Medicine, 1973-1976.

**Professional Training:**
Resident, Pathology, Baylor College of Medicine and Affiliated Hospitals, July, 1976 - June 1980.

**Professional Certification:**
Texas State Board of Medical Examiners (FLEX), 1976.
North Carolina State Board of Medical Examiners (reciprocity), 1980
American Board of Pathology, AP/CP, 1980
American Board of Forensic Medicine, 1997

**Academic Appointments;**
Instructor and Chief Resident, Pathology, Baylor College of Medicine and Affiliated Hospitals, 1978-1980.
Associate, Department of Pathology, Duke University Medical Center, 7/1/80-6/30/81.
Assistant Professor, Department of Pathology, Duke University Medical Center, 7/1/81-12/31/88.
Associate Professor, Department of Pathology, Duke University Medical Center, 1/1/89-8/31/94.
Professor, Department of Pathology, Duke University Medical Center, 9/1/94-present.

**Hospital Affiliations:**
Durham Veteran's Administration Medical Center, Durham, N.C.
Duke University Medical Center, Durham, N.C.

**Awards & Honors:**
Phi Beta Kappa, Rice University
Tau Beta Pi (Honorary Engineering Society), Rice University
Phi Lambda Upsilon (Honorary Chemistry Society), Rice University
Alpha Omega Alpha, Baylor College of Medicine (1975)
Stuart A. Wallace Award (Outstanding first year medical student in Pathology), Baylor College of Medicine (1976)
Certificate of Merit for Scientific Exhibit:
  1. Foster, W.L., Gimenez, E.I., Roubidoux, M.A., Sherrier, R.H., Roggli, V.L., and Shannon, R.H. The Emphysemas: Imaging-Pathologic Correlations. Roentgen Ray Society. Boston, MA, May 1991.
Cum Laude for Scientific Exhibit:
  1. Foster, W.L., Gimenez, E.I., Roubidoux, M.A., Sherrier, R.H., Roggli, V. L., and Shannon, R.H. The Emphysemas: Imaging-Pathologic Correlations. Radiological Society of North America, Chicago, IL, Dec. 1991.

**Curriculum Vitae**
**Victor L. Roggli, M.D.**
**Page 2**

**Educative Activities:**
Junior staff position, first year medical laboratory, 1977-1979.
Instructor, Clinical Chemistry, Physician's Assistant Teaching Program, Baylor College of Medicine, 1978-1979.
Instructor, Introductory Pathology Course, Physical Therapists Teaching Program, Baylor College of Medicine, 1979.
Instructor and Senior Staff, Introductory Pathology Course, Duke University Medical Center, 1981-present.
Instructor, Systemic Pathology Course, Duke University Medical Center, 1981-present.
Instructor, Pulmonary Pathology Course, Duke University Medical Center, 1981-present.

**Administrative Activities:**
Research and Development Committee, VAMC (1983-1986)
Medical Records Committee, VAMC (1986-1993)
Quality Improvement Committee (1993-1995)
Director of Evening Shift, VAMC
Associate Director, EM Laboratory, VAMC (1985-1992)
Director, EM Laboratory, VAMC (1992-2006)
Member, Medical District 8 MEDIPRO Review Board (1989-1990)
Chairman, Surgical Case Review Committee (1990-2006)
Appointments, Promotions, and Tenure Committee, Duke University Medical Center (1997- 2005)
Director, National VA Electron Microscopy Program (2005-2007)

**Professional Society Memberships:**
International Association of Pathologists
American Association of Pathologists
College of American Pathologists
American College of Chest Physicians
American Association for the Advancement of Science
American Thoracic Society
Microbeam Analysis Society
Electron Microscopy Society of America
North Carolina Society of Pathologists
Arthur Purdy Stout Society
Society for Ultrastructural Pathology (President: 2012-2014)
International Association for the Study of Lung Cancer
Diplomate, American Board of Forensic Examiners

**Research Interests:**
Asbestos related diseases
Analytical transmission and scanning electron microscopy

**Research Support:**
Asbestos-related Diseases: Analysis of Lung Fiber Burdens. VA Merit Review 7061-001, 1985-1988, P.I. (20%)
Effects of Asbestos on Pulmonary Clearance Mechanisms. VA Merit Review 7061-001, 1988-1991, P.I. (30%)
Mechanisms of Pleural Proliferation Subsequent to Inhalation of Asbestos. VA Merit Review 7061-001, 1992-1995, P.I. (20%)
Immune Mechanisms in Human Asbestosis. NIH Grant No. 2P50 HL14212-16 (Project 3), 1986-1991, Co-Investigator (10%)
Asbestos-Induced Pleural Dysplasia in Rats, Armando E. Fraire, P.I., Victor L. Roggli, Co-Investigator, Baylor Grant BRSG 510-G-16261, 1989-1991.
Acute Lung Injury Mechanisms and Therapy, James D. Crapo, Program Project P.I.; "Core B: Pathology", Victor L. Roggli, P.I., NIH Program Project.

**Curriculum Vitae**
**Victor L. Roggli, M.D.**
**Page 3**

**Invited Lectures and Seminars:**

October, 1985, 51st Annual Meeting of the American College of Chest Physicians, New Orleans, LA, "Clinical Colloquium: Asbestos-Associated Diseases".

August, 1986, 21st Annual Conference of the Microbeam Analysis Society, Albuquerque, NM, "Analytical Electron Microscopy and Pulmonary Toxicology: An Overview".

April, 1988, American Society of Clinical Pathologists and College of American Pathologists Spring Meeting, Kansas City, KS, "Asbestos in the Lungs: Quantitative Approaches to the Evaluation of Lung Fibrosis and Cancer".

June, 1989, Workshop on Fiber Toxicology Research Needs, National Institute of Environmental Health Sciences, Research Triangle Park, NC, "Human Disease Consequences of Fiber Exposures: A Review of Human Lung Pathology and Fiber Burden Data".

June, 1990, The Third Wave of Asbestos Disease: Exposure to Asbestos in Place, Collegium Ramazzini, New York, NY, "Mineral Fiber Content of Lung Tissue in Patients with Environmental Exposures: Household Contacts vs. Building Occupants".

June, 1991, 11th Annual Cancer Conference and Slide Seminar, Longboat Key, FL, "Tumors and Tumor-Like Lesions of the Lung and Mediastinum".

September, 1991, American Society of Clinical Pathologists and College of American Pathologists Fall Meeting, New Orleans, LA, "Hard Metal Disease: An Enigmatic Occupational Problem".

September, 1991, Tennessee Environmental Health Association Annual Education Conference, Nashville, TN, "Asbestos and The Community".

October, 1991, 57th Annual Meeting of the American College of Chest Physicians, San Francisco, CA, "Mineral Fiber Content of Lung Tissue in Patients with Benign Asbestos-Related Pleural Disease".

April, 1993, 33rd Annual Meeting of the Houston Society of Clinical Pathologists, Houston, TX, "Malignant Mesothelioma: An Update".

May, 1993, Albany Veterans Administration Medical Center, Albany, NY, "Rarer Forms of Pneumoconiosis".

October, 1993, 59th Annual Meeting of the American College of Chest Physicians, Orlando, FL, "Mesothelioma: Pathology, Epidemiology and Pathogenesis" and "Role of Fiber Analysis in Asbestos-Associated Diseases".

November, 1993, University of Massachusetts Medical Center, Worcester, MA, "Malignant Mesothelioma: An Update of Clinical and Pathologic Aspects".

April, 1994, American Society of Clinical Pathologists and College of American Pathologists Spring Meeting, Seattle, WA, "Asbestos and the Development of Mesotheliomas".

October, 1994, Annual Scientific Meeting of the Royal College of Pathologists of Australia, Adelaide, South Australia, "Symposium on Occupational Lung Disease".

March, 1995, 5th International Conference on Environmental and Occupational Lung Disease, Miami, FL, "Clinical Methods in Occupational and Environmental Lung Disease: Pathological Classification and Reporting".

March, 1996, Society for Ultrastructural Pathology, Washington, D.C., "Mineralogic Evaluation of Lung Tissue of Persons with Malignant Mesothelioma: Is Crocidolite Asbestos the Only Type of Asbestos that Causes Mesothelioma?"

June, 1996, Occupational Pulmonary Pathology Course, São Pauulo and Fortaleza, Brazil.

August, 1996, Ultrapath VIII, Society for Ultrastructural Pathology, Oaxaca, Mexico, "Energy Dispersive X-ray Analysis and X-ray Diffraction".

January, 1997, Asbestos, Asbestosis and Cancer Workshop, Espoo, Finland.

August, 1997, 8th World Conference on Lung Cancer, Dublin, Ireland, "Tumors that Mimic Malignant Mesothelioma".

October, 1997, Mixed Dust Pneumoconiosis Workshop, Nikko, Japan.

Curriculum Vitae
Victor L. Roggli, M.D.
Page 4

March, 1998, ASIP Symposium for the 87thAnnual Meeting of the United States and
Canadian Academy of Pathology, Boston, MA, "Molecular Genetics and Gene
Therapy of Human Malignant Mesothelioma: Epidemiology and Pathology of
Diffuse Malignant Mesothelioma"

October, 1998, International Academy of Pathology, Nice, France, Pleural Mesothelioma
Slide Seminar (Chairman)

April 23, 1999, "Pathology of Pulmonary Neoplasms", American Thoracic Society, Post
Graduate Course No. 10, Pulmonary Pathology for the Pulmonologist, San Diego,
CA

April 23, 1999, "Rare Cystic and Interstitial Lung Diseases: Histopathological Pearls",
American Thoracic Society, Post Graduate Course No. 3, Interstitial Lung Diseases,
San Diego, CA

October, 2000, International Academy of Pathology, Nagoya, Japan, Mesothelioma and
Pneumoconiosis Slide Seminar (Co-Chairman)

January 25, 2001, "Mesothelioma and Occupational Exposure to Asbestos: A Study of
1445 Cases". S. Donald Greenberg Memorial Lectures, Baylor College of
Medicine, Houston, TX.

January 27, 2001, "Pathology of Pneumocomiosis." Texas Society of Pathologists Annual
Mtg., San Luis Resort and Spa, Galveston, TX.

May 19, 2001, "Pathology of Pulmonary Neoplasms." America Thoracic Society, Post
Graduate Course No. 22, Pulmonary Pathology for the Pulmonologist, San
Francisco, CA.

February 1, 2002, "Malignant Mesothelioma: Diagnostic Challenges and Pitfalls". Grand
Rounds, Georgetown Univ. Med. School, Washington, D.C.

February 23, 2002, "Scanning Electron Microscopy in Anatomic Pathology", Electron
Microscopy Ad Hoc Review Group Meeting, Chicago, Il.

March 8, 2002, "Analysis of Occupational and Environmental Exposures to Dusts",
International Update on Occupational and Environmental Respiratory Disease,
Houston, TX.

May 17, 2002, "Pathology of Pulmonary Neoplasms", America Thoracic Society, Post
Graduate Course No. 11, Pulmonary Pathology for the Pulmonologist, Atlanta, GA.

October 7, 2002, International Academy of Pathology, Amsterdam, NL, Pleural Lesions,
Symposium No. 9. (Co-Chairman)

August 1, 2003, "Pneumoconiosis and Mesothelioma". Pulmonary Pathology Society Third
Biennial Summer Symposium, Snowmass, CO, July 30-August 1, 2003.

October 18-19, 2003, "Respiratory Bronchiolitis Associated Interstitial Lung Disease" and
"ARDS vs AIP: The Gospel According to Pratt". Symposium on Lung Disease,
Baylor College of Medicine, Houston, TX.

March 6, 2004, "Asbestos-Related Non-neoplastic Lung Diseases". Pulmonary Pathology
Society Companion Meeting, U.S. Can. Academy of Pathology, Vancouver, B.C.

October 11, 2004, International Academy of Pathology, Brisbane, AU, Environmental
Lung and Pleural Disease, PPS Companion Meeting. (Co-Chairman)

October 14, 2004, "Asbestos Body and Asbestos Fiber Analysis in Mesothelioma Patients,"
International Academy of Pathology, Brisbane, AU.

February 27, 2005, "The Role of Analytical SEM in the Determination of Causation in
Malignant Mesothelioma," Society for Ultrastructural Pathology, San Antonio, TX.

June 15, 2005, Pulmonary Pathology Society Fourth Biennial Summer Symposium, Lake
Annecy, France, Neoplastic Lung Disease I (Co-Chairman).

April 6, 2006, "Asbestos Fiber Burden Analysis," Current Concepts in Asbestos Lung
Disease, Second Annual Course, Harvard Medical School, Boston, MA.

April 7, 2006, "Pathogenesis and Pathology of Benign Asbestos Pleural Disease," Current
Concepts in Asbestos Lung Disease, Second Annual Course, Harvard Medical
School, Boston, MA.

May 9-10, 2006, ATSDR Expert Panel Meeting on Biomarkers of Asbestos Exposure and
Disease, Atlanta, GA.

September 19, 2006, "Well Differentiated Papillary Mesothelioma," SC08 Pulmonary
Pathology: Pleural Tumors, International Academy of Pathology XXVI
International Congress, Montreal, Canada.

Curriculum Vitae
Victor L. Roggli, M.D.
Page 5

October 21, 2006, "Understanding the Terminology and Pathology of Peritoneal
    Mesothelioma," International Mesothelioma Interest Group, Chicago, IL
May 10, 2007, "Surgical Pathology of the Pleura," Memorial Sloan Kettering Cancer
    Center Surgical Pathology Course, New York, NY.
September 3, 2007, "State of the Art Mesothelioma Diagnosis: A Moving Target,"
    Educational Session I: Mesothelioma, 12th World Conference on Lung Cancer,
    Seoul, South Korea.
November 2, 2007, "Twenty-five Years of Fiber Analysis: What Have We Learned?"
    Brigham and Women's Hospital Visiting Scholar Program, Boston, MA.
June 24-26, 2009, "Update on the PPS/CAP Guidelines for the Diagnosis of Asbestosis"
    and "Debate: Asbestos Exposure and Lung Cancer", Pulmonary Pathology Society
    Sixth Biennial Meeting, Portland, OR.
August 4, 2009, "Pleural Invasion", International Association for the Study of Lung Cancer
    13th World Conference on Lung Cancer, San Francisco, CA.
August 31, 2010, "Verification of the Consensus Statement from the IMIG 2006",
    International Mesothelioma Interest Group, Kyoto, Japan, August 31-September 3,
    2010.
January 11, 2011, "The Diagnosis of Mesothelioma in the 21st Century", Memorial Sloan
    Kettering Cancer Center Visiting Scholar Program, New York, NY.
February 27, 2011, "Electron Microprobe Analysis in Metal-Induced Lung Disease",
    Society for Ultrastructural Pathology Companion Meeting, San Antonio, TX.
August 18-20, 2011, "Update on Metal-Related Lung Disease", Pulmonary Pathology
    Society Seventh Biennial Meeting, New York, NY.
February 10, 2012, "The Diagnosis of Mesothelioma in the 21st Century", Brigham and
    Women's Hospital Visiting Scholar Program, Boston, MA.
September 14, 2012, "All Asbestos is Bad – Pro and Con", 11th International Conference of
    the International Mesothelioma Interest Group, Boston, MA.
June 28, 2013, "Reactive, atypical and neoplastic mesothelial proliferations: how good are
    our criteria?" Pulmonary Pathology Society Eighth Biennial Meeting, Grenoble,
    France, June 25-28, 2013.
October 30, 2013, "Pathology of mesothelioma", IASLC 15th World Conference on Lung
    Cancer, Sydney, Australia, October 27-30, 2013.
February 11-13, 2014, International Conference on Monitoring and Surveillance of
    Asbestos-Related Diseases 2014, Hanasaari Cultural Center, Espoo, Finland.
March 27, 2014, "Asbestos Exposure and Mesothelioma", Malignant Mesothelioma
    Diagnostic Guideline Symposium, Millennium Hilton Hotel, Seoul, Korea.
July 30, 2014, "President's Lecture: Fiber Analysis Vignettes: Electron Microscopy to the
    Rescue!", Ultrapath XVII, Biltmore Inn, Asheville, NC.
June 2, 2015, "Pathology and Asbestos-Related Diseases: Thresholds and Linear Models",
    AIHCe 2015, Salt Lake City, UT.
March 16, 2016, "Occupationally Related Pleural and Pulmonary Disorders in the 21st
    Century: Challenges, Pitfalls and No-nos." Short Course 59, US-Canadian
    Academy of Pathology Annual Meeting, Seattle, WA.
December 6, 2016, "Role of Electron Microscopy in Evaluation of Asbestos-Related
    Diseases Among Veterans." Department of Veterans Affairs, Electron Microscopy
    Program, Benchmarks for Quality in EM Webinar, Durham, NC.
March 9, 2017, "Occupationally Related Pleural and Pulmonary Disorders in the 21st
    Century: Challenges, Pitfalls and No-nos." Short Course 59, US-Canadian
    Academy of Pathology Annual Meeting, San Antonio, TX.
March 23, 2018, "Occupationally Related Pleural and Pulmonary Disorders in the 21st
    Century: Challenges, Pitfalls and No-nos." Short Course 59, US-Canadian
    Academy of Pathology Annual Meeting, Vancouver, B.C., Canada.
May 21, 2018, "Household Exposure: Correlating Cumulative Exposure (aka Dose) with
    Lung Digestion Analyses." AIHCe 2018, Philadelphia, PA.
June 28, 2018, "Fiber Analysis of Lung Tissue: An Overview." Ultrapath XIX, Newport,
    RI.
June 28, 2018, "Dimensions of Elongated Mineral Particles: A Study of More Than 570
    Fibers from More Than 90 Cases with Implications for Pathogenicity and

Curriculum Vitae
Victor L. Roggli, M.D.
Page 6

Classification as Asbestiform vs. Cleavage Fragments." Ultrapath XIX, Newport, RI.

July 6-7, 2018, "Biphasic Mesothelioma." IASLC EURACAN Multidisciplinary Workshop on Mesothelioma Classification, Lyon, France.

**Member:**

U.S.-Canadian Mesothelioma Panel (April, 1987-present)
NIOSH Board of Scientific Counselors, Fiber Subcommittee (1990-present)
Credentials Committee, American College of Chest Physicians (1991-1996)
Center of Environmental and Toxicologic Pathology, American Registry of Pathology, A.F.I.P. (June, 1992-present)
International Mesothelioma Panel (1997-present)
Program Chairman, Pulmonary Pathology Society (1997-1998)
Editorial Board, Modern Pathology (July, 1997-present)
Scientific Advisory Board, Mesothelioma Applied Research Foundation (May, 1999-2010)
President, Pulmonary Pathology Society (2000-2002)
International Association for Study of Lung Cancer Pathology Panel (2004-2014)
Editorial Board, Archives of Pathology & Laboratory Medicine (February, 2005-present)
Pulmonary and Mediastinum Tumors Cancer Protocol Review Panel, CAP (September, 2006-present)
Co-Chairman, Asbestosis Committee, College of American Pathologists/Pulmonary Pathology Society (July, 2007 – present)
International Collaboration on Cancer Reporting (July, 2014 – present)
Editorial Board, Ultrastructural Pathology (July, 2015 – present)

# PUBLICATIONS

**Full-Length Papers:**

1.  Roggli, V.L.: Resident's Page, Quiz Case #2. Arch. Otolaryngol. 104:546-549, 1978.

2.  Roggli, V.L., Judge, D., McGavran, M.H.: Duodenal Glucagonoma: A Case Report. Human Pathol. 10:350-353, 1979.

3.  Roggli, V.L., Suzuki, M., Armstrong, D., McGavran, M.H.: Pituitary Microadenoma and Primary Lymphoma of Brain Associated with Hypothalamic Invasion. Am. J. Clin. Pathol. 71:724-727, 1979.

4.  Roggli, V.L., Estrada, R., Fechner, R.E.: Thyroid Neoplasia Following Irradiation for Medulloblastoma: Report of Two Cases. Cancer 43:2232-2238, 1979.

5.  Roggli V.L., Kim, H-S., Hawkins, E.: Congenital Generalized Fibromatosis with Visceral Involvement: A Case Report. Cancer 45:954-960, 1980.

6.  Roggli, V.L., Greenberg, S.D., Seitzman, L.H., Hurst, G.A., Spivey, C.G., Nelson, K.G., Hieger, L.R.: Pulmonary Fibrosis, Carcinoma, and Ferruginous Body Counts in Amosite Asbestos Workers: A Study of Six Cases. Am. J. Clin. Pathol. 73:496-503, 1980.

7.  Roggli, V.L., Greenberg, S.D., McLarty, J.L., Hurst, G.A., Spivey, C.G., Hieger, L.R.: Asbestos Body Content of the Larynx in Asbestos Workers: A Study of Five Cases. Arch. Otolaryngol. 106:533-535, 1980.

8.  McLemore, T.L., Mace, M.L., Roggli, V.L., Marshall, M.V., Lawrence, E.C., Wilson, R.K., Martin, R.R., Brinkley, B.R., Greenberg, S.D.: Asbestos Body Phagocytosis by Human Free Alveolar Macrophages. Cancer Letters 9:85-93, 1980.

Curriculum Vitae
Victor L. Roggli, M.D.
Page 7

9.  Mace, M.L., McLemore, T.L., Roggli, V.L., Brinkley, B.R., Greenberg, S.D.: Scanning Electron Microscopic Examination of Human Asbestos Bodies. Cancer Letters 9:95-104, 1980.

10. Roggli, V.L., Greenberg, S.D., McLarty, J.W., Hurst, G.A. Hieger, L.R., Farley, M.L., Mabry, L.C.: Comparison of Sputum and Lung Asbestos Body Counts in Former Asbestos Workers. Am. Rev. Resp. Dis. 122: 941-945, 1980.

11. Roggli, V.L., Hausner, R.J., Askew, J.B., Jr.: Alpha-1-Anti-trypsin Globules in Hepatocytes of Elderly Individuals with Liver Disease: A Report of Three Cases. Am. J. Clin. Pathol. 75: 538-542, 1981.

12. Roggli, V.L., Subach, J.A., Saleem, A.: Prognostic Factors and Treatment Effects on Survival in Erythroleukemia: A Retrospective Study of 134 Cases. Cancer 48: 1101-1105, 1981.

13. McLemore, T.L., Roggli, V.L., Marshall, M.V., Lawrence, E.C., Greenberg, S.D., Stevens, P.M.: Comparison of Phagocytosis of Uncoated vs. Coated Asbestos Fibers by Cultured Human Pulmonary Alveolar Macrophages. Chest 80: 39S-42S, 1981.

14. McLemore, T.L., Greenberg, S.D., Wilson, R.K., Buffler, P.A., Roggli, V.L., Mace, M.L.: Asbestos Associated Pulmonary Disease-An Update. Tex Med. 77: 38-45, 1981.

15. Roggli, V.L., Saleem, A.: Erythroleukemia: A Study of 15 Cases and Literature Review. Cancer 49: 101-108, 1982.

16. Roggli, V.L., Shelburne, J.D.: New Concepts in the Diagnosis of Mineral Pneumoconioses. In: Lung Pathology for the Clinician (Greenberg, S.D., ed.), Sem. Respir. Med. 4:138-148, 1982.

17. Godwin, J.D., Ravin, C.E., Roggli, V.L.: Fatal Pneumocystis Pneumonia, Cryptococcosis, and Kaposi Sarcoma in a Homosexual Man. Am. J. Roentgenol. 138:580-581, 1982.

18. Pickett, J.P., Roggli, V.L.: Rapid Histological Staining Procedures for Material from Immune-Suppressed Patients. Am. J. Med. Technol. 48:893-902, 1982.

19. Roggli V.L., McGavran, M.H., Subach, J.A., Sybers, H.D., Greenberg, S.D.: Pulmonary Asbestos Body Counts and Electron Probe Analysis of Asbestos Body Cores in Patients with Mesothelioma: A Study of 25 cases. Cancer 50:2423-2432, 1982.

20. Roggli, V.L., Pratt, P.C.: Numbers of Asbestos Bodies on Iron-Stained Tissue Sections in Relation to Asbestos Body Counts in Lung Tissue Digests. Hum. Pathol. 14:355-361, 1983.

21. Osborne, D.R., Jaszczak, R.J., Green, K., Roggli. V.L., Lischko, M., Coleman, R.E.: Detection of Pulmonary Emboli in Dogs: Comparison of Single Photon Emission Computed Tomography, Gamma Camera Imaging, and Angiography. Radiology 146:493-497, 1983.

22. Roggli, V.L., Johnston, W.W., Kaminsky, D.B.: Asbestos Bodies in Fine Needle Aspirates of Lung. Acta. Cytolog. 28:493-498, 1984.

23. Roggli, V.L., Ingram, P., Linton, R.W., Gutknecht, W.F., Mastin, P., Shelburne, J.D.: New Techniques For Imaging and Analyzing Lung Tissue. Environ. Health Persp. 56:163-183, 1984.

24. Wain, S.L., Roggli, V.L., Foster, W.L.: Parietal Pleural Plaques, Asbestos Bodies, and Neoplasia: A Clinical, Pathological, and Radiographic Correlation of 25 Consecutive Cases. Chest 86:707-713, 1984.

Curriculum Vitae
Victor L. Roggli, M.D.
Page 8

25. Roggli, V.L., Brody, A.R.: Changes in Numbers and Dimensions of Chrysotile Asbestos Fibers in Lungs of Rats Following Short-term Exposure. Exp. Lung Res. 7:133-147, 1984.

26. Jackson, M.D., Albrecht, R., Roggli, V.L., Shelburne, J.D.: Pulmonary Blastoma: An Ultrastructural and Immunohistochemical Study. Ultrastruct. Pathol. 7:259-268, 1984.

27. Roggli, V.L., Vollmer, R.T., Greenberg, S.D., McGavran, M.H., Spjut, H.J., Yesner, R.: Lung Cancer Heterogeneity: A Blinded and Randomized Study of 100 Consecutive Cases. Hum. Pathol. 16:569-579, 1985.

28. Vollmer, R.T., Roggli, V.L.: Asbestos Body Concentrations in Human Lung: Predictions from Asbestos Body Counts in Tissue Sections using a Mathematical Model. Hum. Pathol. 16:713-718, 1985.

29. Gylseth, B., Churg, A., Davis, J.M.G., Johnson, N., Morgan, A., Mowe, G., Rogers, A., Roggli, V.L.: Analysis of Asbestos Fibers and Asbestos Bodies in Human Lung Tissue Samples: An International Interlaboratory Trial. Scand. J. Work Environ. Health 11:107-110, 1985.

30. Baker, D., Kupke, K.G., Ingram, P., Roggli, V.L., Shelburne, J.D.: Microprobe Analysis in Human Pathology, Scanning Electron Microscopy, II, Johari, O., ed., SEM Inc., AMF O'Hare (Chicago), Il, 60666, pp. 659-680, 1985.

31. Chiles, C., Chen, J.T.T., Elson, C., Roggli, V.L.: Chest Wall Mass in an Elderly Male. Invest. Radiol. 20:355-359, 1985.

32. McLendon, R.E., Roggli, V.L., Foster, W.L., and Becsey, D.: Carcinoma of the Lung with Osseous Stromal Metaplasia. Arch. Pathol. Lab. Med. 109:1051-1053, 1985.

33. Pratt, P.C., George, M.H., Mastin, J.P., Roggli, V.L.: Crystalline Foreign Particulate Material in Hernia Sacs. Hum. Pathol. 16:1141-1146, 1985.

34. Roggli, V.L., Keener, S., Bradford, W.D., Walker, D.H., and Pratt, P.C.: Pulmonary Pathology of Rocky Mountain Spotted Fever (RMSF) in Children. Pediatric Pathology 4:47-57, 1985.

35. Roggli, V.L., Pratt, P.C., Brody, A.R.: Asbestos Content of Lung Tissue in Asbestos-Associated Diseases: A Study of 110 Cases. Br. J. Ind. Med. 43:18-28, 1986.

36. Szpak, C.A., Johnston, W.W., Roggli, V.L., Kolbeck, J., Lottich, S.C., Vollmer, R., Thor, A., Schlom, J.: The Diagnostic Distinction Between Malignant Mesothelioma of the Pleura and Adenocarcinoma of the Lung as Defined by a Monoclonal Antibody (B72.3). Am. J. Pathol. 122:252-260, 1986.

37. Foster, W.L., Pratt, P.C., Roggli, V.L., Halversen, R.A., Godwin, J.D., Putman, C.E.: Centrilobular Emphysema: CT-Pathological Correlation. Radiology 159:27-32, 1986.

38. Roggli, V.L., and Greenberg, S.D.: Analytical Electron Microscopy and Pulmonary Toxicology: An Overview. Microbeam Analysis-1986, (A.D. Romig, Jr., and W.F. Chambers, eds.), San Francisco Press, Inc., San Francisco, 1986, pp. 539-540.

39. Pinkerton, K.E., and Roggli, V.L.: The Role of Fiber Number, Size, and Mass in Asbestos-induced Lung Disease. Microbeam Analysis-1986, (A.D. Romig, Jr., and W.F. Chambers, eds.), San Francisco Press, Inc., San Francisco, 1986, pp. 553-555.

40. Mastin, J.P., Furbish, W.J., Delong, E.R., Roggli, V.L., Pratt, P.C., and Shelburne, J.D.: Inorganic particulate matter from lungs of individuals without occupational exposure. Microbeam Analysis-1986, (A.D. Romig, Jr., and W.F. Chambers, eds.), San Francisco Press, Inc., San Francisco, 1986, pp. 583-585.

Curriculum Vitae
Victor L. Roggli, M.D.
Page 9

41. Roggli, V.L.: Analytical Scanning Electron Microscopy in the Investigation of Unusual Exposures. Microbeam Analysis-1986, (A.D. Romig, Jr., and W.F. Chambers, eds.), San Francisco Press, Inc., San Francisco, 1986, pp. 586-588.

42. Austin, M.B., Fechner, R.E., Roggli, V.L.: Pleural Malignant Mesothelioma Following Wilms' Tumor. Am. J. Clin. Pathol. 86:227-230, 1986.

43. Roggli, V.L., Piantadosi, C.A., and Bell, D.Y.: Asbestos Bodies in Bronchoalveolar Lavage Fluid: A Study of 20 Asbestos-Exposed Individuals and Comparison to Patients with Other Chronic Interstitial Lung Disease. Acta Cytolog. 30:460-467, 1986.

44. Pinkerton, K.E., Plopper, C.G., Mercer, R.R., Roggli, V.L., Patra, A.L., Brody, A.R., and Crapo, J.D.: Airway Branching Patterns Influence Asbestos Fiber Location and the Extent of Tissue Injury in the Pulmonary Parenchyma. Laboratory Investigation 55:688-695, 1986.

45. Roggli, V.L., George, M.H., and Brody, A.R.: Clearance and Dimensional Changes of Crocidolite Asbestos Fibers Isolated from Lungs of Rats Following Short-Term Exposure. Environ. Res. 42:94-105, 1987.

46. Linder, J., Stein, R.B., Roggli, V.L., Vollmer, R.T., Croker, B.P., Postlethwait, R.W., and Shelburne, J.D.: Polypoid Tumor of the Esophagus. Hum. Pathol. 18:692-700, 1987.

47. Fraire, A.E., Roggli, V.L., Vollmer, R.T., Greenberg, S.D., McGavran, M.H., Spjut, H.J., and Yesner, R.: Lung Cancer Heterogeneity: Prognostic Implications. Cancer 60:370-375, 1987.

48. Benning, T.L., Godwin, J.D., Roggli, V.L., and Askin, F.B.: Cartilaginous Variant of Congenital Cystic Adenomatoid Malformation. Chest 92:514-516, 1987.

49. Roggli, V.L.: Analytical Electron Microscopy of Mineral Fibers from Human Lungs. Proceedings of the 45th Annual Meeting of the Electron Microscopy Society of America (Bailey, G.W., ed.), San Francisco Press, Inc., San Francisco, pp. 666-669, 1987.

50. Roggli, V.L., Kolbeck, J., Sanfilippo, E., and Shelburne, J.D.: Pathology of Human Mesothelioma: Etiologic and Diagnostic Considerations. Pathol. Annu., Part 2, Vol. 22, pp. 91-131, 1987.

51. Knapp, M.J., Roggli, V.L., Kim, J., Moore, J.O., and Shelburne, J.D.: Pleural Amyloidosis. Arch. Pathol. Lab. Med. 112:57-60, 1988.

52. Pratt, P.C., Roggli, V.L., and Tesoriero, V.J.: Lower Incidence of Death from Chronic Renal Disease in Patients with Non-lethal Pulmonary Emphysema: A Statistical Study. Modern Pathol. 1:57-63, 1988.

53. Tabatowski, K., Roggli, V.L., Fulkerson, W.J., Langley, R.L., Benning, T., and Johnston, W.W.: Giant Cell Interstitial Pneumonia in a Hard Metal Worker: Cytologic, Histologic and Analytical Electron Microscopic Investigation. Acta Cytol. 32:240-246, 1988.

54. Humphrey, P.A., Scroggs, M.S., Roggli, V.L., and Shelburne, J.D.: Pulmonary Carcinomas with a Sarcomatoid Element: An Immunocytochemical and Ultrastructural Analysis. Hum. Pathol. 19:155-165, 1988.

55. Ramage, J.E., Roggli, V.L., Bell, D.Y., and Piantadosi, C.A.: Interstitial Pneumonitis and Fibrosis Associated with Domestic Wood Burning. Am. Rev. Respir. Dis. 137:1229-1232, 1988.

Curriculum Vitae
Victor L. Roggli, M.D.
Page 10

56. Elson, C.E., Roggli, V.L., Vollmer, R.T., Greenberg, S.D., Fraire, A.E., and Yesner, R.: Prognostic Indicators for Survival in Stage I Carcinoma of the Lung: A Histologic Study of 47 Surgically Resected Cases. Modern Pathol. 1:288-291, 1988.

57. Roggli, V.L.: Preparatory Techniques for the Quantitative Analysis of Asbestos in Tissues. Proceedings of the 46th Annual Meeting of the Electron Microscopy Society of America, (Bailey, G.W., ed.), San Francisco Press, Inc., San Francisco, pp. 84-85, 1988.

58. Moore, C.K., Hellreich, M.A., Coblentz, C.L., and Roggli, V.L.: Aspergillus terreus as a Cause of Invasive Pulmonary Aspergillosis. Chest 94:889-891, 1988.

59. Coblentz, C.L., Chen, J.T.T., Bernhardt, P., and Roggli, V.L.: Calcified Intralobar Pulmonary Sequestration. J. Can. Assoc. Radiol. 39:290-292, 1988.

60. Bergin, C., Roggli, V.L., Coblentz, C., and Chiles, C.: The Secondary Lobule: The Normal and Abnormal CT Appearance. Am. J. Roentgenol. 151:21-25, 1988.

61. Joines, R.A., and Roggli, V.L.: Dendriform Pulmonary Ossification: Report of Two Cases with Unique Findings. Am. J. Clin. Pathol. 91:398-402, 1989.

62. Edelman, D.A., and Roggli, V.L.: The Accumulation of Nickel in Human Lungs. Environ. Health Persp. 81:221-224, 1989.

63. Roggli, V.L.: Nonasbestos Mineral Fibers from Human Lungs. Microbeam Analysis - 1989 (P.E. Russell, ed.), San Francisco Press, Inc., San Francisco, 1989, pp. 57-59.

64. Lomasney, L., Bergin, C.J., Lomasney, J., Roggli, V.L., and Foster, W.L.: CT Appearance of the Lunate Trachea. J. Comp. Asst. Tomogr. 13:520-522, 1989.

65. Dovey, M., Wisseman, C.L., Roggli, V.L., Roomans, G.M., Shelburne, J.D., and Spock, A.: Ultrastructural Morphology of the Lung in Cystic Fibrosis. J. Submicros. Cytol. Pathol. 21:521-534, 1989.

66. Scroggs, M.W., Roggli, V.L., Fraire, A.E., and Sanfilippo, F.: Eosinophilic Intracytoplasmic Globules in Pulmonary Adenocarcinomas: A Histochemical, Immunohistochemical and Ultrastructural Study of Six Cases. Hum. Pathol. 20:845-849, 1989.

67. Cagle, P.T., Truong, L.D., Roggli, V.L., and Greenberg, S.D.: Immunohistochemical Differentiation of Sarcomatoid Mesotheliomas from Other Spindle-Cell Neoplasms. Am. J. Clin. Pathol. 92:566-571, 1989.

68. Sherrier, R.H., Chiles, C., and Roggli. V.L.: Pulmonary Lymphangioleiomyomatosis: CT Findings. Am. J. Roentgenol. 153:937-940, 1989.

69. Roggli, V.L.: Human disease consequences of fiber exposures - A review of human lung pathology and fiber burden data. Environ. Health Persp. 88:295-303, 1990.

70. Shelburne, J.D., Ingram, P., and Roggli. V.L.: Application of Analytical Electron Microscopy to the Study of Environmental Disease, In: National Training Course on the Application of Electron Microscopy in Biomedical Research and Diagnosis of Human Diseases (Mukherjee TM, ed.), University of Adelaide, South Australia, 1990, pp 92-99.

71. Roggli, V.L. and Benning, T.L.: Asbestos Bodies in Pulmonary Hilar Lymph Nodes. Mod. Pathol. 3:513-517, 1990.

72. Roggli, V.L.: The contributions of analytical electron microscopy to the detection and quantification of asbestos in human lung samples. Proceedings of the XIIth International

Curriculum Vitae
Victor L. Roggli, M.D.
Page 11

Congress for Electron Microscopy, vol. 2, San Francisco Press, Inc., San Francisco, pp. 340-341, 1990.

73. Roggli, V.L.: Scanning electron microscopic analysis of mineral fiber content of lung tissue in the evaluation of diffuse pulmonary fibrosis. Scanning Microsc. 5:71-83, 1991.

74. McCaughey, W.T.E., Colby, T.V., Battifora, H., Churg, A., Corson, J.M., Greenberg, S.D., Grimes, M.M., Hammar, S., Roggli, V.L., and Unni, K.K.: The diagnosis of diffuse malignant mesothelioma: Experience of the U.S./Canadian Mesothelioma Panel. Mod. Pathol. 4:342-353, 1991.

75. Roggli, V.L. and Longo, W.E.: Mineral fiber content of lung tissue in patients with environmental exposures: Household contacts vs. building occupants. Ann. NY Acad. Sci. 643:511-519, 1992.

76. Fisher, M., Roggli, V.L., Merten, D., Mulvihill, D., and Spock, A.: Coexisting endogenous lipoid pneumonia, prominent cholesterol granulomas, and pulmonary alveolar proteinosis in a pediatric population: A clinical, radiographic, and pathologic correlation. Ped. Pathol. 12:365-383, 1992.

77. Kern, D.G., Hanley, K.T., and Roggli, V.L.: Malignant mesothelioma in the jewelry industry. Am. J. Ind. Med. 21:409-416, 1992.

78. Coin, P.G., Roggli, V.L., and Brody, A.R.: Deposition, clearance, and translocation of chrysotile asbestos from peripheral and central regions of the rat lung. Environ. Res. 58:97-116, 1992.

79. Ghio, A.J., Peterseim, D.S., Roggli, V.L., and Piantadosi, C.A.: Oxalate deposition in the lung associated with Aspergillus niger infection: An oxidant hypothesis of toxicity. Am. Rev. Respir. Dis. 145:1499-1502, 1992.

80. Roggli, V.L.: Quantitative and analytical studies in the diagnosis of mesothelioma. Sem. Diag. Pathol. 9:162-168, 1992.

81. Shahab, I., Fraire, A.E., Greenberg, S.D., Johnson, E.H., Langston, C., and Roggli, V.L.: Histopathologic and computer-assisted morphometric assessment of predictors of long-term survival in surgically-resected Stage I carcinoma of lung. Mod. Pathol. 5:521-524, 1992.

82. Cagle, P.T., Langston, C., Fraire, A.E., Roggli, V.L., and Greenberg, S.D.: Absence of correlation between nuclear morphometry and survival in stage-I non-small cell lung cancers. Cancer 69:2454-2457, 1992.

83. Shelburne, J.D., Roggli, V.L., and Ingram, P.: Microprobe analysis in clinical diagnosis. Proceedings of the 50th Annual Meeting of the Electron Microscopy Society of America held jointly with the 27th Annual Meeting of the Microbeam Analysis Society and the 19th Annual Meeting of the Microscopical Society of Canada/Societe de Microscopie du Canada, (Bailey, G.W., Bentley, J., and Small, J.A., eds.), San Francisco Press, Inc., San Francisco, 1992, pp. 1116-1117.

84. Roggli, V.L., Pratt, P.C., and Brody, A.R.: Asbestos fiber type in malignant mesothelioma: An analytical electron microscopic study of 94 cases. Am. J. Ind. Med. 23:605-614, 1993.

85. Foster, W.L., Gimenez, E.I., Roubidoux, M.A., Sherrier, R.H., Shannon, R.H., Roggli, V.L., and Pratt, P.C.: The emphysemas: Radiologic-pathologic correlations. Radiographics 13:311-328, 1993.

86. Todd, N.W., Peters, W.P., Ost, A.H., Roggli, V.L., and Piantadosi, C.A.: Pulmonary drug toxicity in patients with primary breast cancer treated with high dose combination

**Curriculum Vitae**
**Victor L. Roggli, M.D.**
**Page 12**

chemotherapy and autologous bone marrow transplantation. Am. Rev. Respir. Dis. 147:1264-1270, 1993.

87. Shelburne, J.D., Roggli, V.L., Ingram, P., LeFurgey, A., and Oberdörster, E.: Electron microscopy in environmental pathology. Microsc. Soc. Am. Bull. 23:242-252, 1993.

88. Zimmerman, R.L, Novek, S., Chen, J.T.T., and Roggli, V.L.: Pulmonary thrombosis in a 10 year old child with minimal change disease/nephrotic syndrome: A clinical, radiologic, and pathologic correlation with literature review. Am. J. Clin. Pathol. 101:230-236, 1994.

89. Mercer, R.R., Russell, M.L., Roggli, V.L., and Crapo, J.D.: Cell number and distribution in human and rat airways. Am. Rev. Respir. Cell. Mol. Biol. 10:613-624, 1994.

90. McDonald, J.W., Roggli, V.L., and Bradford, W.D.: Coexisting endogenous and exogenous lipoid pneumonia and pulmonary alveolar proteinosis in a patient with neurodevelopmental disease. Ped. Pathol. 14:505-511, 1994.

91. Roggli, V.L., Coin, P.G., MacIntyre, N.R., and Bell, D.Y.: Asbestos content of bronchoalveolar lavage fluid: A comparison of light and scanning electron microscopic analysis. Acta. Cytolog. 38:502-510, 1994.

92. Fraire, A.E., Greenberg, S.D., Spjut, H.J., Roggli, V.L., Dodson, R., Cartwright, J., Williams, G., and Baker, S.: Effects of Fibrous Glass Upon Rat Pleural Mesothelium: Histopathologic Observations. Am. J. Respir. Crit. Care Med. 150:521-527, 1994.

93. Coin, P.G., Roggli, V.L., and Brody, A.R.: Persistence of long thin chrysotile asbestos fibers in the lungs of rats. Environ. Health Persp. 102:197-199, 1994.

94. Roggli, V.L., Hammar, S.P., Pratt, P.C., Maddox, J.C., Legier, J., Mark, E.J., and Brody, A.R.: Commentary: Does asbestos or asbestosis cause carcinoma of the lung? Am. J. Ind. Med. 26:835-838, 1994.

95. Srebro, S.H., and Roggli, V.L.: Asbestos-related disease associated with exposure to asbestiform tremolite. Am. J. Ind. Med. 26:809-819, 1994.

96. McDonald, J.W., and Roggli, V.L.: Demonstration of silica particles in lung tissue by polarizing light microscopy. Arch. Pathol. Lab. Med. 119:242-246, 1995.

97. Sane, A.C., and Roggli, V.L.: Curative resection of a well-differentiated papillary mesothelioma of the pericardium. Arch. Pathol. Lab. Med. 119:266-267, 1995.

98. Baz, M.A., Kussin, P.S., Van Tright, P., Davis, R.D., Roggli, V.L., and Tapson, V.F.: Recurrence of diffuse panbronchiolitis after lung transplantation. Am. J. Resp. Crit. Care Med. 151:895-898, 1995.

99. Roggli, V.L.: Malignant mesothelioma and duration of asbestos exposure: Correlation with tissue mineral fiber content. Ann. Occup. Hyg. 39:363-374, 1995.

100. Potts, S.B., Roggli, V.L., and Spock, A.: Immunohistologic quantification of Pseudomonas aeruginosa in the tracheobronchial tree from patients with cystic fibrosis. Pediatric Pathol. 15:707-721, 1995.

101. Srebro, S.H., Roggli, V.L., and Samsa, G.P.: Malignant mesothelioma associated with low pulmonary tissue asbestos burdens: A light and scanning electron microscopic analysis of 18 cases. Mod. Pathol. 8:614-621, 1995.

102. McDonald, J.W., Roggli, V.L., and Shelburne, J.D.: Microprobe analysis: diagnostic applications in pulmonary medicine. Microbeam Analysis 4:261-276, 1995.

Curriculum Vitae
Victor L. Roggli, M.D.
Page 13

103. McDonald, J.W., Ghio, A.J., Sheehan, C.E., Bernhardt, P.F., and Roggli, V.L.: Rare earth (cerium oxide) pneumoconiosis: analytical scanning electron microscopy and literature review. Mod. Pathol. 8:859-865, 1995.

104. Baz, M.A., Tapson, V.F., Roggli, V.L., Van Tright, P., and Piantadosi, C.A.: Glutathione depletion in epithelial lining fluid of lung allograft patients. Am. J. Respir. Crit. Care Med. 153:742-746, 1996.

105. Pacinda, S.J., Ledet, S.C., Gondo, M.M., Langston, C., Brown, R.W., Carmona, P.A., Franklin, R.B., Roggli, V.L., and Cagle, P.T.: p53 and MDM2 immunostaining in pulmonary blastomas and bronchogenic carcinomas. Hum. Pathol. 27:542-546, 1996.

106. Pracyk, J.B., Simonson, S.G., Young, S.L., Ghio, A.J., Roggli, V.L., and Piantadosi, C.A.: Composition of lung lavage in pulmonary alveolar microlithiasis. Respiration 63:254-260, 1996.

107. Coin, P.G., Lindroos, P.M., Osornio-Varges, A.R., Roggli, V.L., and Bonner, J.C.: Lipopolysaccharide upregulates platelet-derived growth factor (PDGF) alpha-receptor expression in rat lung myofibroblasts and enhances response to all PDGF isoforms. J. Immunol. 156:4797-4806, 1996.

108. Lai, R-S., Chang, A.A., Wu, M-T., Wang, J-S., Lai, N-S., Lu, J.Y., Ger, L-P., and Roggli, V.L.: Outbreak of bronchiolitis obliterans associated with consumption of Sauropus androgynus in Taiwan. Lancet 348:83-85, 1996.

109. Ghio, A.J. and Roggli, V.L.: Accumulation of iron in the rat lung after intratracheal instillation of coal dust. Appl. Occup. Environ. Hyg. 11:980-985, 1996.

110. Coin, P.G., Osornio-Vargas, A.R., Roggli, V.L., and Brody, A.R.: Pulmonary fibrogenesis after three consecutive inhalation exposures to chrysotile asbestos in the rat. Am. J. Respir. Crit. Care Med.154:1511-1519, 1996.

111. Lidor, C., McDonald, J.W., Roggli, V.L., and Vail, T.P.: Wear particles in bilateral internal iliac lymph nodes after loosening of a painless unilateral cemented total hip arthroplasty. J. Urol. 156:1775-1776, 1996.

112. Ghio, A.J., LeFurgey, A., and Roggli, V.L.: The in vitro accumulation of iron on crocidolite is associated with decrements in oxygen generation by the fiber. J. Toxicol. Environ. Health 50:125-142, 1997.

113. Sterner, D.J., Mori, M., Roggli, V.L., and Fraire, A.E.: Prevalence of pulmonary atypical alveolar cell hyperplasia in an autopsy population. Mod. Pathol. 10:469-473, 1997.

114. Fraire, A.E., Greenberg, S.D., Spjut, H.J., Dodson, R.F., Williams, G., Lach-Pasko, E., and Roggli, V.L.: Effect of erionite upon the pleural mesothelium of the Fischer 344 rat. Chest 111:1375-1380, 1997.

115. Baz, M.A., Ghio, A.J., Roggli, V.L., Tapson, V.F., and Piantadosi, C.A.: Iron accumulation in lung allografts after transplantaiton. Chest 112:435-439, 1997.

116. Zeren, H., Colby, T.V., and Roggli, V.L.: Silica-induced pleural disease: An unusual case mimicking malignant mesothelioma. Chest 112:1436-1438, 1997.

117. Henderson, D.W., Rantanen, J., Barnhart, S., Dement, J.M., De Vuyst, P., Hillerdal, G., Huuskonen, M.S., Kivisaari, L., Kusaka, Y., Lahdensuo, A., Langard, S., Mowe, G., Okubo, T., Parker, J.E., Roggli, V.L., Rödelsperger, K., Rösler, J., Tossavainen, A., and Woitowitz, H.J.: Asbestos, asbestosis, and cancer: The Helsinki criteria for diagnosis and attribution. A consensus report of an international expert group. Scand. J. Work Environ. Health 23:311-316, 1997.

Curriculum Vitae
Victor L. Roggli, M.D.
Page 14

118. Choe, N., Tanaka, S., Xia, W., Hemenway, D.R., Roggli, V.L., and Kagan, E.: Pleural macrophage recruitment and activation in asbestos-induced pleural injury. Environ. Health Persp. 105 (Supl 5): 1257-1260, 1997.

119. Mangano, W.D., Cagle, P.T., Churg, A., Vollmer, R.T., and Roggli, V.L.: The diagnosis of desmoplastic malignant mesothelioma and its distinction from fibrous pleurisy: A histologic and immunohistochemical analysis of 31 cases including p53 immunostaining. Am. J. Clin. Pathol. 110:191-199, 1998.

120. Oury, T.D., Hammar, S.P., and Roggli, V.L.: Ultrastructural features of diffuse malignant mesotheliomas. Hum. Pathol. 29:1382-1392, 1998.

121. Nolan, R.L., McAdams, H.P., Sporn, T.A., Roggli, V.L., Tapson, V.F., and Goodman, P.C.: Pulmonary cholesterol granulomas in patients with pulmonary arterial hypertension: Chest radiographic and CT findings. Am. J. Roentgenol. 172:1317-1319, 1999.

122. Gavett, S.H., Madison, S.L., Scarborough, P.E., Qu, W., Boyle, J.E., Chulada, P.C., Tiano, H.F., Lee, C.A., Langenbach, R., Roggli, V.L., and Zeldin, D.C.: Allergic lung responses are increased in prostaglandin H synthase deficient mice. J. Clin. Invest. 104:721-732, 1999.

123. Boag, A.H., Colby, T.V., Fraire, A.E., Kuhn, C., Roggli, V.L., Travis, W.D., and Vallyathan, V.: The pathology of interstitial lung disease in Nylon flock workers. Am. J. Surg. Pathol. 23:1539-1545, 1999.

124. Roggli, V.L. and Sanders, L.L.: Asbestos content of lung tissue and carcinoma of the lung: A clinicopathologic correlation and mineral fiber analysis of 234 cases. Ann. Occup. Hyg. 44:109-117, 2000.

125. Churg, A., Colby, T.V., Cagle, P.T., Corson, J.M., Gibbs, A.R., Gilks, B., Grimes, M.M., Hammar, S.P., Roggli, V.L., and Travis, W.D.: The separation of benign and malignant mesothelial proliferations. Am. J. Surg. Pathol. 24:1183-1200, 2000.

126. Erasmus, J.J., Connolly, J.E., McAdams, H.P., and Roggli, V.L.: Solitary pulmonary nodules. I. Morphologic evaluation for differentiation of benign and malignant lesions. Radiographics 20:43-58, 2000.

127. Ghio, A.J., Roggli, V.L., Kennedy, T.P., and Piantadosi, C.A.: Calcium oxalate and iron accumulation in sarcoidosis. Sarcoidosis 17:140-150, 2000.

128. Zeren, E.H., Gumurdulu, D., Roggli, V.L., Zorludemir, S., Erkisi, M., and Tuncer, I.: Environmental malignant mesothelioma in Southern Anatolia: A study of 50 cases. Environ. Hlth. Persp. 108:1047-1050, 2000.

129. Crotty, E.J., McAdams, H.P., Erasmus, J.J., Sporn, T.A., and Roggli, V.L.: Epithelioid hemangioendothelioma of the pleura: Clinical and radiologic features. Am. J. Roentgenol. 175:1545-1549, 2000.

130. Zeldin, D.C., Wohlford-Lenane, C., Chulada, P., Bradbury, J.A., Scarborough, P.E., Roggli, V.L., Langenbach, R., and Schwartz, D.A.: Airway inflammation and responsiveness in prostaglandin H synthase-deficient mice exposed to bacterial lipopolysaccharide. Am. J. Respir. Cell Mol. Biol. 25: 457-465, 2001.

Curriculum Vitae
Victor L. Roggli, M.D.
Page 15

131. Butnor, K.J., Sporn, T.A., Hammar, S.P., and Roggli, V.L.: Well-Differentiated Papillary Mesothelioma. Am. J. Surg. Pathol. 25: 1304-1309, 2001.

132. Ghio, A.J., Gilbey, J.G., Roggli, V.L., Richards, J.H., McGee, J.K., Carson, J.L., Devlin, D.B, and Cascio, W.E.: Diffuse alveolar damage after exposure to an oil fly ash. Am. J. Respir. Crit. Case Med. 164: 1514-1518, 2001.

133. Kumahi, F. T., Kawai, T., Churg, A., Gallateau-Salle, F.B., Hasleton, P., Henderson, D., Roggli, V., Travis, W.D., Cagle, P.T., and Ferrans, V.J.: Expression of telomerase reverse transcriptase (TERT) in malignant mesothelioma. Am. J. Surg. Pathol. 26: 365-370, 2002.

134. Roggli, V.L., Sharma, A., Butnor, K.J., Sporn, T., and Vollmer, R.T.: Malignant mesothelioma and occupational exposure to asbestos: A clinicopathological correlation of 1445 cases. Ultrastruct. Pathol. 26: 55-65, 2002.

135. Roggli, V.L., Vollmer, R.T., Butnor, K.J., and Sporn, T.A.: Tremolite and mesothelioma. Ann. Occup. Hyg. 46: 447-453, 2002.

136. Rom, W.N., Weiden, M., Garcia, R., Yie, T.A., Vathesatogkit, P., Tse, D.B., McGuinness, G., Roggli, V.L., and Prezant, D.: Acute eosinophilic pneumonia in a New York City firefighter exposed to World Trade Center dust. Am. J. Respir. Crit. Care Med. 166: 797-800, 2002.

137. Sporn, T.A., Butnor, K.J., and Roggli, V.L.: Epithelioid hemangioendothelioma of the pleura: An aggressive vascular malignancy and clinical mimic of malignant mesothelioma. Histolopathology 41 [Suppl 2]: 173-177, 2002.

138. Butnor, K.J., Sporn, T.A., and Roggli, V.L.: Exposure to brake dust and malignant mesothelioma: A study of 10 cases with mineral fiber analyses. Ann. Occup. Hyg. 47: 325-330, 2003.

139. Marsh, G.M., Gula, M.J., Roggli, V.L., and Churg, A.: The role of smoking and exposure to asbestos and man-made vitreous fibers in a questionable case of mesothelioma. Ind Health 41: 332-334, 2003.

140. Ghio, A.J., Roggli, V.L., Richards, J.H., Crissman, K.M., Stoneheurner, J.D., and Piantadosi, C.A.: Oxalate deposition on asbestos bodies. Hum. Pathol. 34: 737-742, 2003.

141. Butnor, K.J., Sporn, T.A., Ingram, P., Gunasegaram, S., Pinto, J.F., and Roggli, V.L.: Beryllium detection in human lung tissue using electron probe x-ray microanalysis. Mod. Pathol. 16: 1171-1177, 2003.

142. Cai, Y.-C., Roggli, V.L., Mark, E., Xu, X., Cagle, P.T., Seaver, S., Savas, L., and Fraire, A.E.: Expression of transforming growth factor-alpha (TGF-a) and epidermal growth factor receptor (EGFR) in reactive mesothelial proliferations and malignant mesothelioma. Arch. Pathol. Lab. Med. 128: 68-70, 2004.

**Curriculum Vitae**
**Victor L. Roggli, M.D.**
**Page 16**

143. Butnor, K.J., Burchette, J.L., Sporn, T.A., Hammar, S.P., and <u>Roggli, V.L.</u>: The spectrum of Kit (CD117) immunoreactivity in lung and pleural tumors: A study of 96 cases using a single source-antibody with a review of the literature. <u>Arch. Pathol. Lab. Med.</u> 128: 538-543, 2004.

144. Ghio, A.J., <u>Roggli, V.L.</u>, and Churg, A.: Ferruginous bodies: Implications in the mechanism of fiber and particle toxicology. <u>Toxicol. Pathol.</u> 32: 643-649, 2004.

145. Honma, K., Abraham, J.L., Chiyotani, K., DeVüyst, P., Dumortier, P., Gibbs, A.R., Green, F.H.Y., Hosoda, Y., Iwai, K., Williams, W.J., Kohyama, N., Ostiguy, G., <u>Roggli, V.L.</u>, Shida, H., Taguchi, O., and Vallyathan, V.: Proposed criteria for mixed dust pneumoconiosis: Definition, descriptions, and guidelines for pathologic diagnosis and clinical correlation. <u>Hum. Pathol.</u> 35: 1515-1523, 2004.

146. Brownlee, N.A., Mott, R.T., Mahar, A., and <u>Roggli, V.L.</u>: Mucinous (colloid) adenocarcinoma of the lung. <u>Arch. Pathol. Lab. Med.</u> 129: 121-122, 2005.

147. Granville, L.A., Younes, M., Churg, A., <u>Roggli, V.L.</u>, Henderson, D.W., and Cagle, P.T.: Comparison of monoclonal vs. polyclonal calretinin antibodies for immunohistochemical diagnosis of malignant mesothelioma. <u>Appl. Immunohistochem Mol Morphol</u> 13: 75-79, 2005.

148. Fields, T.A., McCall, S.J., Reams, D., <u>Roggli, V.L.</u>, Palmer, S.M., and Howell, D.N.: Pulmonary embolization of microcrystalline cellulose in a lung transplant recipient. <u>J. Heart Lung Transplant</u> 24: 624-627, 2005.

149. Travis, W.D., Garg, K., Franklin, W.A., Wistuba, I.I., Sabloff, B., Noguchi, M., Kakinuma, R., Zakowski, M., Ginsberg, M., Padera, R., Jacobson, F., Johnson, B.E., Hirsch, F., Brambilla, E., Flieder, D.B., Geisinger, K.R., Thunnisen, F., Kerr, K., Yankelevitz, D., Franks, T.J., Galvin, J.R., Henderson, D.W., Nicholson, A.G., Hasleton, P.S., <u>Roggli, V.</u>, Tsao, M.-S., Cappuzzo, F., and Vazquez, M.: Evolving concepts in the pathology and CT imaging of lung adenocarcinoma and bronchioloalveolar carcinoma. <u>J. Clin. Oncol.</u> 23: 3279-3287, 2005.

150. Allen, T.C., Cagle, P.T., Churg, A.M., Colby, T.V., Gibbs, A.R., Hammar, S.P., Corson, J.M., Grimes, M.M., Ordonez, N.G., <u>Roggli V.L.</u>, Travis, W.D., and Wick, M.R.: Localized malignant mesothelioma. <u>Am. J. Surg. Pathol.</u> 29: 866-873, 2005.

151. Granville, L., Laga, A.C., Allen, T.C., Dishop, M., <u>Roggli, V.L.</u>, Churg, A., Zander, D.S., Cagle, P.T.: Review and update of uncommon primary pleural tumors: A practical approach to diagnosis. <u>Arch. Pathol. Lab. Med.</u> 129: 1428-1443, 2005.

152. <u>Roggli, V.L.</u>: The role of analytical SEM in the determination of causation in malignant mesothelioma. <u>Ultrastruct. Pathol.</u> 30: 31-35, 2006.

153. Hassan, R., Alexander, R., Antman, K., Boffetta, P., Churg, A., Coit, D., Hausner, P., Kennedy, R., Kindler, H., Metintas, M., Mutti, L., Onda, M., Pass, H., Premkumar, A., <u>Roggli, V.</u>, Sterman, D., Sugarbaker, P., Taub, R., and Verschraegen, C.: Current treatment

Curriculum Vitae
Victor L. Roggli, M.D.
Page 17

options and biology of peritoneal mesothelioma: Meeting summary of the First NIH Peritoneal Mesothelioma Conference. Ann. Oncol., April 6, 2006.

154. Travis, W.D., Garg, K., Franklin, W.A., Wistuba, I.I., Sabloff, B., Noguchi, M., Kakinuma, R., Zakowski, M., Ginsberg, M., Padera, R., Jacobson, F., Johnson, B.E., Hirsch, F., Brambilla, E., Flieder, D.B., Geisinger, K.R., Thunnisen, F., Kerr, K., Yankelevitz, D., Franks, T.J., Galvin, J.R., Henderson, D.W., Nicholson, A.G., Hasleton, P.S., Roggli, V., Tsao, M.-S., Cappuzzo, F., and Vazquez, M.: Bronchioloalveolar carcinoma and lung adenocarcinoma: The clinical importance and research relevance of the 2004 WHO pathologic criteria. J. Thorac. Oncol. 1 [Suppl]: S13-S19, 2006.

155. Hargett, C.W., Sporn, T.A., Roggli, V.L., and Hollingsworth, J.W.: Giant cell interstitial pneumonia associated with nitrofurantoin. Lung 184: 147-149, 2006.

156. Ghio, A.J., Funkhouser, W., Pugh, C.B., Winters, S., Stonehuerner, J.D., Mahar, A.M., and Roggli, V.L.: Pulmonary fibrosis and ferruginous bodies associated with exposure to synthetic fibers. Toxicol. Pathol. 34: 723-729, 2006.

157. Roggli, V.L. and Vollmer, R.T.: Twenty-five years of fiber analysis: What have we learned? Hum. Pathol. 39: 307-315, 2008.

158. Ghio, A.J., Stonehuerner, J., Richards, J.H., Crissman, K., Roggli, V.L., Piantadosi, C.A., and Carraway, M.S.: Iron homeostasis and oxidative stress in idiopathic pulmonary alveolar proteinosis: A case-control study. Respir. Res. 9: 10, 2008.

159. Klebe, S., Mahar, A., Henderson, D.W., and Roggli, V.L.: Malignant mesothelioma with heterologous elements: Clinicopathological correlation of 27 cases and literature review. Mod. Pathol. 21: 1084-1094, 2008.

160. Schneider, F., Sporn, T.A., and Roggli, V.L.: Crocidolite and mesothelioma. Ultrastruct Pathol 32: 171-177, 2008.

161. Husain, A.N., Colby, T., Ordonez, N., Krausz, T., Borczuk, A.C., Cagle, P.T., Chirieac, L.R., Churg, A., Gown, A., Galateau-Salle, F., Gibbs, A., Hammar, S., Litzky, L., Roggli, V.L., Travis, W.D., and Wick, M.R.: Guidelines for Pathologic Diagnosis of Malignant Mesothelioma: A Consensus Statement from the International Mesothelioma Interest Group. Arch. Pathol. Lab. Med. 133: 1317-1331, 2009.

162. Butnor, K.J., Beasley, M.B., Cagle, P.T., Grunberg, S.M., Kong, F.-M., Marchevsky, A., McKenna, R.J., Okby, N.T., Roggli, V.L., Rusch, V.W., Tazelaar, H.D., Travis, W.D., and Suster, S.: Protocol for the examination of specimens from patients with primary non-small cell carcinoma, small cell carcinoma, or carcinoid tumor of the lung. Arch. Pathol. Lab. Med. 133: 1552-1559, 2009.

163. Schneider, F., Sporn, T.A., and Roggli, V.L.: Asbestos Fiber Content of Lungs with Diffuse Interstitial Fibrosis: An Analytical Scanning Electron Microscopic Analysis of 249 Cases. Arch. Pathol. Lab. Med. 134: 457-461, 2010.

Curriculum Vitae
Victor L. Roggli, M.D.
Page 18

164. Roggli, V.L., Gibbs, A.R., Attanoos, R., Churg, A., Popper, H., Cagle, P., Corrin, B., Franks, T., Galateau-Sallé, F., Galvin, J., Hasleton, P., Henderson, D., and Honma, K.: Pathology of Asbestosis: An Update of the Diagnostic Criteria. Report of the Asbestosis Committee of the College of American Pathologists and Pulmonary Pathology Society. Arch. Pathol. Lab. Med. 134: 462-480, 2010.

165. Cummings, K.J., Donat, W.E., Ettensohn, D.B., Roggli, V.L., Ingram, P., and Kreiss, K.: Pulmonary Alveolar Proteinosis in Workers at an Indium Processing Facility. Am. J. Respir. Crit. Care Med. 181: 458-464, 2010.

166. Klebe, S., Brownlee, N.A., Mahar, A., Burchette, J.L., Sporn, T.A., Vollmer, R.T., and Roggli, V.L.: Sarcomatoid mesothelioma: A clinical-pathologic correlation of 326 cases. Mod. Pathol. 23: 470-479, 2010.

167. Butnor, K.J., Beasley, M.B., McKenna, R.J., Okby, N.T., Roggli, V.L., Tazelaar, H.D., Travis, W.D., and Suster, S.: Protocol for the examination of specimens from patients with malignant pleural mesothelioma. College of American Pathologists. http://www.cap.org/apps/docs/committees/cancer/cancer_protocols/2009/Mesothelioma_09 protocol.pdf. Accessed March 24, 2010.

168. Li, F., Wang, X., Xu, H., and Roggli, V.L.: Small neuroendocrine lesions in intrathoracic lymph nodes of patients with primary lung adenocarcinoma: Real metastasis? Am. J. Surg. Pathol. 34: 1701-1707, 2010.

169. Duncan, K.E., Ghio, A.J., Dailey, L.A., Bern, A.M., Gibbs-Flournoy, E.A., Padilla-Carlin, D.J., Roggli, V.L., and Devlin, R.B.: Effect of size fractionation on the toxicity of amosite and Libby amphibole asbestos. Toxicol. Sci. 118: 420-434, 2010.

170. Travis, W.D., Brambilla, E., Noguchi, M., Nicholson, AG., Geisinger, K.R., Yatabe, Y., Beer, D.G., Powell, C.A., Riely, G.J., van Schil, P.E., Garg, K., Austin, J.H.M., Asamura, H., Rusch, V.W., Hirsch, F.R., Scagliotti, G., Mitsudomi, T., Huber, R.M., Ishikawa, Y., Jett, J., Sanchez-Cespedes, M., Sculier, J.-P., Takahashi, T., Tsuboi, M., Vansteenkiste, J. Wistuba, I., Yang, P.-C., Aberle, D., Brambilla, C., Flieder, D., Franklin, W., Gazdar, A., Gould, M., Hasleton, P., Henderson, D., Johnson, B., Johnson, D., Kerr, K., Kuriyama, K., Lee, J.S., Miller, V.A., Petersen, I., Roggli, V.L., Rosell, R., Saijo, N., Thunnissen, E., Tsao, M., and Yankelewitz, D.: IASLC/ATS/ERS International Multidisciplinary Classification of Lung Adenocarcinoma. J. Thorac. Oncol. 6: 244-285, 2011.

171. West, D., Geradts, J., Wahidi, M., and Roggli, V.L.: Endobronchial metastatic breast cancer with pagetoid histology mimicking bronchial pagetoid squamous cell carcinoma in situ. Hum. Pathol. 42: 1819-1822, 2011.

172. Marsh, G.M., Youk, A.O., and Roggli, V.L.: Asbestos fiber concentrations in the lungs of brake repair workers: Commercial amphibole levels are predictive of chrysotile levels. Inhal. Toxicol. 12: 681-688, 2011.

173. Churg, A., Cagle, P., Colby, T.V., Corson, J.M., Gibbs, A.R., Hammar, S., Ordonez, N., Roggli, V.L., Tazelaar, H.D., Travis, W.D., and Wick, M.: The fake fat phenomenon in

Curriculum Vitae
Victor L. Roggli, M.D.
Page 19

organizing pleuritis: A source of confusion with desmoplastic malignant mesotheliomas. Am. J. Surg. Pathol. 35: 1823-1829, 2011.

174. Ghio, A.J., Soukup, J.M., Daily, L.A., Richards, J.H., Turi, J.L., Pavlisko, E.N., and Roggli, V.L.: Disruption of iron homeostasis in mesothelial cells following talc pleurodesis. Am. J. Respir. Cell Mol. Biol. 46: 80-86, 2012.

175. Cummings, K.J., Nakano, M., Omae, K., Takeuchi, K., Chonan, T., Xiao, Y.L., Harley, R.A., Roggli, V.L., Hebisawa, A., Tallaksen, R.J., Trapnell, B.C., Day, G.A., Saito, R., Stanton, M.L., Suarthana, E., and Kreiss, K: Indium lung disease. Chest. 141: 1512-1521, 2012.

176. Thunnissen, E., Beasley, M., Borczuk, A., Brambilla, E., Chirieac, L.R., Dacic, S., Flieder, D., Gazdar, A., Geisinger, K., Hasleton, P., Ishikawa, Y., Kerr, K.M., Lantejoul, S., Matsuno, Y., Minami, Y., Moreira, M.L., Motoi, N., Nicholson, A.G., Noguchi, M., Nonaka, D., Pelosi, G., Petersen, I., Rekhtman, N., Roggli, V., Travis, W.D., Tsao, M.S., Wistuba, I., Xu, H., Yatabe, Y., Witte, B., and Kuik, D.J.: Reproducibility of histopathological subtypes and invasion in pulmonary adenocarcinoma. An international interobserver study. Mod. Pathol. 25: 1574-1583, 2012.

177. Lockey, J.E., Roggli, V.L., Hilbert, T.J., Rice, C.H., Levin, L.S., Borton, E.K., Biddinger, P.W., and LeMasters, G.K.: Biopersistence of refractory ceramic fiber (RCF) in human lung tissue and a 20-year follow-up of radiographic pleural changes in workers. J. Occup. Environ. Med. 54: 781-788, 2012.

178. Roggli, V.L., Pavlisko, E.N., and Seaman, D.M.: Sclerosing hemangioma of the lung: Case report and literature review. Pathol. Case Revs. 17: 192-197, 2012.

179. Travis, W.D., Brambilla, E., Noguchi, M., Nicholson, A., Geisinger, K., Yatabe, Y., Ishikawa, Y., Wistuba, I., Flieder, D.B., Franklin, W., Gazdar, A., Hasleton, P.S., Henderson, D.W., Kerr, K.M., Nakatani, Y., Petersen, I., Roggli, V., Thunnissen, E., and Tsao, M.: Diagnosis of Lung Adenocarcinoma in Resected Specimens: Implications of the 2011 International Association for the Study of Lung Cancer/American Thoracic Society/European Respiratory Society Classification. Arch. Pathol. Lab. Med. 137: 685-705, 2013.

180. Travis, W.D., Brambilla, B., Noguchi, M., Nicholson, A., Geisinger, K., Yatabe, Y., Ishikawa, Y., Wistuba, I., Flieder, D.B., Franklin, W., Gazdar, A., Hasleton, P.S., Henderson, D.W., Kerr, K.M., Petersen, I., Roggli, V., Thunnissen, E., and Tsao, M.: Diagnosis of Lung Cancer in Small Biopsies and Cytology: Implications of the 2011 International Association for the Study of Lung Cancer/American Thoracic Society/European Respiratory Society Classification. Arch. Pathol. Lab. Med. 137: 668-684, 2013.

181. Husain, A.N., Colby, T., Ordonez, N., Krausz, T., Attanoos, R., Beasley, M.B., Borczuk, A.C., Butnor, K., Cagle, P.T., Chirieac, L.R., Churg, A., Dacic, S., Fraire, A., Galateau-Salle, F., Gibbs, A., Gown, A., Hammar, S., Litzky, L., Marchevsky, A.M., Nicholson, A.G., Roggli, V., Travis, W.D., and Wick, M.: Guidelines for pathologic diagnosis of malignant

Curriculum Vitae
Victor L. Roggli, M.D.
Page 20

mesothelioma: 2012 update of the consensus statement from the International Mesothelioma Interest Group. Arch. Pathol. Lab. Med. 137: 647-667, 2013.

182. Sporn, T.A. and Roggli, V.L.: Consideration of occupational lung disease and pneumoconiosis in forensic pathology. Acad. Forensic Pathol. 3: 370-385, 2013.

183. Graham, M.A. and Roggli, V.L.: Medicolegal aspects of asbestos I – Malignant mesothelioma and lung cancer. Acad. Forensic Pathol. 3: 386-406, 2013.

184. Rasmuson, J.O., Roggli, V.L., Boelter, F.B., Rasmuson, E.J., and Redinger, C.F.: Cumulative retrospective exposure assessment (REA) as a predictor of amphibole asbestos lung burden: validation procedures and results for industrial hygiene and pathology estimates. Inhal. Toxicol. 26: 1-13, 2014.

185. Ghio, A.J., Sangani, R.G., and Roggli, V.L.: Expanding the spectrum of fiber- and particle-associated interstitial lung diseases. Turk. Thorac. J. 15: 1-8, 2014.

186. Kraft, B.D., Piantadosi, C.A., Benjamin, A.M., Lucas, J.E., Zaas, A.K., Betancourt-Quiroz, M., Woods, C.W., Chang, A.L., Roggli, V.L., Marshall, C.D., Ginsburg, G.F., Welty-Wolf, K.: Development of a novel preclinical model of pneumococcal pneumonia in non-human primates. Am. J. Respir. Cell Mol. Biol. 50: 995-1004, 2014.

187. Duncan, K.E., Gavett, S.P., Dailey, L.A., Mahoney, R.K., Ghio, A.J., Roggli, V.L., and Devlin, R.B.: In vitro determinants of asbestos fiber toxicity: Effect on the relative toxicity of Libby amphibole in primary human airway epithelial cells. Part. Fibre Toxicol. 11: 2-14, 2014.

188. Ghio, A.J., Kummarapurugu, S.T., Tong, H., Soukup, J.M., Dailey, L.A., Boykin, E., Gilmour, I., Ingram, P., Roggli, V.L., Goldstein, H.L., and Reynolds, R.L.: Biological effects of desert dust in respiratory epithelial cells and a murine model. Inhal. Toxicol. 26: 299-309, 2014.

189. Thunnissen, E., Noguchi, M., Aisner, S., Beasley, M., Brambilla, E., Chirieac, L.R., Chung, J.H., Dacic, S., Geisinger, K., Hirsch, F., Ishikawa, Y., Kerr, K.M., Lantejoul, S., Matsuno, Y., Minami, Y., Moreira, A.L., Pelosi, G., Petersen, I., Roggli, V., Travis, W.D., Wistuba, I., Yatabe, Y., Dziadziuszko, R., Witte, B., Tsao, M., and Nicholson, A.G.: Reproducibility of histopathological diagnosis in poorly differentiated NSCLC: An international multi-observer study. J. Thorac. Oncol. 9: 1354-1362, 2014.

190. Vainio, H., Oksa, P., Anttila, S., Finkelstein, M., Frilander, H., Gustavsson, P., Hillerdal, G., Iavicoli, S., Inai, K., Kang, S-K., Kishimoto, T., Kjuus, H., Kraus, T., Kusaka, Y., Langard, S., Malila, N., Markowitz, S., Miller, A.B., Miller, A., Pallasaho, P., Parker, J., Rantanen, J., Roggli, V.L., Rushton, L., Sauni,R., Smith, R. A., Stayner, L., Straif, K., Takahashi, K., Tuomi, T., Wannag, A., Vehmas, T., Weissman, D.N., and Wolff, H.: Asbestos, asbestosis and cancer, the Helsinki criteria for diagnosis and attribution 2014: recommendations. Scand. J. Work Environ. Health 41: 5-15, 2015.

191. Roggli, V.L., Anttila, S., Kane, A., Inai, K., and Wolff, H.: Pathology and Biomarkers, CH 4, In: Asbestos, Asbestosis, and Cancer: Helsinki Criteria for Diagnosis and Attribution.

Curriculum Vitae
Victor L. Roggli, M.D.
Page 21

Helsinki: Finnish Institute of Occupational Health, 2014, pp. 123-151. Available from:
www.ttl.fi/hcuasbestos.

192. Roggli, V.L.: The 'so-called' short fiber controversy: literature review and critical analysis.
Arch. Pathol. Lab. Med. 139: 1052-1057, 2015.

193. Li, X., Brownlee, N.A., Sporn, T.A., Mahar, A. and Roggli, V.L.: Malignant (diffuse)
mesothelioma in patients with hematological malignancies: A clinicopathologic study of 45
cases. Arch. Pathol. Lab. Med. 139: 1129-1136, 2015.

194. Carney, J.M., Kraynie, A.M. and Roggli, V.L.: Immunostaining in lung cancer for the
clinician: Commonly used markers for differentiating primary and metastatic pulmonary
tumors. Ann. Am. Thorac. Soc. 12: 429-435, 2015.

195. Pavlisko, E.N. and Roggli, V.L.: Sarcomatoid peritoneal mesothelioma: clinicopathologic
correlation of 13 cases. Am. J. Surg. Pathol. 39: 1568-1575, 2015.

196. Ghio, A.J., Pavlisko, E.N., and Roggli, V.L.: Iron and iron-related proteins in asbestosis. J.
Environ. Pathol. Toxicol. Oncol. 34: 277-285, 2015.

197. Fredenburgh, L., Kraft, B., Hess, D., Harris, R., Wolf, M., Suliman, H., Roggli, V.L.,
Davies, J., Winkler, T., Stenzler, A., Baron, R., Thompson, B.T., Choi, A., Welty-Wolf, K.,
and Piantadosi, C.: Inhaled CO administration and resolution of acute lung injury in baboons
with pneumococcal pneumonia. Am. J. Phys. - Lung 309: L834-L846, 2015.

198. Churg, A., Attanoos, R., Borczuk, A.C., Chirieac, L.R., Galateau-Salle, F., Gibbs, A.,
Henderson, D., Roggli, V., Rusch, V., Judge, M.J., and Srigley, J.R.: Dataset for reporting of
mesothelioma in the pleura or peritoneum: Recommendations from the International
Collaboration on Cancer Reporting (ICCR). Arch. Pathol. Lab. Med. 140: 1104-1110, 2016.

199. Galateau-Salle, F., Churg, A., Roggli, V., and Travis, W.D.: The 2015 WHO classification
of tumors of the pleura: Advances since the 2004 classification. J. Thorac. Oncol. 11: 142-
154, 2016.

200. Khoor, A., Roden, A.C., Colby, T.V., Roggli, V.L., Elrefaei, M., Alvarez, F., Erasmus,
D.B., Mallea, J.M., Murray, D.L., and Keller, C.A.: Giant cell interstitial pneumonia in
patients without hard metal exposure: Analysis of three cases and review of the literature.
Hum. Pathol. 50: 176-182, 2016.

201. Roggli, V.L., Gibbs, A.R., Attanoos, R., Churg, A., Popper, H., Corrin, B., Franks, T.J.,
Galateau-Salle, F., Galvin, J., Hasleton, P., and Honma, K.: Pathology of Asbestosis -- An
Update of the Diagnostic Criteria: Response to a Critique. Arch. Pathol. Lab Med. 140: 950-
952, 2016.

202. Roggli, V.L.: Fiber analysis vignettes: Electron microscopy to the rescue! Ultrastruct.
Pathol. 40: 126-133, 2016.

Curriculum Vitae
Victor L. Roggli, M.D.
Page 22

203. Carney, J., McAdams, P., McCluskey, J., and Roggli, V.L.: Aluminum-induced pneumoconiosis confirmed by analytical scanning electron microscopy: A case report and review of the literature. Ultrastruct. Pathol. 40: 155-158, 2016.

204. Sporn, T.A. and Roggli, V.L.: A hard (metal) case: Value of analytical scanning electron microscopy. Ultrastruct. Pathol. 40: 147-150, 2016.

205. de Ridder, G.G., Kraynie, A., Pavlisko, E.N., Oury, T.D., and Roggli, V.L.: Asbestos content of lung tissue in patients with malignant peritoneal mesothelioma: A study of 42 cases. Ultrastruct. Pathol. 40: 134-141, 2016.

206. Galeotti, J., Sporn, T., Ingram, P., Wahidi, M.M., and Roggli, V.L.: Endogenous pneumoconiosis: Analytical scanning electron microscopic analysis of a case. Ultrastruct. Pathol. 40: 159-162, 2016.

207. Roggli, V.L., and Sporn, T.A.: Carcinoma of the lung in the absence of asbestosis: The value of lung fiber burden analysis. Ultrastruct. Pathol. 40: 151-154, 2016.

208. Kraynie, A., de Ridder, G., Sporn, T., Pavlisko, E., and Roggli, V.L.: Malignant mesothelioma not related to asbestos exposure: Analytical scanning electron microscopic analysis of 83 cases and comparison with 442 asbestos-related cases. Ultrastruct. Pathol. 40: 142-146, 2016.

209. Butnor, K.J., Brownlee, N.A., Mahar, A., Pavlisko, E.N., Sporn, T.A., and Roggli, V.L.: Diffuse malignant mesothelioma and synchronous lung cancer: A clinicopathological study of 18 cases. Lung Cancer 95: 1-7, 2016.

210. Oczypok, E.A., Sanchez, M.S., van Orden, D.R., Berry, G.J., Pourtabib, K., Gunter, M.E., Roggli, V.L., Kraynie, A.M., and Oury, T.D.: Erionite-associated malignant pleural mesothelioma in North America. Int. J. Clin. Exp. Pathol. 9: 5722-5732, 2016.

211. Butnor, K.J., Pavlisko, E.N., Sporn, T.A., and Roggli, V.L.: Malignant peritoneal mesothelioma and Crohn disease. J. Clin. Pathol. 70: 228-232, 2017.

212. Marchevsky, A.M., LeStang, N., Hiroshima, K., Pelosi, G., Attanoos, R., Churg, A., Chirieac, L., Dacic, S., Husain, A., Khoor, A., Klebe, S., Lantuejoul, S., Roggli, V.L., Vignaud, J.-M., Weynand, B., Sauter, J., Henderson, D., Nabeshima, K., Galateau-Salle, F.: The differential diagnosis between pleural sarcomatoid mesothelioma and spindle cell/pleomorphic (sarcomatoid) carcinomas of the lung: Evidence-based guidelines from the International Mesothelioma Panel and the MESOPATH National Reference Center. Hum. Pathol. 67: 160-168, 2017.

213. Husain, A.N., Colby, T.V., Ordonez, N.G., Allen, T.C., Attanoos, R.L., Beasley, M.B., Butnor, K.J., Chirieac, L.R., Churg, A.M., Dacic, S., Galateau-Salle, F., Gibbs, A., Gown, A.M., Krausz, T., Litzky, L.A., Marchevsky, A., Nicholson, A.G., Roggli, V.L., Sharma, A.K., Travis, W.D., Walts, A.E., and Wick, M.R.: Guidelines for pathologic diagnosis of malignant mesothelioma: 2017 update of the consensus statement from the International Mesothelioma Interest Group. Arch. Pathol. Lab. Med. 142: 89-108, 2018.

Curriculum Vitae
Victor L. Roggli, M.D.
Page 23

214. Rosen, L.E., Karrison, T., Adusumilli, P., Ananthanarayanan, V., Alchami, F., Attanoos, R., Brcic, L., Butnor, K., Galateau-Salle, F., Hiroshima, K., Kadota, K., Klampatsa, A., Le Stang, N., Lindenmann, J., Litzky, L., Marchevsky, A., Medeiros, F., Montero, M.A., Moore, D., Nabeshima, K., Pavlisko, E., Roggli, V.L., Sauter, J., Sharma, A., Sheaff, M., Travis, W., Vigneswaran, W., Vrugt, B., Walts, A., Tjota, M.Y., Krausz, T., and Husain, A.N.: Nuclear grading, necrosis and solid growth pattern predict prognosis in malignant epithelioid pleural mesothelioma: A multi-institutional study. Mod. Pathol. 31: 598-606, 2018.

215. Butnor, K.J., Pavlisko, E.N., Sporn, T.A. and Roggli, V.L.: Malignant Mesothelioma in Individuals with Non-Mesothelial Neoplasms. Arch Pathol Lab Med 142: 730-734, 2018.

216. Attanoos, R.L., Churg, A., Galateau-Salle, F., Gibbs, A.R., and Roggli, V.L.: Malignant Mesothelioma and its Non-Asbestos Causes. Arch Pathol Lab Med 142: 753-760, 2018.

217. Liu, Y., Marsh, G.M., and Roggli, V.L.: Asbestos fiber concentrations in the lungs of brake repair workers: An updated analysis using several regression methods to handle non-detectable measurements. J. Occup. Environ. Med. 60: 661-671, 2018.

218. Dragani, T.A., Colombo, F., Pavlisko, E.N., and Roggli, V.L.: Malignant mesothelioma diagnosed at a younger age is associated with heavier asbestos exposure. Carcinogenesis 39: 1151-1156, 2018.

219. Butnor, K.J., Rueckert, J., Pavlisko, E.N., Sporn, T.A., and Roggli, V.L.: Malignant peritoneal mesothelioma in patients with endometriosis. J. Clin. Pathol. 71: 971-974, 2018.

220. Galateau-Salle, F., Le Stang, N., Nicholson, A.G., Pissaloux, D., Churg, A., Klebe, S., Roggli, V., Tazelaar, H., Vignaud, J.M., Attanoos, R., Beasley, M.B., Begueret, H., Capron, F., Chirieac, L., Copin, M.C., Dacic, S., Foulet, A., Gibbs, A., Hiroshima, K., Hofman, V., Husain, A., Kerr, K., Marchevsky, A., Nabeshima, K., Rouquette, I., Sagan, C., Sauter, J., Thivolet, F., Travis, W.D., Weynand, B., Damiola, F., Scherpereel, A, Pairon J.C., Lantuejoul, S., Rusch, V., and Girard, N.: New insights on diagnostic reproducibility of biphasic mesotheliomas: A multi-institutional evaluation by the international mesothelioma panel from the MESOPATH reference center. J. Thorac. Oncol. 13: 1189-1203, 2018.

221. Berg, K.B., Liebling, P.D., Kubik, M.J., Attanoos, R., Galateau-Salle, F., Roggli, V.L., Wick, M., and Churg, A.M.: Pleural nodular/mesothelial hyperplasia associated with syphilis. Hum. Pathol.: Case Reports 13: 18-20, 2018.

222. Roggli, V.L.: Measuring EMPs in the Lung: What Can Be Measured in the Lung: Asbestiform Minerals and Cleavage Fragments. Toxicol. Appl. Pharmacol. 361: 14-17, 2018.

223. Roggli, V.L. and Green, C.L.: Dimensions of Elongated Mineral Particles: A Study of More Than 570 Fibers from More Than 90 Cases with Implications for Pathogenicity and Classification as Asbestiform vs. Cleavage Fragments. Ultrastruct. Pathol. 43: 1-5, 2019.

224. Carney, J.M., Pavlisko, E.N., Sporn, T.A., and Roggli, V.L.: Dusting Off the Numbers of In Situ Particle Analysis: A Thirty-five Year Experience. Ultrastruct. Pathol. (in press, 2019).

Curriculum Vitae
Victor L. Roggli, M.D.
Page 24

225. Dacic, S., Le Stang, N., Husain, A., Weynand, B., Beasley, M.B., Butnor, K., Chapel, D., Gibbs, A., Klebe, S., Lantuejoul, S., Roden, A., Roggli, V., Tazelaar, H., Vignaud, J.-M., and Galateau-Salle, F.: Interobserver variation in the assessment of the sarcomatoid and transitional components in biphasic pleural mesotheliomas. Mod. Pathol. (in press, 2019).

226. Wronkiewicz SK, Roggli, V.L., Hinrichs, B.H., Kendler, A., Butler, R.A., Christensen, B.C., Marsit, C.J., Nelson, H.H., McClean, M.D., Lockey, J.E., Kelsey, K.T., and Langevin, S.M.: Chrysotile fibers in tissue adjacent to laryngeal squamous cell carcinoma in cases with a history of occupational asbestos exposure. Mod. Pathol. (in press, 2019).

227. Butnor, K.J., Pavlisko, E.N., Sporn, T.A., and Roggli, V.L.: Mesothelioma of the tunica vaginalis testis. Hum. Pathol. (in press, 2019).

228. Glass, C.H., Sholl, L.M., Landgraf, J.R., Chirieac, L., and Roggli, V.L.: Molecular analysis of a patient with Neurofibromatosis II (NF2) and peritoneal malignant mesothelioma. Am. J. Surg. Pathol. (in press, 2019).

229. Marchevsky, A.M., Khoor, A., Walts, A.E., Nicholson, A.G., Zhang, Y.Z., Roggli, V.L., Carney, J., Roden, A.C., Tazelaar, H.D., Larsen, B.T., LeStang, N., Chirieac, L., Klebe, S., Tsao, M.-S., De Perrot, M., Pierre, A., Hwang, D.M., Hung, Y.P., Mino-Knudson, M., Travis, W., Sauter, J., Beasley, M.B., and Gallateau-Salle, F.: Localized malignant mesothelioma, an unusual and poorly characterized neoplasm of serosal origin: Best current evidence from the literature and the International Mesothelioma Panel. Mod. Pathol. (in press, 2019).

230. Nicholson, A.G., Sauter, J.L., Nowak, A., Kindler, H., Gill, R., Remy-Jardin, M., Cree, I., Fernandez-Cuesta, L., Bueno, R., Armato, S., Attanoos, R., Baas, P., Beasley, M.B., Brcic, L., Butnor, K., Chirieac, L., Churg, A., Courtiol, P., Dacic, S., De Perrot, M., Frauenfelder, T., Gibbs, A., Hirsch, F., Hiroshima, K., Husain, A., Klebe, S., Lantuejoul, S., Moreira, A., Opitz, I., Pass, H., Peyrol, M., Roden, A., Roggli, V., Scherpereel, A., Tirode, F., Tazelaar, H., Travis, W.D., Tsao, M., van Schil, P., Vignaud, J.M., Weynand, B., Rusch, V.W., Girard, N., and Galateau-Salle, F.: EURACAN/IASLC proposals for updating the histologic classification of pleural mesothelioma: towards a more multidisciplinary approach. J. Thorac. Oncol. (in press, 2019).

231. Galateau-Salle, F., Le Stang, N., Tirode, F., Courtiol, P., Nicholson, A.G., Tazelaar, H.D., Tsao, M.S., Churg, A., Dacic, S., Roggli, V., Pissaloux, D., Maussion, C., Moarii, M., Beasley, M.B., Beguerot, H., Chapel, D.B., Copin, M.C., Gibbs, A.R., Klebe, S., Lantuejoul, S., Nabeshima, K., Vignaud, J.M., Attanoos, R., Brcic, L., Capron, F., Chirieac, L.R., Damiola, F., Sequeiros, R., Cazes, A., Damotte, D., Foulet, A., Giusiano-Courcambeck, S., Hiroshima, K., Hofman, V., Husain, A.N., Kerr, K., Marchevsky, A., Paindavoine, S., Picquenot, J.M., Rouquette, I., Sagan, C., Sauter, J., Thivolet, F., Brevet, M., Travis, W.D., Planchard, G., Weynand, B., Fernandez-Cuesta, L., Pairon, J.C., Rusch, V., and Girard, N.: Deep learning approach and comprehensive molecular and pathological evaluation of transitional mesothelioma: A multi-institutional study of the International Mesothelioma Panel from MESOPATH Reference Center. J. Thorac. Oncol. (in press, 2019).

Curriculum Vitae
Victor L. Roggli, M.D.
Page 25

**Chapters in Books:**

1.  Shelburne, J.D., Wisseman, C.L., Broda, K.R., Roggli, V.L., and Ingram, P.: Lung- Non-Neoplastic Conditions. In: Diagnostic Electron Microscopy, Vol. 4, (Trump, B.F., and Jones, R.J., eds.), John Wiley and Sons, New York, 1983, pp. 475-538.

2.  Roggli, V.L., Mastin, J.P., Shelburne, J.D., Roe, M.S., and Brody, A.R.: Inorganic Particulates in Human Lung: Relationship to the Inflammatory Response. In: Inflammatory Cells and Lung Disease (W.S. Lynn, M.D., eds.), CRC Press, Inc., Boca Raton, FL, 1983, pp. 29-62.

3.  Roggli, V.L., and Shelburne, J.D.: Mineral Pneumoconioses, Chapter 21, In: Pulmonary Pathology (Dail, D.H., and Hammar, S.P., eds.), Springer-Verlag, New York, 1988, pp. 589-617.

4.  Roggli, V.L., and Brody, A.R.: Imaging Techniques for Application to Lung Toxicology, In: Toxicology of the Lung (Gardner, D.E., Crapo, J.D., and Massaro, E.J., eds.), Raven Press, New York, 1988, pp. 117- 145.

5.  Roggli, V.L.: Scanning Electron Microscopic Analysis of Mineral Fibers in Human Lungs. Chptr. 5. In: Microprobe Analysis in Medicine, (Ingram, P., Shelburne, J.D., and Roggli, V.L., eds.), Hemisphere Pub. Corp.: Washington, D.C., 1989, pp. 97-110.

6.  Shelburne, J.D., Tucker, J.A., Roggli, V.L., and Ingram, P.: Overview of Applications in Medicine, Chptr. 3. In: Microprobe Analysis in Medicine, (Ingram, P., Shelburne, J.D., and Roggli, V.L., eds.), Hemisphere Pub. Corp.: Washington, D.C., 1989, pp. 55-77.

7.  Roggli, V.L.: Pathology of Human Asbestosis: A Critical Review. In: Advances in Pathology, vol. 2 (Fenoglio, C.M., ed.), Yearbook Pub., Inc., Chicago, 1989, pp. 31-60.

8.  Shelburne, J.D., Roggli, V.L., Ingram, P., Tucker, J.A., and Linton, R.W.: Microprobe Analysis in Medicine - Present Practice and Future Trends. In: Electron Probe Microanalysis: Applications in Biology and Medicine (Zierold, K. and Hagler, H.K., eds.), Springer-Verlag: Berlin, 1989, pp. 305-316.

9.  Roggli, V.L., and Brody, A.R.: The Role of Electron Microscopy in Experimental Models of Pneumoconiosis. In: Electron Microscopy of the Lung (Schraufnagel, D., ed.), Marcel Dekker: New York, 1990, pp. 315-343.

10. Schraufnagel, D., Ingram, P., Roggli, V.L., and Shelburne, J.D.: An Introduction to Analytical Electron Microscopy and Microprobe Analysis: Techniques and Tools to Study the Lung. In: Electron Microscopy of the Lung (Schraufnagel, D., ed.), Marcel Dekker: New York, 1990, pp. 1-46.

11. Roggli, V.L.: Mineral fiber content of lung tissue in patients with malignant mesothelioma, Chptr. 6, In: Malignant Mesothelioma (Henderson, D.W., Shilkin, K.B., Langlois, S.L.P., and Whitaker, D., eds.), Hemisphere Pub. Corp.: Washington, D.C., 1991, pp. 201-222.

Curriculum Vitae
Victor L. Roggli, M.D.
Page 26

12. <u>Roggli, V.L.</u>: Fiber Analysis, Chptr. 18, In: Environmental and Occupational Medicine, 2nd ed. (Rom, W.N., ed.), Little Brown and Co.: New York, 1992, pp. 255-267.

13. <u>Roggli, V.L.</u>, and Shelburne, J.D.: Pneumoconioses, Mineral and Vegetable, Chapter 27, In: Pulmonary Pathology, 2nd Ed. (Dail, D.H., and Hammar, S.P., eds.), Springer-Verlag: New York, 1994, pp. 867-900.

14. <u>Roggli, V.L.</u>: The Pneumoconioses: Asbestosis, Chapter 36, In: Pathology of Pulmonary Disease (Saldana, M., ed.), J.B. Lippincott Co: Philadelphia, 1994, pp. 395-410.

15. <u>Roggli, V.L.</u>: Rarer Forms of Pneumoconiosis, Chapter 37, In: Pathology of Pulmonary Disease (Saldana, M., ed.), J.B. Lippincott Co: Philadelphia, 1994, pp. 411-422.

16. <u>Roggli, V.L.</u>, and Fisher, M.: Mixed Interstitial and Intra-alveolar Processes, Chapter 33, In: Pathology of Pulmonary Disease (Saldana, M., ed.), J.B. Lippincott Co: Philadelphia, 1994, pp. 357-368.

17. Henderson, D.W., <u>Roggli, V.L.</u>, Shilkin, K.B., Hammar, S.P. and Leigh, J.: Is asbestosis an obligate precursor for asbestos-induced lung cancer? Fiber burden and the changing balance of evidence. A Preliminary Discussion Document. In: Sourcebook on Asbestos Diseases, vol. 11, (Peters, G.A., and Peters, B.J., eds), Michie Co: Charlottesville, VA, 1995, pp. 97-168.

18. Henderson, D.W., de Klerk, N.H., Hammar, S.P., Hillerdal, G., Huuskonen, M.S., Karjalainen, A., Leigh, J., Pott, F., <u>Roggli, V.L.</u>, Shilkin, K.B., and Tossavainen, A.: Asbestos and lung cancer: Is it attributable to asbestosis or to asbestos fibre burden? Chapter 6, In: Pathology of Lung Tumors (Corrin, B., ed.), Churchill Livingstone, London, 1997, pp. 83-118.

19. <u>Roggli, V.L.</u>, Oury, T.D., and Moffatt, E.J.: Malignant mesothelioma in women. In: Anatomic Pathology, 1997, Vol. 2 (Rosen, P.P. and Fechner, R.E., eds.), ASCP Press, Chicago, 1998, pp. 147-163.

20. <u>Roggli, V.L.</u>: Fiber analysis. Ch. 23. In: Environmental and Occupational Medicine, 3rd ed. (Rom, W.H., ed.), Lippincott-Raven: New York, 1998, pp. 335-347.

21. <u>Roggli, V.L.</u>: Asbestos: Scientific Status. Ch. 40. In: Modern Scientific Evidence, Suppl. Vol. 3 (Faigmann, D.L., Kaye, D.H., Sahs, M.J., and Sanders, J., eds.), West Group: St. Paul, 1999, pp. 285-325.

22. <u>Roggli, V.L.</u> and Oury, T.D.: Interstitial fibrosis, predominantly mature. Ch. 5. In: Diagnostic Pulmonary Pathology (Cagle, P.T., ed.), Marcel Dekker: New York, 2000, pp. 77-101.

23. <u>Roggli, V.L.</u>: Asbestos: Scientific Status. Ch. 38. In: Modern Scientific Evidence, Vol. 4 (Faigmann, D.L., Kaye, D.H., Saks, M.J., and Sanders, J., eds.), West Group: St. Paul, 2002, pp. 327-366.

**Curriculum Vitae**
**Victor L. Roggli, M.D.**
**Page 27**

24. Churg, A., Roggli, V.L., Galateau-Salle, F., Cagle, P., Gibbs, A., Henderson, D., Vignaud, J.M., Inai, K., Praet, M., Ordonez, N., Hammar, S., Pugatch, B., Testa, J., Knuutila, S., Gazdar, A., and Saracci, R.: Tumours of the Pleura, CH 2, In: World Health Organization Classification of Tumours, Pathology & Genetics, Tumours of the Lung, Pleura, Thymus, and Heart. WHO: Lyon, 2004, pp. 125-144.

25. Roggli, V.L. and Butnor, K.J.: Pneumoconioses, CH 9, In: Practical Pulmonary Pathology (Leslie, K.O., and Wick, M.R., eds.), W.B. Saunders Co: Philadelphia, 2005, pp. 303-333.

26. Roggli, V.L. and Cagle, P.T.: Pleura, Pericardium and Peritoneum, CH 19, In: Principles and Practice of Surgical Pathology and Cytopathology, 4th Ed. (Silverberg, S.G., DeLellis, R.L., Frable, W.J., LiVolsi, V.A., and Wick, M., eds.), Elsevier: Philadelphia, 2005, pp. 1005-1039.

27. Roggli, V.L. and Cagle, P.T.: Emphysema and Chronic Bronchitis, CH 24, In: Dail and Hammar's Pulmonary Pathology, 3rd Ed. (Tomashefski, J.F., Cagle, P.T., Farver, C.F., Fraire, A.E., eds.), Springer-Verlag: New York, 2008, pp. 866-885.

28. Cagle, P.T. and Roggli, V.L.: Pathology of Small Airways, CH 25, In: Dail and Hammar's Pulmonary Pathology, 3rd Ed. (Tomashefski, J.F., Cagle, P.T., Farver, C.F., Fraire, A.E., eds.), Springer-Verlag: New York, 2008, pp. 886-910.

29. Sporn, T.A. and Roggli, V.L.: Pneumoconioses, Mineral and Vegetable, CH 26, In: Dail and Hammar's Pulmonary Pathology, 3rd Ed. (Tomashefski, J.F., Cagle, P.T., Farver, C.F., Fraire, A.E., eds.), Springer-Verlag: New York, 2008, pp. 911-949.

30. Sporn, T.A. and Roggli, V.L.: Predominantly Mature Interstitial Fibrosis, CH 5, In: Diagnostic Pulmonary Pathology, 2nd Ed. (Cagle, P.T., Allen, T.C. and Beasley, M.B., eds.), Informa: New York, 2008, pp. 85-104.

31. Butnor, K.J. and Roggli, V.L.: Pneumoconioses, CH 9, In: Practical Pulmonary Pathology, 2nd Ed. (Leslie, K.O., and Wick, M.R., eds.), Elsevier: New York, 2011, pp. 311-337.

32. Roggli, V.L.: Electron Microscopy in Occupational and Environmental Lung Disease, CH 13, In: Diagnostic Electron Microscopy: A Practical Guide to Interpretation and Technique (Stirling, J.W., Curry, A., and Eyden, B.P., eds.), John Wiley & Sons: New York, 2013, pp. 323-340.

33. Sporn, T. and Roggli, V.L.: Occupational Lung Disease, CH 14, In: Spencer's Pathology of the Lung, 6th Ed. (Hasleton, P. and Flieder, D.B., eds.), Cambridge University Press: Cambridge, 2013, pp. 512-562.

34. Pavlisko, E.N., Boffetta, P., and Roggli, V.L.: Lung Cancer (Exposure Assessment, Pathology, and Epidemiology), CH 9, In: Occupational Cancers (S. Anttila, P. Boffetta, eds.), Springer-Verlag: London, 2014, pp. 181-209.

35. Pavlisko, E.N. and Roggli, V.L.: Diseases of the Serosal Surfaces, CH 19, In: Silverberg's Principles and Practice of Surgical Pathology and Cytopathology, 5th Ed. (Wick, M.R.,

Curriculum Vitae
Victor L. Roggli, M.D.
Page 28

Livolsi, V.A., Pfeifer, J.D., Stelow, E.B. and Wakely, P.E., eds.), Cambridge University Press: Cambridge, 2014, pp. 1427-1478.

36. Galateau-Salle, F., Churg, A., Roggli, V.L., Chirieac, L.R., Attanoos, R., Borczuk, A., Cagle, P., Dacic, S., Hammar, S., Husain, A.N., Inai, K., Ladanyi, M., Marchevsky, A.M., Naidich, D., Ordonez, N.D., Rice, D.C., Sheaff, M.T., Travis, W.D., and van Meerbeeck, J.: Tumours of the Pleura, CH 2, In: World Health Organization Classification of Tumours of the Lung, Pleura, Thymus, and Heart. IARC: Lyon, 2015, pp. 153-181.

37. Pavlisko, E.N., Carney, J.M., Sporn, T.A., and Roggli, V.L.: Mesothelioma Pathology, CH 6, In: Current Cancer Research: Asbestos and Mesothelioma (Testa, J.R., ed.), Springer Nature: New York, 2017, pp. 131-160.

38. Gualtieri, A.F., Mossman, B.T., and Roggli, V.L.: Towards a general model for predicting the toxicity and pathogenicity of mineral fibres, CH 15, In: EMU Notes in Mineralogy, Vol. 18 (Gualtieri, A.F., ed.), European Mineralogical Union: London, 2017, pp. 501-532.

39. Butnor, K.J. and Roggli, V.L.: Pneumoconioses, CH 10, In: Practical Pulmonary Pathology, 3rd Ed. (Leslie, K.O., and Wick, M.R., eds.), Elsevier: New York (in press 2019).

40. Pavlisko, E.N. and Roggli, V.L.: Lung Cancer: Clinical Findings, Pathology and Exposure Assessment, CH 9, In: Occupational Cancers, 2nd Ed. (S. Anttila, P. Boffetta, eds.), Springer-Verlag: London (in press, 2019).


**Books & Monographs:**

1. Ingram, P., Shelburne, J.D., Roggli, V.L., eds: Microprobe Analysis in Medicine, Hemisphere Pub. Corp.: Washington, D.C., 1989.

2. Roggli, V.L., Greenberg, S.D., Pratt, P.C., eds.: Pathology of Asbestos-Associated Diseases, Little, Brown & Co.: Boston, MA, 1992.

3. Ingram, P., Shelburne, J.D., Roggli, V.L., LeFurgey, E.A., eds.: Biomedical Applications of Microprobe Analysis. Academic Press: San Diego, 1999.

4. Roggli, V.L., Oury, T.D., Sporn, T.A., eds.: Pathology of Asbestos-Associated Diseases, 2nd Ed., Springer: New York, 2004.

5. Galateau-Salle, F., Brambilla, E., Cagle, P.T., Churg, A.M., Colby, T.V., Gibbs, A.R., Hammar, S.P., Hasleton, P.S., Henderson, D.W., Inai, K., Praet, M., Roggli, V.L., Travis, W.D., and Vignaud, J.M.: Pathology of Malignant Mesothelioma, Springer: London, 2006.

6. Churg, A., Cagle, P.T., and Roggli, V.L.: Tumors of the Serosal Membranes, AFIP Atlas of Tumor Pathology, Series IV, Fascicle 3, American Registry of Pathology: Washington, D.C., 2006.

Curriculum Vitae
Victor L. Roggli, M.D.
Page 29

7. Oury, T.D., Sporn, T.A., and Roggli, V.L.: Pathology of Asbestos-Associated Diseases, 3rd Ed., Springer: New York, 2014.

**Editorials and Letters to the Editor:**

1. Roggli, V.L.: Pericardial Mesothelioma After Exposure to Asbestos. N. Engl. J. Med. 304:1045, 1981.

2. Roggli, V.L., McLarty, J.W., and Greenberg, S.D.: Asbestos Bodies in Sputum: A Clinical Marker of Exposure. J. Occup. Med. 25:508, 1983.

3. Pratt, P.C. and Roggli, V.L.: Acute interstitial pneumonia. Am. J. Surg. Pathol. 11:156-157, 1987.

4. Roggli, V.L.: Asbestos in Lung Tissue. Chest 97:1501-1502, 1990.

5. Roggli, V.L.: Role of Closed Needle Biopsy in the Diagnosis of Malignant Mesothelioma of the Pleura. Chest 105:321-322, 1994.

6. Roggli, V.L.: Histologic Classification of Lung Cancers: Factors Effecting Its Variability. Am. J. Clin. Pathol. 101:411-412, 1994.

7. Roggli, V.L., McDonald, J.W., and Shelburne, J.D.: The Detection of Silicone Within Tissues. Arch. Pathol. Lab. Med. 118:963-964, 1994.

8. Ghio, A.J. and Roggli, V.L.: Mycotoxins and Interstitial Lung Disease. Chest 108:1185-1186, 1995.

9. Roggli, V.L. and Chiang, A.: Constrictive Bronchiolitis Obliterans in Sauropus Androgynus Poisoning. J. Toxicol. Clin. Toxicol. 34:525-526, 1996.

10. Butnor, K.J., Sporn, T.A., and Roggli, V.L.: Pulmonary Apical Cap. Am. J. Surg. Pathol. 25: 1344, 2001.

11. Ghio, A.J. and Roggli, V.L.: Talc should not be used for pleurodesis in patients with nonmalignant pleural effusions. Am. J. Respir. Crit. Care Med. 164: 1741, 2001.

12. Roggli, V.L. and Langer, A.M.: Asbestos in brakes: Exposure and risk of disease. Am. J. Ind. Med. 47: 276-277, 2005.

13. Ghio, A.J. and Roggli, V.L.: Diagnosis and initial management of nonmalignant diseases related to asbestos. Am. J. Respir. Crit. Care Med. 171: 527, 2005.

14. Roggli, V.L., Ghio, A.J., Piantadosi, C.A., MacIntyre, N.R., Young, S.L., Kussin, P.S., Steele, M.P., Carraway, M.S., Welty-Wolf, K.E., Govert, J.A., McMahon, T.J., Palmer, S.M., and Sporn, T.A.: Physician subsidies of tobacco advertising. Am. J. Respir. Crit. Care Med. 173: 246, 2006.

Curriculum Vitae
Victor L. Roggli, M.D.
Page 30

15. Roggli, V.L.: Environmental asbestos contamination: What are the risks? Chest 131: 336-338, 2007.

16. Roggli, V.L.: The enemy within. Science 321: 36, 2008.

17. Roggli, V.L., Hammar, S.P., Maddox, J.C., and Henderson, D.W.: The "Helsinki Criteria" for Attribution of Lung Cancer to Asbestos Exposure: How Robust Are the Criteria? Arch Pathol Lab Med 132: 1386-1387, 2008.

18. Roggli, V.L., Sporn, T.A., and Butnor, K.J.: Comments on Dodson et al., A Technical Comparison of Evaluating Asbestos Concentration by Phase Contrast Microscopy (PCM), Scanning Electron Microscopy (SEM), and Analytical Transmission Electron Microscopy (ATEM) as Illustrated from Data Generated from a Case Report. Inhal. Toxicol. 20: 1113-1114, 2008.

19. Roggli, V.L., Sporn, T.A., Case, B.W. and Butnor, K.J.: Commentary on Asbestos Fiber Concentrations in the Lungs of Brake Workers: Another Look. Ann. Occup. Hyg. 53: 191, 2009.

20. Cummings, K.J., Kreiss K, and Roggli, V.L.: Pulmonary Alveolar Proteinosis in Workers at an Indium Processing Facility: From the Authors. Am. J. Respir. Crit. Care Med. 182: 578-579, 2010.

21. Cummings, K.J., Kreiss K, and Roggli, V.L.: Indium tin oxide does not induce GM-CSF autoantibodies. Am. J. Respir. Crit. Care Med. 184: 741-742, 2011.

22. Marsh, G.M., Youk, A.O., and Roggli, V.L.: Letter to the editor in response to Finkelstein et al. (2012). Inhal. Toxicol. 24: 141-142, 2012.

23. Piantadosi, C.A., Bartz, R.R., Carraway, M.S., Ghio, A.J., McMahon, T.J., Murdoch, D.M., Roggli, V.L., Shofer, S.L., Tighe, R.M., Welty-Wolf, K.E., and Young, S.L.: The opprobrium of Big Tobacco. Am. J. Respir. Crit. Care Med. 185: 1030, 2012.

24. Pavlisko, E.N., Roggli, V.L., Sporn, T.A., and Oury, T.D.: Relationship between pulmonary emphysema and renal function in smokers. Chest 143: 1516-1517, 2013.

25. Cummings, K.J., Kreiss K, and Roggli, V.L.: Bronchiolitis by any other name: describing bronchiolar disorders from inhalational exposures. Ann. Am. Thorac. Soc. 13: 143-144, 2016.

26. Dragani, T.A., Colombo, F., Pavlisko, E.N., and Roggli, V.L.: Challenges of analyzing factors that modulate the age at diagnosis of malignant mesothelioma. Carcinogenesis 40: 490-491, 2019.

27. Attanoos, R.L., Churg, A., Galateau-Salle, F., Gibbs, A.R., and Roggli, V.L.: In reply to "Malignant Mesothelioma and its Nonasbestos Causes". Arch. Pathol. Lab. Med. 143: 911-914, 2019.

**Curriculum Vitae**
**Victor L. Roggli, M.D.**
**Page 31**

**Scientific Exhibits:**

1. Foster, W.L., Gimenez, E.I., Roubidoux, M.A., Sherrier, R.H., <u>Roggli, V.L.</u>, and Shannon, R.H.: The Emphysemas: Imaging-Pathologic Correlations. <u>Roentgen Ray Society,</u> Boston, MA, May 1991.

2. Foster, W.L., Gimenez, E.I., Roubidoux, M.A., Sherrier, R.H., <u>Roggli, V.L.</u>, and Shannon, R.H.: The Emphysemas: Imaging-Pathologic Correlations. <u>Radiological Society of North America,</u> Chicago, IL, Dec. 1991.

# Dr. Roggli's 2015 thru 2019 Depositions

| Date of Deposition | Patient Name | Law Firm Billed for Depo |
|---|---|---|
| **2015** | | |
| 1/6/15 | Billy Prather | DeHay & Elliston |
| 1/14/15 | William Cummings | Fultz Maddox Hovious Dickens |
| 1/21/15 | James Beers | McGuire Woods |
| 2/3/15 | Larry Hoffman | K&L Gates |
| 2/4/15 | Joseph Davenport | Venable LLP |
| 2/5/15 | Linda Fishbain | Quinn Emanuel |
| 2/9/15 | Robert Gurley | Nelson Mullins Riley |
| 2/13/15 | Paul McGowan | Boyle & Brasher |
| 2/18/15 | Joyce Stockton | McGuire Woods |
| 2/19/15 | Ernest Maia | Hawkins & Parnell |
| 2/23/15 | David Greenberg | Hugo Parker |
| 3/10/15 | Judith Winkel | Quinn Emmanuel |
| 3/13/15 | Clark Collins | Mahaffy Weber |
| 3/16/15 | Kathleen Schwartz | Willcox & Savage |
| 3/16/15 | Graham Yates | Willcox & Savage |
| 4/7/15 | Norman Landry | Clements & Clements |
| 4/8/15 | Verdell Blount | Willcox & Savage |
| 4/21/15 | Ross Fordyce | Barber Law |
| 4/28/15 | Pablo Gonzalez | Willcox & Savage |
| 5/5/15 | Walter Koepper | Parler Wobber |

| 5/21/15 | Narciso DeLeon | Crimando & Cleland |
| 5/26/15 | Eric Ross Phillips | Leath Bouch Law |
| 6/10/15 | Joseph DeLise | DeHay & Elliston |
| 6/30/15 | Elijah Sparkman | Nelson Mullins |
| 7/7/15 | David Baird | DeHay & Elliston |
| 7/22/15 | Gavin Petillo | Thompson Bowie |
| 7/27/15 | Rita Treutel | Forman Perry Watkins Krutz |
| 7/28/15 | Vernon Turner | Unglesby Law |
| 8/4/15 | Richard Gilb | Willcox & Savage |
| 8/11/15 | Garland Pepper | O'Connell Tivin Miller Burns |
| 8/13/15 | Danny Maxwell | McGuire Woods |
| 8/24/15 | Larry Lee | Alston Bird |
| 9/2/15 | Joe Trejo | Bassi Edlin Hughie & Blum |
| 9/3/15 | Maurice Shrum | McGuire Woods |
| 9/8/15 | James DeSouza | Segal McCambridge Singer |
| 9/9/15 | Thomas Dandridge | Nelson Mullins Riley |
| 9/10/15 | Willard Krumweide | Segal McCambridge Singer |
| 9/10/15 | Arthur Kroeger | Lankford Crawford Moreno |
| 9/11/15 | Kenneth Hotard | Martzell & Bickford |
| 9/14/15 | Stewart Poore | McGuire Woods |
| 9/16/15 | Richard Roop | McGuire Woods |
| 9/17/15 | Richard Russell | Rasmussen Willis Dickie |
| 9/24/15 | Martha Faye Joseph | Foley & Mansfield |
| 10/8/15 | Cami Bivert | Schiff Hardin |
| 10/12/15 | Johnny Penegar | Goodman McGuffey Linsey |

| | | |
|---|---|---|
| 10/20/15 | Richard Roop (continuation) | McGuire Woods |
| 10/20/15 | Michelle Zierer | McGuire Woods |
| 10/21/15 | Michelle Zierer (continuation) | McGuire Woods |
| 10/27/15 | Jesus Vega | Dentons LLP |
| 10/28/15 | Virginia Schiszler | Berkes Crane Robinson |
| 11/11/15 | Paul McCulley | DeHay & Elliston |
| 12/02/15 | Irma Saldana | DeHay & Elliston |
| 12/3/15 | Francisco Urcuyo | DeHay & Elliston |
| 12/7/15 | Kenneth Reed | Willcox & Savage |
| 12/14/15 | Victor Jasniy | DeHay & Elliston |

**2016**

| | | |
|---|---|---|
| 1/6/16 | Jesus Vega – Continued | Dentons LLP |
| 1/21/16 | John Dickerson | Evert Weatersby Houff |
| 2/29/16 | Charles Smith | Archer Norris |
| 3/8/16 | Terry Poe | Berkes Crane Robinson |
| 3/29/16 | Michael Talbot | Martzell & Bickford |
| 4/21/16 | James Hutto | Nelson Mullins Riley |
| 5/2/16 | Ronald Hill | Waters & Kraus |
| 5/4/16 | Billy Parrott | Smith Anderson Blount |
| 5/5/16 | Rosie Trusclair | Plauche Maselli Parkerson |
| 5/16/16 | Gary Scott Smith | Waters & Kraus |
| 6/2/16 | James Angus | O'Connell Tivin Miller Burns |
| 6/17/16 | Leonard Smith | Willcox & Savage |
| 6/14/16 | Gerald Hake | Selman Law Office |

| | | |
|---|---|---|
| 7/21/16 | Louis Lowell | Gordon & Rees |
| 7/28/16 | Thomas Gatten | McGuire Woods |
| 8/1/16 | Clifford Johnson | Baird & Baird |
| 8/1/16 | Randy Napier | Baird & Baird |
| 8/2/16 | Robert LaDuca | The Powers Law Firm |
| 8/3/16 | Hayward Theriot | Walters Papillion |
| 8/11/16 | Theresa Gaubert | Kean Miller |
| 8/15/16 | Abraham Castillo | O'Connell Tivin Miller Burns |
| 8/29/16 | Thelma Oster | Bice Cole |
| 8/31/16 | Dennis Britt | DLA Piper |
| 9/14/16 | Nolan Lamb | Selman Breitman |
| 9/26/16 | Frederick Hensley | Nelson Mullins Riley |
| 9/27/16 | James Wagner | Hawkins & Parnell |
| 9/29/16 | Charles Smith | Archer Norris |
| 10/6/16 | Anna Blount | Selman Breitman |
| 10/24/16 | Donald Moody | Selman Breitman |
| 12/7/16 | Lewis Pyatt | Haynsworth Sinkler Boyd |
| 12/8/16 | Otto King | Plauche Maselli Parkerson |
| 12/14/16 | Ralph Pennington | Willcox & Savage |

**2017**

| | | |
|---|---|---|
| 2/1/17 | Melissa Sweet | Willcox & Savage |
| 2/3/17 | Jose DeLaO | Willcox & Savage |
| 2/15/17 | John Mehalick | Willcox & Savage |
| 2/17/17 | Raymond Parker | Leader & Berkon |

| | | |
|---|---|---|
| 2/20/17 | Lynda Berry | K&L Gates |
| 2/27/17 | James Smith | Boyle Brasher |
| 3/20/17 | Larry Watson | Selman Law |
| 4/10/17 | Bobby Farmer | Evert Weathersby |
| 4/17/17 | Edward Williamson | Rumberger Kirk & Caldwell |
| 5/15/17 | James Smith (2nd depo) | Boyle Brasher |
| 5/24/17 | Ronald Carroll | O'Connell Tivin Miller Burns |
| 6/1/17 | Charles Kenyon | Foley & Mansfield |
| 6/2/17 | Frank Hart | Foley & Mansfield |
| 6/26/17 | Jacob Burg Adams | Plauche Maselli Parkerson |
| 6/28/17 | Steven Holtsclaw | Manion Gaynor Manning |
| 7/6/17 | Wade Gore | O'Connell Tivin Miller Burns |
| 7/10/17 | Loretta Ney | Riley Safer Holmes Cancila |
| 7/18/17 | Brent Menard | Manion Gaynor Manning |
| 7/25/17 | Paul Casterline | Lankford Crawford Moreno |
| 8/28/17 | Clifton Younce | Willcox & Savage |
| 8/29/17 | Jesse Gonzales | Hassard Bonnington |
| 9/6/17 | Gerald Kessinger | Riley Safer Holmes Cancila |
| 9/18/17 | Velma Searcy | Willcox & Savage |
| 9/25/17 | Roger Williams | Lankford Crawford Moreno |
| 10/16/17 | Sharron Smith | Imai Tadlock Keeney |
| 10/24/17 | Jerry Bagwell | Forman Watkins & Krutz |
| 11/22/17 | George Williams | Tybout Redfearn & Pell |
| 12/4/17 | Clyde Crowe | Goldberg Segalla |
| 12/13/17 | Vicki Williams | Stoll Keenan Ogden |

**2018**

| | | |
|---|---|---|
| 1/9/18 | Joseph Gonzon | Tybout Redfearn & Pell |
| 1/10/18 | Helene Kohr | Hughes Hubbard & Reed |
| 1/16/18 | Rachel McCrary | Wilson Smith Cochran |
| 1/30/18 | Robert Rash | Roven Kaplan |
| 2/8/18 | Enrique Dominguez | Archer Norris |
| 3/5/18 | Richard Berg | Hughes Hubbard & Reed |
| 3/12/18 | Michael Donohue | O'Connell Tivin Miller & Burns |
| 3/15/18 | William Hawkins | Willcox & Savage |
| 3/28/18 | William Choate | Lewis Brisbois |
| 4/11/18 | James Bookout | Boyle Brasher |
| 4/13/18 | Thomas Bardusk | Foley & Mansfield |
| 4/19/18 | Lloyd Bailey | Hassard Bonnington |
| 4/25/18 | Donald Ward | Sinars Rollins |
| 5/23/18 | Wayne Bourgeois, Sr. | Martzell & Bickford |
| 6/12/18 | Patrick Jack | Gardner Trabolsi & Associates |
| 6/14/18 | Jerry Crawford | Nelson Mullins |
| 6/19/18 | Donald Knutson | Gordon & Rees |
| 8/20/18 | Louis Summerlin | Cetrulo LLP |
| 8/27/18 | Alcee Anderson | Nelson Mullins |
| 9/6/18 | Steven Bolin | Willcox & Savage |
| 9/18/18 | Benny Anthony | Pessin Katz Law |
| 9/19/18 | Jeffrey Watts | Foley & Mansfield |
| 10/1/18 | Michelle Price | Hubbard Mitchell |
| 10/2/18 | Alfred Butchko | Gordon & Rees |

| 10/8/18 | Leslie McGrew | Bienvenu Bonnecaze Foco |
| 10/16/18 | Dianne Edwards | Maron Marvel Bradley |
| 10/23/18 | Earl Gisclair | Ron Austin Law |
| 10/24/18 | James Thomas | Sinars Rollins |
| 11/1/18 | Robert Stewart | Willcox & Savage |
| 12/10/18 | Alex Williams | Gordon & Rees |
| 12/11/18 | Brian Brown | Schnader Harrison Segal |
| 12/12/18 | Kenneth Hendrix | Barber Law Firm |
| 12/20/18 | Sarah Krentz | Hunton Andrews Kurth |
| **2019** | | |
| 1/30/19 | Stephen Fowlkes | Willcox & Savage |
| 2/13/19 | Charles Bourg | Galante & Bivalacqua |
| 3/11/19 | Jody Ratcliff | Kaleo Legal |
| 3/28/19 | Rodolfo Gutierrez | Forman Watkins |
| 4/1/19 | Patricia Schmitz | Foley & Mansfield |
| 4/2/19 | Beatrice Bourque | Nelson Mullins |
| 4/17/19 | Owen Gabriel | Bullivant Houser Bailey |
| 4/18/19 | Eric Sinor | Foley & Mansfield |
| 5/13/19 | Owens Edge | Jones Walker LLP |
| 5/20/19 | Robin Gould | Frilot LLP |
| 6/4/19 | Thomas Florence | Kaleo Legal |
| 6/5/19 | John Glenn | Nelson Mullins |
| 6/11/19 | Barbara Reed | Hendler Lyons |
| 6/12/19 | Jeremy Smith | Motley Rice |
| 6/17/19 | George Crudge | Gordon & Rees |

| 6/19/19 | George Crudge (continuation) | Gordon & Rees |
|---------|------------------------------|---------------|
| 7/9/19 | Harold Hilliman | Dentons |
| 7/17/19 | Ronald Smith | Willcox & Savage |
| 7/30/19 | Richard McClendon | Willcox & Savage |
| 7/31/19 | Elray Lege | Baggett McCall Gaughan |
| 8/1/19 | Alfred Bennett | Kaleo Legal |
| 8/6/19 | David Phelps | Boyle Brasher |
| 8/27/19 | Terry Steinberg | Swanson Martin & Bell |
| 8/29/19 | Sharon Barrilleaux | Frilot LLC |
| 9/4/19 | Amos Webb | Willcox & Savage |
| 9/10/19 | Melody Lewis | Swanson Martin & Bell |
| 9/26/19 | Sarah Krentz | Foley & Lardner |
| 10/8/19 | Charles Fuller | Willcox & Savage |
| 10/10/19 | Peggy Posey | Willcox & Savage |
| 10/14/19 | Rudie Klopman-Baerselman | Bullivant Houser Bailey |
| 10/17/19 | Gordon Andersen | Foley & Mansfield |
| 10/22/19 | Jeremiah Hartle | Browning Kaleczyc Berry Hoven |
| 10/23/19 | Carolyn Ward-Wiman | Moran Reeves Conn |
| 10/24/19 | David Lara | Benjamin Law Group |
| 10/28/19 | James McAllister | Hubbard Mitchell Williams |
| 11/6/19 | Jean Roy | Hugo Parker |
| 11/11/19 | Russell Mahoney | Foley & Mansfield |
| 11/14/19 | Gordon Andersen | Foley & Mansfield |
| 11/25/19 | Larry Woolard | Pinto Coates Kyre & Bowers |
| 11/26/19 | Suzanne Garon | Boyle Brasher |

| 12/05/19 | Calvin Harris | Forman Watkins Krutz |
| 12/12/19 | Carolyn Ward-Wiman (continuation) Moran Reeves Conn | |
| 12/16/19 | Thomas Gaskill | Nelson Mullins Riley |
| 12/17/19 | Kris Elizarraras | Foley & Mansfield |
| 1/2/20 | Forrest Lewis, Jr. | Willcox & Savage |
| 1/6/20 | Deborah Creech | Forman Watkins |

## TRIAL TESTIMONY

<u>PLAINTIFFS</u>

| | | |
|---|---|---|
| James Washington (MN) | Charles Arnold (TN) | Roy Boyette (TX) |
| Manuel Carvalho (HI) | Daniel Johnstone - I (LA) | Steven Douglas (TX) |
| Ewing B. Edwards (TN) | Ed Lindley (NC) | Gerald England (MD) |
| Frank Smith (RI) | Clarence Stevens (CA) | William Duckett (TX) |
| James O. Bullard (FL) | Ross Grossnickle (MD) | Nicholas Baione (FL) |
| Gregory Davenport (VA) | Martin Mason (TX) | Milton Jenkins (CA) |
| Bernard (WA) | Kenneth Thrapp (TX) | Edward Norris (FL) |
| Roger Shack (AL) | Robert Yeager (TX) | Barnes and Wasiak (TX) |
| John E. Richardson (FL) | Charles Hughes (LA) | Benjamin Baker (WV) |
| Leonard Mays (FL) | Damon Quick (WV) | Victor Hellquist (CA) |
| Ralph Turley (WV) | Daniel Johnstone - II (LA) | John Aday (AL) |
| Garvin Boiter (SC) | Robert Lofton (TX) | Carl Golightly (KY) |
| William Drake (NC) | Robert L. Verdin (MD) | Charles Allen (FL) |
| Cynthia Archer (FL) | Roy Boyette (LA) | Philip C. Skleros (NJ) |
| Cimino et. al. (TX) | Harry DeLong (WV) | Connell and Parkinson (FL) |
| Daniel Boyce (TX) | Nicholas Haluskey (CA) | Lillie Irene Permuy (FL) |
| Peters and Jones (WV) | Benny Gerald Horne (NC) | George E. Prekler (NC) |
| Sego and McElhaney (FL) | Arthur Carter (DE) | Robert L. Stone (TX) |
| Mickens, Taylor, Byford, McBryde and Gray (TX) | | Dean-Steffens (FL) |

## TRIAL TESTIMONY

### PLAINTIFFS (cont.)

| | | |
|---|---|---|
| William E. Hohman  (MD) | Roy Shaw (WA) | Leon Swindler  (LA) |
| James Blanchard  (KY) | Herman Parks (VA) | Jean Connor  (FL) |
| Rita Mae Schmidt  (TX) | Whatley  (TX) | O'Flynn  (LA) |
| Samuel Culverhouse  (NC) | Piper, McFadden, Fertig (MD) | Goodwin  (TN) |
| William V. Monahan  (CA) | Paul Cochran  (TX) | Ben Baker  (TX) |
| Orval Vinson  (AL) | John Roth  (KS) | Johnny Butler  (GA) |
| Carl Golightly II (KY) | Patrick Henry Clark  (LA) | J. Karbiwnyk  (FL) |
| Knoch & Mueller  (MD) | Christine C. Boudoin (LA) | Carlton Crane II  (FL) |
| Cleo Elmore  (NC) | Edward Snoozy  (FL) | P. McCormick  (DC) |
| Lassiter & Morgan (FL) | Stanley Lesnick  (MD) | Russell Meinert  (TX) |
| Carlton Crane  (FL) | Robert Gillespie  (WV) | Thomas Hadley  (IN) |
| Mizell - Durant (FL) | Luther Wilkerson  (TX) | WV Mass Trial (WV) |
| James Gardiner (TX) | Ridenour-Eitemiller (MD) | Mildred Wiley  (IN) |
| James V. Redd (FL) | Svoboda-Siedlecki (MD) | Samuel Wheat  (TX) |
| Charles White (TX) | A.B. Johnson  (FL) | Earl E. Brown  (TX) |
| Edmund Cooper (DC) | Eastburn-Arthur  (DE) | Charles Bendit  (CA) |
| James Cecil Chaney (TX) | John Break  (MI) | Leo Woodburn  (FL) |
| LaVerne Ruff (CA) | Otto Kelley  (WA) | Charles Green  (TX) |
| Zumas-Balonis (MD) | Charles Reiff  (TX) | Austin Clement  (LA) |

**TRIAL TESTIMONY**

PLAINTIFFS (cont.)

| | | |
|---|---|---|
| Raymond Denkeler  (TX) | John Shelton  (TX) | Joseph Torrejon  (LA) |
| Howard Aylor  (TX) | Martin Little  (SC) | Katie Carter  (PA) |
| Richard Callahan  (OH) | Douglas Faulkner  (LA) | Thomas Madden  (TX) |
| Freeman Gilbert  (TX) | Raymond Peterson  (FL) | Thomas Pipich  (CA) |
| Leo Spiegelhauer  (TX) | Billy Ray Meadows  (TX) | Linda Welch  (MO) |
| Joaquin Banda  (TX) | Constance Mehlman  (NJ) | Gail Routh  (FL) |
| Jose Rubio  (TX) | Victor Brunell  (LA) | Schoonover  (WI) |
| Burl Butler  (MS) | Joseph Breaux  (TX) | Maurice Flood  (IL) |
| Frank Goodman  (GA) | Harvey Harrison  (TX) | Beverly Davis  (FL) |
| Alvin Hebert  (LA) | Elmo Zumwalt  (TX) | Samuel Dryden  (TX) |
| James Salierno  (TX) | Fred Wakeland  (IL) | Dante DeJohn  (IL) |
| Larry Hollis  (DE) | Paul Dauzy  (MI) | Boyce Innerarity (LA) |
| Kenneth Fowler  (IL) | Robert Robinson  (OH) | Joseph Breaux  (LA) |
| Robert Looman  (TX) | Rose Wiener  (PA) | Samuel Heron  (LA) |
| R. Bailey-D. Smith  (TX) | Webb & Wallace  (WV) | William Lamb  (GA) |
| Suzanne Jones  (FL) | Kenneth Zimko  (LA) | Lawrence Berry  (TX) |
| Jerrold W. Anderson  (WI) | Billy Roberts  (IN) | Walter Graves  (LA) |
| Barbara Hoffman  (GA) | Willie T. Moore  (TX) | Ms. Behringer  (TX) |

**TRIAL TESTIMONY**

<u>PLAINTIFFS (cont.)</u>

Bill Carney  (AR)                Daniel Begley  (FL)

Leila Schwartz  (FL)          Tommy White  (LA)

Sam Wallace  (TX)            Myra Williams  (LA)

Jimmie Lang  (LA)            Elray Lege  (LA)

James Terrance  (LA)

Bruce Spillman  (LA)

Ray Rando  (LA)

Jack Pounds  (CA)

Richard Belt  (CA)

James H. Bennett  (IL)

Elreece McKinney  (TX)

Lambert Winnemueller  (WI)

Joseph Ferlanti  (FL)

Eileen Honer  (CA)

Leslie Sabin  (UK)

Leroy Conway  (MD)

Betty Lou Bello  (LA)

Jay Morse  (FL)

## TRIAL TESTIMONY

### DEFENDANTS

| | | |
|---|---|---|
| Wilmer Nall  (IL) | Michael Field  (OR) | William Fraysure  (OH) |
| Danny Southers  (FL) | Paul Caruolo  (NY) | Paul Kubik  (OH) |
| Kaowili - I  (HI) | Walters and Tyson  (LA) | Chris Hilsenbeck  (WA) |
| Kaowili - II (HI) | Lisa Pransky  (MD) | Michael Sparks  (TX) |
| Joseph Lotz  (LA) | Mark Lewis  (CA) | Eldon Perkins  (NY) |
| John Kuiper  (NJ) | Renee Prior  (CA) | Carl Saville  (MD) |
| Lerch vs. Northwestern  (IL) | Michael Missik  (OH) | Chuck Norris  (KY) |
| CCR Settlement Hearings (PA) | Linda Batten  (TX) | Rolf Lindstrom  (OH) |
| Ernest Tryon  (TX) | James Henderson  (SC) | Noah Pride  (NY) |
| Ernest Tryon  (TX) | David Taylor  (CA) | Bernard Mayer  (NY) |
| Rockwool  (LA) | Polly Burns  (CA) | Earl B. Coxen  (OR) |
| Douglas vs. Villines (NC) | Robert Jones  (GA) | Julian Petruzzi  (IN) |
| Ethel Marie Granski (MD) | John Matteson  (NY) | Clarence Bentley  (FL) |
| Abernathy  (TX) | Douglas McCarthy  (CA) | Charles Porter  (OH) |
| John Cardinal  (NY) | Paul Wilson  (MD) | Ernest Coulter  (WA) |
| William Perate  (PA) | WV Mass Trial  (WV) | George Risk  (PA) |
| Brown, Zorn & Cone  (GA) | Douglas Anderson  (CA) | Charles Padilla (CA) |
| Braxton Colley  (MO) | Charles Flowers  (GA) | George Bullen  (NY) |

**TRIAL TESTIMONY**

DEFENDANTS (cont.)

| | | |
|---|---|---|
| Garland Jones  (VA) | Larry D. Smith  (MS) | Roy Knight  (GA) |
| Edward C. Martin  (NY) | Willie R. Martin  (CA) | Norman Shoopman  (IL) |
| Flora Franklin  (KY) | Robert Smith (CA) | William Harrell  (CA) |
| James L. King  (VA) | Clark Kirkland  (TX) | Nasseem Farag  (CA) |
| Joel Rosenberg  (NY) | Richard Simpson  (NY) | Gordon Bankhead (CA) |
| Joyce Windnagle  (FL) | Ronald Drabczyk  (NY) | Chester Morrison  (CA) |
| George T. Dancho  (IL) | Henry Barabin  (WA) | James D. Lokey  (VA) |
| MaryAnn Ormonde (CA) | Richard Adams  (CA) | Richard Steiner (CA) |
| Carl Saville  (MD) | Jimmy Toole  (GA) | Charles Garrison  (FL) |
| Leonard Shafer (NY) | James Sweeney  (PA) | Haskell Stillman  (CA) |
| Robert Donlan  (MA) | Fred Rich  (FL) | Anna Evans  (GA) |
| George T. Dancho II  (IL) | Milton Ferrell  (FL) | Lloyd Benton  (NY) |
| Lynda L. Daly  (FL) | Larry Williams  (IL) | Luis Torres  (FL) |
| Randy Elson  (IL) | Robert Hardick  (VA) | Carolyn Esters  (CA) |
| Gerald Bretzke  (MN) | George Clark  (CA) | John Bristow  (VA) |
| John Picinic  (NJ) | Vickie Warren  (UT) | Armin Thoma  (NJ) |
| Lynda L. Daly  (FL) | Susan Schrader  (NJ) | Johnnie Jones  (NC) |
| James L. King  (VA) | William Aubin  (FL) | Marline Petitpas  (CA) |

**TRIAL TESTIMONY**

DEFENDANTS (cont.)

| | | |
|---|---|---|
| Michael Galliher (DE) | Dennis Seay (SC) | Alfred Bennett (MO) |
| Daniel Skinner (CA) | William Cummings (KY) | Ronald Smith (CA) |
| Glenda Vega (NY) | Victor Jasniy (CA) | Robert Calvey (OH) |
| Julius Sanders (FL) | Michael Argento (NJ) | Helen Schwartz (MO) |
| Richard Delisle (FL) | Dennis Britt (FL) | |
| Lloyd Garvin (SC) | James Angus (CA) | |
| James D. Lokey (VA) | Paul McCulley (IA) | |
| Reydel Muniz (FL) | Joseph Bowers (PA) | |
| Herbert Goins (GA) | Robert Sprague (OR) | |
| Willie Robinson (OH) | Velma Searcy (CA) | |
| Joseph Salerno (PA) | Donald Knutson (CA) | |
| Gary Hampton (FL) | Louis Summerlin (MA) | |
| Charlie Stampley (MS) | Jerry Bagwell (LA) | |
| Joseph Muldoon (SC) | Robert Stewart (DE) | |
| Michael Galier (OK) | Willis Edenfield (NJ) | |
| Pablo Gonzalez (FL) | Stephen Fowlkes (VA) | |
| Joyce Stockton (TN) | Richard LeFrak (NY) | |
| Sherry English (PA) | Anita Creutzberger (NJ) | |
| James Harkin (CA) | Rodolfo Gutierrez (NM) | |



Environmental Health
& Engineering, Inc.

180 Wells Avenue, Suite 200
Newton, MA 02459

TEL 800-825-5343
781-247-4300
FAX 781-247-4305

www.eheinc.com

**Victor Coffin**

Plaintiff

v.

Ametek Inc., et al

Defendants

### REPORT OF JOHN F. MCCARTHY, SC.D., C.I.H.

I, John F. McCarthy, declare as follows:

1. I am President of Environmental Health & Engineering, Inc. ("EH&E"), with more than thirty years of experience in environmental exposure assessment. My particular focus has been on multimedia (air, water, soil) source characterization and assessment that could result in human exposure to contaminants in community, industrial and non-industrial settings. My work has involved the assessment and characterization of exposures to particles and gases, including respirable particulate matter and volatile organic compounds, among others. I have been employed by EH&E since January of 1988. Prior to that, from 1978 to 1988, I was employed as a research scientist by the Massachusetts Institute of Technology Energy Laboratory where I studied particulate and vapor production from various high temperature processes and evaluated health impacts of resulting airborne contaminants. My work has involved design and implementation of field and controlled chamber studies to determine the source, transport, and fate of various airborne contaminants, as well as evaluating their possible exposure potential and risk.

2. I am certified by the American Board of Industrial Hygiene in Comprehensive Practice. I received my Master of Science degree in Environmental Health Sciences, specializing in Air Pollution Control and Industrial Hygiene, from Harvard University in 1978. I received my Doctor of Science degree in Environmental Science and Physiology, specializing in Physical Science and Engineering, from Harvard University in 1987. I have published numerous scientific papers on air quality analysis, including exposure characterization in indoor environments, as well and served as the Program Director for a number of research projects for the U.S. Environmental Protection Agency's (EPA) Indoor Environmental Quality Division and the National Institute of Occupational Safety and Health's Division of Respiratory Disease Studies. I have served on several private, governmental and professional organizations' health and safety committees. I was the Principal Investigator on the research studies related to problem drywall conducted by EH&E, on behalf of the Consumer Product Safety Commission. My qualifications and experience are further detailed in my curriculum vitae, which is attached hereto as Appendix A.

3.     I have been asked to review a number of documents relevant to the potential for occupational exposure to asbestos fibers in the air while Mr. Coffin worked as a Bridge Operator for the Maine Central Railroad Company (MCR) and the Maine Department of Transportation (MDOT) at the Carlton Bridge, situated in Bath, Maine. I have also reviewed various articles and reports in the general literature, and documents specifically related to Mr. Coffin, and have been asked to render an opinion as to whether Maine Central Railroad:

    a) Contributed to an unsafe environment for him during his normal course of activities, that he stated he undertook and experienced as a Bridge Operator.
    b) Contributed to potential levels of asbestos-containing particles, in the areas in which he was present, that were considered excessive and the potential hazards were foreseeable.

4.     I reviewed a variety of relevant case materials including:

- The Complaint filed November 15, 2018
- Deposition of Mr. Victor Coffin, dated September 17 and 18, 2018
- Report by Northeast Test Consultants titled Professional Review for Asbestos Exposure relating to Victor A. Coffin v. State of Maine/Dept of Transportation, dated August 17, 2018.
- Transcript of Stephen Broadhead at Worker's Compensation Hearing, November 27, 2018.
- URS Corporation's Asbestos & Lead-Based Paint Compliance Audit Report from March 2005 for Brunswick Post Office.
- Cardno ATC's Limited Asbestos-Containing Material and Lead Containing Paint Inspection Report from July 2013, for Brunswick Post Office.
- Additional documents are detailed in Appendix B

## BACKGROUND

5.     Mr. Victor Coffin was born on November 26, 1948 in Bath, Maine.[1] He graduated from Brunswick High School in 1967.[2] He has four children: Victor, Nathan, Jonathan and Ryan.[3] He was diagnosed with Mesothelioma on January 18, 2017.[4]

---

[1] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 11, 20-21
[2] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 41-42, 70-71; Exhibit 2
[3] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 12
[4] Complaint filed November 15, 2018; Victor Coffin v. Ametek, Inc., et al.

**Relevant Chronology of Mr. Victor Coffin's Work History**

- Summer 1967-December 1967 Maine Central Railroad (Assistant Drawbridge Operator on the Carlton Bridge for approximately six months) [5]
- 1968-1971 Navy (Aircraft electrician) [6]
- 1971-1987 Main Central Railroad (MCR) (Worked where boxcars were rebuilt and maintained for about a month with remaining time spent as Drawbridge Operator on Carlton Bridge) [7]
- 1987-1988 Maine Department of Transportation (Chief Operator of Carlton Bridge for a 10-month timeframe) [8]
- 1988-2012 U.S. Postal Service (Rural letter carrier) [9]

6.    Additionally, Mr. Coffin reported potential dust exposure scenarios during various activities that he would undertake, including home improvement at the family home while growing up, during personally building his own home, home automotive work, and work as a Masonry Tender for supplemental income.

**United States Navy**

7.    After a 12-14 week boot camp in 1968, Mr. Coffin was sent to Jacksonville, Florida for aircraft electrician training for six months; training involved 90 percent classroom instruction and 10 percent hands-on work on obsolete Korean war aircraft, working on such things as fuel gauges and lights. [10] After finishing training, he was sent to his permanent duty station in Cecil Field, Florida until he went to Vietnam in 1970. [11] He received classroom training on the Navy A-1 Corsair during this time involving navigation system components and terrain guidance system components among other general training; he was an aircraft electrician during this time. [12] As an aircraft electrician, he was responsible for maintaining a squadron of Corsairs, about 20; he worked on all the electrical components except for the basic radio and radar, including all the external lights and all of the gauges and switches, such as landing gear switches. [13] He also reported that he may have worked with aircraft components containing gaskets such as during replacement of sensors on engines. [14]

---

[5] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 41-42, 70-71; Exhibit 2
[6] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 124-132
[7] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 77-78
[8] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 160
[9] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 160-161
[10] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 124-127
[11] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 128, 134
[12] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 129-132
[13] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 135-136
[14] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 138-139

8.      While in the U.S. Navy, he was also assigned to a temporary additional duty at a Marine Corps air station in Yuma, Arizona for about seven months after Cecil Field; his duties stayed the same and continued to involve performing maintenance on Corsairs.[15] He went back to Cecil Field after Arizona, since it was a temporary assignment, and was then stationed at an army base in Eustis, Virginia for about a month to get training on the electrical systems on helicopters.[16] On August 31, 1970, he was sent to Vietnam to work at a helicopter base as an aircraft electrician.[17]

9.      At the helicopter base in Vietnam, there were about 20 Bell Huey helicopters he would work on.[18] He worked on various electrical components such as the compass, all the lighting, and all the wiring within the helicopter.[19] The only time he felt he would have worked on anything containing asbestos during this time would be when he would have had to help mechanics change an engine which contained gaskets; he did not report how often he would have done this.[20] He characterized this as minimal involvement work which required helping lift up engines for replacement, he was not involved in taking apart engines.[21] Mr. Coffin reported that when he was in Vietnam and working on the Hueys, electricians would be working alongside mechanics and there could be multiple different categories of maintenance people working at the same time on the helicopters.[22]

10.     Mr. Coffin recalled an asbestos shield being present in the crew compartment between where they sat and the engine – the fuel tank was directly behind them, "there was an entire wall of - - it looked like a silver quilt, and it was asbestos, and it just kept the crew component away from fuel if that ever happened".[23] "This shield was to keep the fire, if there was a crash, away from the pilot; he was told this was asbestos".[24] "The shield was about 8-9 feet wide, 5 feet high, a quarter to half inch thick and was attached to the back wall of the helicopter".[25] "There was diamond stitching running through this silvery fabric".[26] He recalled that some of the shields had bullet holes and shrapnel holes.[27]

11.     He also recalled a mitt/asbestos pads that were used by pilots to remove the hot gun barrel from the helicopters– although he did not use these, he reported having to move these "asbestos pads" once in a while if they had to get to something.[28] He never wore a respirator during

[15] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 145
[16] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 146, 149
[17] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 128, 134, 146
[18] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 147
[19] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 149-150
[20] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 150
[21] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 435
[22] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 517-518
[23] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 150-151, 153
[24] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 153
[25] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 428-429
[26] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 429
[27] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 430
[28] Deposition of Victor Coffin, Volumes 1 & 2, September 17 and 18, 2018, page 151, 153, 432

any of his aircraft work.[29] He recalled that he had an accident while working, which required surgery on his spine, in which he was hospitalized for 30 days while in Vietnam after which he went back to his regular duties.[30]

### Maine Central Railroad (MCR) Summer of 1967–December 1967, and 1971–September 1987

12.　　Mr. Coffin started working at MCR in the Summer of 1967 and worked for about six months until December 1967 before joining the Navy; he worked as an Assistant Drawbridge Operator in the Signal Department and was assigned to work on the Carlton Bridge, located between Bath and Woolwich, Maine; he worked 11 a.m. to 7 p.m.[31] His job involved routine maintenance and operation of the bridge, which included, greasing, maintenance of the equipment, and cleaning.[32] Generally speaking, the majority of his time spent in the control room during this timeframe was watching ship traffic and raising and lowering the bridge.[33]

13.　　When he returned from the Navy, Mr. Coffin went back to work at MCR; he first went to work at a place called the Waterville Shops in Waterville, Maine for four to six weeks doing electrical work in the facility such as in offices and buildings; this was a big repair and maintenance facility for train cars/boxcars with asbestos containing brakes– there would be multiple boxcars under maintenance in the shop.[34] His tasks at the Waterville shops involved installing fluorescent lighting in different section houses, he also did work in the shop where the railroad boxcars would be repaired– he ran conduit and installed wiring for a coke machine in the breakroom, and also climbed poles and replaced outside lighting.[35] There were different crews working on the different components of the boxcars, and Mr. Coffin reported that dust would be generated during repairs inside the main part of the boxcars.[36] He recalled the shop being dusty and dirty and assumes this dust contained asbestos.[37] Although he did not have a specific recollection of having observed anyone working on brakes on the boxcars when he was doing his tasks in the shop, he reported that the boxcars would have required brake work and maintenance for wear.[38] He also recalled seeing air hoses being used in the shop on the undercarriage of the box cars, which were the wheels.[39] He spent two days in this shop installing conduits while such work was going on.[40] Regarding the location of the shop, he reported that the shop was just through a

[29] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 155
[30] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 156-157
[31] Deposition of Victor Coffin, Volumes 1 & 2, September 17 and 18, 2018, page 70-72, 77, 335
[32] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 84-87, 91-100, 107, 283
[33] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 299
[34] Deposition of Victor Coffin, Volumes 1 & 2, September 17 and 18, 2018, page 77-78, 276
[35] Deposition of Victor Coffin, Volumes 1 & 2, September 17 and 18, 2018, page 79-80, 262
[36] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 518-519
[37] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 267, 274-275
[38] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 266-267
[39] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 267-269
[40] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 269-270

door into where he worked and that there might have been a short hallway leading directly into the shop; his boss's work area was attached to the building with the shop and he reported, "I was in and out of that building all the time".[41]

14.     After being at the Waterville Shops, Mr. Coffin returned to the Carlton Bridge and worked at this bridge until 1987.[42] There would also be times in the wintertime, where he would get laid off periodically and he would go to work at the Rigby yard and the main yard in South Portland, Maine to do snow removal.[43] He reported working swing time for "quite some time" and worked 1 p.m. to 9 p.m. on Mondays and Tuesdays, 9 p.m. to 5 a.m. on Wednesdays, he would get Thursday and Friday off and then on Saturdays and Sundays worked 5 a.m. to 1 p.m.[44] His duties were not any different during these shifts except that he did not do maintenance tasks on the 9 p.m. to 5 a.m. shift, unless it was required.[45] He worked an eight-hour overtime shift every two weeks, but otherwise worked 40-hour weeks.[46]

15.     Working as an operator of the bridge, Mr. Coffin spent 90 percent of his time in the control/operating room.[47] He estimated spending an average of once a week in the engine room but did not specify how long he would be in there. While in the control room, he would be watching for boats, and listening to radio traffic of boats coming and going to operate the drawbridge accordingly.[48] On a typical day as a Drawbridge Operator, he monitored traffic (unless there was maintenance scheduled).[49] He recalled that most of the maintenance work entailed greasing components.[50] Besides monitoring the traffic of cars, trains and ships coming down the river. Mr. Coffin described his other regular duties and responsibilities as Drawbridge Operator: greasing components as part of regularly scheduled maintenance, maintaining/replacing navigational lights, stair lights and catwalk lights, maintaining about 80 back-up batteries by periodically adding acid, and general cleaning every couple of weeks.[51]

16.     Mr. Coffin testified having assisted his boss in replacing the worn brakes associated with the lift mechanisms on the bridge on two occasions (once in the 1970s and once in the 1980s), as part of an unscheduled maintenance. It took two hours to remove the brakes, replace the pads and put the brakes together.[52] He described how they changed the brakes: they would loosen the shoes off and the braking material was on the inside; replacement braking material was inside the

---

[41] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 269
[42] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 79-80
[43] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 80-81
[44] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 83
[45] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 84
[46] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 90
[47] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 344-345
[48] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 86-87
[49] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 89
[50] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 90
[51] Deposition of Victor Coffin, Volumes 1 & 2, September 17 and 18, 2018, page 84-87, 90-100, 368-369
[52] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 112

maintenance shop– they would take the shoes to the maintenance shop, put them in a vise, they were held by 10-12 rivets, they would drill those out, pull out the leftover padding, they would cut out the padding material with a hacksaw, cut it to fit, drill it and put rivets and peen them over and put it back together– the replacement braking material was tannish gray and was stored as a roll of 10 feet material.[53] He did not know the brand of friction material they used for this work.[54] He estimated the dimension of each brake shoe to be four inches wide and 16-18 inches long.[55] The breaking system was inside the engine room.[56] When they removed the brake, he reported there was dust from use; the room where the motor was located was described as dusty and greasy.[57] He also recalled that since they had to rivet the lining back on the brake shoes, there would be dust generated during drilling with a hammer.[58]

17.     Mr. Coffin also reported having replaced the brake material on the braking system of the barrier gate about four times by himself during his entire tenure.[59] There was one brake per barrier gate and two gates on each end of the bridge; there were two linings per brake.[60] He recalled doing this much the same way– with the same friction material that he cut with a hacksaw as that of the brakes for the motors, except that these were much smaller brakes– three by five inches.[61] It took him an hour and a half to two hours to change a brake on the barrier gates, it took seconds to cut the new friction material and four to five minutes to remove the old friction material; 30-45 minutes to install the new friction material since he would have to re-rivet it by hand onto the shoe.[62]

### Maine Department of Transportation (MDOT) September 1987–July 1988

18.     Mr. Coffin remained a Drawbridge Operator for MCR until September 1987 when the Maine DOT took over and gave him the Chief Bridge Operator title; he was employed by the DOT for approximately 10-months after which he retired from the railroad.[63] As a Chief Bridge Operator, he also had administrative duties like keeping time sheets and training new people, in addition to his typical duties he would have done as a Drawbridge Operator.[64]

---

[53] Deposition of Victor Coffin, Volumes 1 & 2, September 17 and 18, 2018, page 114, 366-367
[54] Deposition of Victor Coffin, Volumes 1 & 2, September 17 and 18, 2018, page 114
[55] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 361
[56] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 362
[57] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 368
[58] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 369
[59] Deposition of Victor Coffin, Volumes 1 & 2, September 17 and 18, 2018, page 117, 288
[60] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 292-293
[61] Deposition of Victor Coffin, Volumes 1 & 2, September 17 and 18, 2018, 117-119, 291, 371
[62] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 291-292
[63] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 82, 160
[64] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 82-83

### The Carlton Bridge

19.     The Carlton bridge opened for train traffic– lower deck in October 1927 and officially opened to automobile traffic– upper deck on November 15, 1927.[65] The control/operating room, where Mr. Coffin operated the draw itself to raise and lower the bridge, was a two-story room located on the tower above the street and went all the way across the bridge from side to side.[66] From the ground floor to the top, the control room was about 20 feet high; on the bottom section of the control/operating room was where the span locks were located to lift the bridge.[67] The backup batteries and the maintenance/machine shop was located on the top story where there were tools, vices and grinding wheels; the maintenance shop was the same dimension as the operating room, about 10 by 20 ft with 10 ft ceiling; the windows in the maintenance shop were never opened but they always kept the door open; he reported that there was no ventilation in the maintenance shop.[68]

20.     Mr. Coffin reported having done a lot of work in the maintenance/machine shop, including maintenance work on the contact knife blades inside the rail locks, which involved removing them and using the grinding wheel with a wire brush on one end to clean the contacts once every couple of weeks.[69] There were also contacts from an electrical panel in the control room that he would have to remove and smooth out the surfaces with the grinding wheel and reinstall.[70] He reported that he did not think the grinding wheels contained asbestos.[71]

21.     Beneath the middle of the span or beneath the roadway is the engine room where the motors were located to lift and lower the bridge.[72] The breaking system was also inside the engine room.[73] Mr. Coffin recalled the engines were electric and were approximately four feet long, three feet high and provided the power to turn the shaft to turn the spool that pulls the cables down, which would lift the bridge up and also lower the bridge back down; the brakes for the engines were separate from the motors.[74] Mr. Coffin believes there was asbestos on the exposed brakes for the electric motors, since it required a very large braking system– the span weighed 270 tons; when the brakes were used, it would slow down the bridge and produce dust from stopping, due to wear and friction.[75] He explained the braking mechanism: there was a drum and two brakes

---

[65] https://www.mainememory.net/artifact/27897
[66] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 101
[67] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 106
[68] Deposition of Victor Coffin, Volumes 1 & 2, September 17 and 18, 2018, page 106, 280-282
[69] Deposition of Victor Coffin, Volumes 1 & 2, September 17 and 18, 2018, page 107, 283
[70] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 284-285
[71] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 341
[72] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 108-109
[73] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 362
[74] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 110
[75] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 13-14

wrapped around the drum, one on each side; when he would apply the brakes, it would press on the drum and slow the motor down which would then slow the bridge down, producing dust.[76]

### Use of Asbestos-Containing Material (ACM) on the Carlton Bridge

22.    Mr. Coffin testified that at some point after he left the bridge in 1988, he had heard about asbestos remediation that took place in 2001 at the Carlton Bridge related to the engine room, control room, and the machine shop.[77] He recalled that there was also an outhouse down on the tracks that was built using material similar to the control room.[78]

23.    According to bidding documents for asbestos abatement work at the Carlton Bridge in Bath, Maine, in 2001, the storage shed, control room, and machinery house had some asbestos containing materials ("ACM"). Based on Asbestos Disposal & Documentation forms provided from the MDOT remediation in 2001, friable and non-friable wrapped ACM was removed from the Carlton Bridge; however, these forms do not specify the location of each of those materials.[79]

24.    OSHA defined friability to mean "that the material can be crumbled with hand pressure and is therefore likely to emit fibers."[80] They further clarify by providing examples to qualify that the "fibrous fluffy sprayed-on materials used for fireproofing, insulation, or sound proofing are considered to be friable, and they readily release airborne fibers if disturbed. Materials such as vinyl-asbestos floor tile or roofing felt are considered non-friable if intact and generally do not emit airborne fibers unless subjected to sanding, sawing and other aggressive operations. Asbestos-cement pipe or sheet can emit airborne fibers if the materials are cut or sawed, or if they are broken." The United States EPA in its document entitled "Asbestos NESHAP Regulated Asbestos-Containing Materials Guidance" specifically categorizes cement siding, transite board shingles, etc. as nonfriable ACMs.[81]

25.    Mr. Coffin described the construction of the control room as being made up of individual panels with a one-inch strip of trim covering each of the seams.[82] This had been painted multiple times over the course of occupancy. This type of construction is consistent with the typical use of cement panels, even to this day, where control joints (sometimes referred to as expansion joints) are used to account for potential expansion under various weather conditions and possible

---

[76] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 14
[77] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 328-329, 504-505
[78] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 506
[79] Materials Produced in the Matter, WC Exhibit 6, 7 and 9-12 (03223292xAE394)
[80] OSHA 1926 *Substance Technical Information for Asbestos - Non-Mandatory. Toxic and Hazardous Substances, Subpart Z*, Safety and Health Regulations for Construction
[81] Shafer, R., et al. 1990 *Asbestos/NESHAP regulated asbestos-containing-materials guidance*. No. PB-91-218701/XAB. Alliance Technologies Corp., Chapel Hill, NC (United States), 1990.
[82] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 356, 508-509

vibration and thereby avoid physical damage to the rigid panels. In the deposition testimony of Michael Brodhead he describes typical construction he has observed of transite sheet installation where "Typically the sheets of transite would be arranged vertically with a gap -- a -they call it an expansion gap or a vibration proof gap between the edges of each sheet, so that they didn't rub together. And that was less of I think a concern about creating fiber dust; as more as a just creating a – an abrasion issue when these were originally installed. And then over the top of that gap was usually placed a – a cover section."[83]

26.　　Mr. Coffin related in his deposition that trains would be coming with loads of concrete from a cement plant– the Thomaston Cement Plant in Rockland, Maine and the bridge would shake as the train passed. Although the walls/panels would vibrate, Mr. Coffin did not observe any dust resulting from this movement, nor did he ever have to do any clean-up within the control room or other internal spaces, associated with this movement of the wall panels.[84] Therefore, it appears that the lack of dust being generated from the overall movement of the individual panels, as well as the lack of physical damage occurring to the individual panels and the maintenance of the physical integrity of the various rooms on the bridge, demonstrate that the control joints were effective in achieving their intended design purpose.

27.　　A health and safety inspection form prepared by the state of Maine on February 16, 1984 found very few items of concern on the Carlton Bridge.[85] Within the "Operator's Room" they noted an electrical panel with exposed electrical connections. This memo did not note any damage or deterioration of the internal wall panels or mention the possibility of potential exposure to asbestos to occupants.

28.　　Mr. Coffin recalled being present in the 1980s during work involving replacement of a leaking lead pipe inside the walls of the maintenance room, associated with capturing roof water; a crew tore out a section of ceiling and wall to get to the pipe in order to replace it; the work took three to four hours and the material removed for the work was about two feet by four feet.[86] There was dust created during this work and Mr. Coffin reported having been present in the room during this work.[87] He did not recall having seen insulation material inside the wall when the work was getting done.[88] He reported having cleaned up after the work was done and recalled taking a brush and brushing the dust off the tops of the batteries and sweeping the floor; cleaning up took him about 20 minutes.[89]

---

[83] Stephen Broadhead's Hearing Transcript for the State of Maine Worker's Compensation dated November 27, 2018, page 17.
[84] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 356, 508-509
[85] State of Maine Inter-Departmental Memorandum. 1984.Inspection of the Carlton Bridge – Bath/Woolwich. February 16, 1984.
[86] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 329-330, 507
[87] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 330-331
[88] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 375
[89] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 509-510

## Proximity of Carlton Bridge to Bath Iron Works

29.     Mr. Coffin noted that the Bath Iron Works (BIW) was located near the bridge, within a quarter of a mile, according to Mr. Coffin's approximation.[90] Mr. Coffin reported that during the summer months, the windows were all open in the control room and wind would generally come from the south and BIW was south of the Bridge.[91] Mr. Coffin believes that he could have been exposed to the airborne asbestos fibers drifting from BIW when they worked in the hulls of ships.[92] Naval ships often utilized the far more potent forms of amphibole asbestos, primarily amosite, extensively throughout their ships.

## U.S. Postal Service Work 1988–2012

30.     Mr. Coffin started working for the post office in 1988 as a rural letter carrier in Brunswick, Maine and worked until 2012, when he retired.[93] He reported having used his personal vehicles, which were Subaru's for this job until the last two years when he was provided with a postal vehicle.[94] He recalled having to change all four brakes; he did not report how often he did this.[95] It took him an hour to change the front brakes for a Subaru.[96]

31.     The presence of ACM has been confirmed for the Brunswick Post Office location in inspection/assessment documents prepared by URS Corporation and comprised of the following asbestos containing materials in the building: pipe fittings (20% chrysotile asbestos); floor tiles (5-10% chrysotile asbestos); floor tile mastic (3-8% chrysotile asbestos); ceiling tiles (10% amosite asbestos); floor tiles (30-40% amosite asbestos).[97] In addition, according to the Northeast Test Consultants report, three asbestos abatement actions were conducted at the Brunswick post office in 1998, 1999, and 2000 and included removal of amosite asbestos ceiling tiles and chrysotile asbestos mastic material.[98] Per Stephen Broadhead's report dated August 17, 2018, pertaining to ACM in the Brunswick Post office, the building during Mr. Coffin's employment period, contained both friable and non-friable asbestos materials, and non-friable materials that could be impacted into a friable state such as floor tiles by the use of abrasive floor buffing, foot traffic, and constant impact by such actions as rolling mail carts and dollies over the surfaces. In addition, Broadhead reported on the probability of asbestos fiber contamination from vibrating amosite

---

[90] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 318-319
[91] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 319
[92] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 320
[93] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 160-161
[94] Deposition of Victor Coffin, Volumes 1 & 2, September 17 and 18, 2018, page 162, 447
[95] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 447
[96] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 458
[97] Report by Northeast Test Consultants titled Professional Review for Asbestos Exposure relating to Victor A. Coffin v. State of Maine/Dept of Transportation Dated August 17, 2018
[98] Report by Northeast Test Consultants titled Professional Review for Asbestos Exposure relating to Victor A. Coffin v. State of Maine/Dept of Transportation Dated August 17, 2018

containing ceiling tile systems that subsequently could have been deposited on surfaces and materials located within the mail processing areas of the building, that would then be handled by Mr. Coffin during his rural route delivery duties.[99]

## Home Remodeling Work

32.    While growing up, Mr. Coffin recalled helping his father move walls around in their house and put in a bathroom sometime in the late 1950s using sheetrock and 2 x 4's.[100] His father would tear the walls down and he would carry them out.[101] He recalled that he did not help with application of joint compound, which he recalled came as a dry product that had to be mixed.[102] Although he did not help, he was near the joint compound being mixed; he recalled the presence of dust when it was poured.[103]

33.    The attached garage in their home was torn down and a separate two-car garage built when the plaintiff was around 8-10 years old in the late 1950s.[104] He helped his father by picking up the related construction debris; he recalled that his father removed the asbestos siding– white in color with gray interior, saved it and put it back on the new garage.[105] Other material he recalled during this renovation was wood and insulation; he did not know what type of insulation, except that it was "black crispy."[106] His father had to use a cutter to cut the siding to reuse on the new garage; he recalled having helped during the teardown and rebuilding of the garage and recalled minimal dust generation during this process.[107] It took a couple days to take the shingles off from the old building, stack them up, his father tore down the structure, constructed a two car garage and then put the shingles back.[108]

## Work While Building Personal Residence

34.    Mr. Coffin reported personally building his first home in 1975/1976 in Topsham Maine– it took six to eight months to build the house.[109] Besides hiring contractors to build the

---

[99] Report by Northeast Test Consultants titled Professional Review for Asbestos Exposure relating to Victor A. Coffin v. State of Maine/Dept of Transportation Dated August 17, 2018
[100] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 27-28
[101] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 29, 33
[102] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 30
[103] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 31
[104] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 23-24
[105] Deposition of Victor Coffin, Volumes 1 & 2, September 17 and 18, 2018, page 24, 377-378
[106] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 25
[107] Deposition of Victor Coffin, Volumes 1 & 2, September 17 and 18, 2018, page 25-27, 380
[108] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 380
[109] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 175, 177, 216

foundation, install flooring– including Armstrong solarium inlaid vinyl flooring in the kitchen and sheet-rocking–Mr. Coffin did the remaining construction work, installed all the electrical, plumbing and heating system himself.[110] He reported being in the house during installation of sheetrock.[111] The siding he used for the house was Masonite and wood; board and batting on the front with the rest being Masonite siding.[112] He installed using regular asphalt shingles for the roof.[113] Mr. Coffin recalled installing a New Yorker Boiler and Beckett burner.[114] He also reported having replaced a circulator pump four to five years later as well as a rope type gasket that came off around the door to the firebox which he also personally replaced.[115] During the 17 years he lived at this house, he added bedrooms and finished the basement; he would hang the sheetrock and hire contractors to tape joints.[116]

### Work as Masonry Tender for Supplemental Income

35.     During the winter layoffs at Maine Central, for supplemental income, Mr. Coffin was a masonry tender for a friend of his who owned a business called Dale Wallace & Sons Concrete Masonry, this was on a part-time, sporadic basis for a period of six to eight years in the early to late 1980s.[117] He stated that he worked with refractory cement which he reported contained asbestos.[118] He estimated having worked with refractory cement a total of half a dozen times; it came either in powder form, that would have to be poured and mixed with liquid, or it came in a bucket like drywall mud.[119]

36.     The type of masonry work he did involved foundations, fireplaces, chimneys, floors, for mostly residential clients (75 percent) and 25 percent commercial clients such as schools and businesses.[120] Mr. Coffin recalled one job in which they had to remove a large cast iron furnace with insulation "encased in white", which he now believes was asbestos; they used a sledgehammer to break out the insulation which took them one to one and a half hours and then about two hours to carry it out and clean-up.[121]

---

[110] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 175-178
[111] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 177
[112] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 180
[113] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 180-181
[114] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 179, 228-231
[115] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 217, 226-228, 238
[116] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 181-182
[117] Deposition of Victor Coffin, Volumes 1 & 2, September 17 and 18, 2018, page 163-164, 298-299
[118] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 163, 169-173
[119] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 170
[120] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 164-165
[121] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 168

## Home Automotive Work from 1964–2003

37.     Around 1964, when Mr. Coffin was 15, he started working on cars, including his own and that of his parents and other family and friends.[122] He reported having owned approximately 24 cars and that he would have done various work on these cars.[123] He has reportedly never owned a new car in his life; all the auto work would have been on used cars.[124] This auto work involved rebuilding transmissions and engines, changing oil, changing brakes and exhaust systems, clutch work and gasket related work.[125] He also recalled having rebuilt a 327 Chevy engine one time on his pickup truck around 1973 or 1974.[126]

## Brake Jobs

38.     The plaintiff reported having changed brake pads, mostly on the front brakes.[127] He did brake work on both drum style and disc style and recalled Raybestos and Bendix brakes among others.[128] For each drum that he worked on, he would use an air hose to blow off dust, which only took a matter of seconds.[129] He reported that he never roughed up the padding with sandpaper.[130] All of the brake work he did was in driveways and garages.[131]

39.     Mr. Coffin recalled the types of cars in which he had worked on brakes: '65 Mustang, '68 Dodge pickup, a bunch of Subaru's, '65 Chevy, '68 pickup truck, Volkswagen Beetle and Rabbit, '68 Chevelle, MGB, MG Midget, Ford Ranger.[132] He did 8-10 brake jobs on his parents' car during the time he was 15 up until he left the house. He recalled another 8-10 total occasions he would have done/helped with brake work on his friends and brother's cars.[133] He reported that he could easily do one brake job a year on his own vehicles up until 2003; also, during the time that he was a mailman and used his own vehicle from 1988 to 2010, he did two or three brake jobs a year.[134]

---

[122] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 46, 48, 52
[123] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 50
[124] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 64
[125] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 47, 49
[126] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 48
[127] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 447-449
[128] Deposition of Victor Coffin, Volumes 1 & 2, September 17 and 18, 2018, page 54, 439
[129] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 454
[130] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 455
[131] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 464
[132] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 441-444
[133] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 61-62
[134] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 58, 60

### Clutch Replacement Jobs

40.     The first time Mr. Coffin did clutch work was on his MGB sports car in which he put in two clutches in 1968/1969 timeframe; over the 35 years he owned this car, he recalled having put in three or four total clutches.[135] He reported having done clutch work less than a total of 10 times during his lifetime.[136] The last time he would have done any clutch work would have been in 1973/1974 on a Toyota Land Cruiser.[137]

### Gasket Jobs

41.     Mr. Coffin's work on gaskets involved head gaskets and exhaust gaskets on the manifold.[138] He also worked on donut type gaskets between sections of the exhaust system, between a catalytic converter and the muffler.[139] He estimated having done a total of 20-25 gasket related jobs; he only recalled having worked with Feltmate gasket but could not recall other brands.[140] He reported that Feltmate gasket came in a kit and that everything came precut and predrilled and ready to install.[141]

### EXPOSURE AND POTENTIAL RISKS WILL VARY SUBSTANTIALLY AMONG INDIVIDUALS BASED ON MULTIPLE CHARACTERISTICS

42.     There are many meaningful factors to be assessed that can influence an individual's exposure, dose received, and potential risk to asbestos. These can include but are not limited to:

- Work history of the subject
- Exposure to various chemicals/materials/physical hazards associated with the risk of developing mesothelioma
- Age at exposure
- Magnitude of exposure
- Duration and frequency of exposures
- Typical respiratory rate associated with relevant tasks
- Defining realistic exposure scenarios that are applicable to the subject
- Identifying epidemiological studies that support the disease outcome (mesothelioma) at the concentrations encountered by the subject

---

[135] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 66
[136] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 63-64
[137] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 65
[138] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 66
[139] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 67
[140] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 68
[141] Deposition of Victor Coffin, Volume 1, September 17, 2018, page 69

- Assessment of possible other exposure scenarios

## Chemical Characteristics/Types of Asbestos

43.     Asbestos is a generic term used to describe a subset of crystalline mineral silicate fibers that vary in crystal structure and mineral content.[142] These include chrysotile, which is a serpentine mineral as well as five amphibole minerals– amosite, crocidolite, actinolite, tremolite, and anthophyllite.[143] The structure of these silicate minerals can be fibrous or non-fibrous. When they have relatively large ratios of length to width, they are considered to be in the "asbestiform" habit.[144] The type (chemical nature), concentration, and dimensions of asbestos fibers greatly influence the risk of developing asbestos-related disease. There are specific exposure concentrations for various asbestos types that will pose an insignificant risk upon inhalation. Hodgson and Darnton (2000)[145] did an extensive review of mortality reports on asbestos-exposed populations and concluded that the relative potency for causing mesothelioma by the commercial asbestos types, chrysotile, amosite, and crocidolite, is in the ratio of 1:100:500 respectively. Their estimate also assumed that the commercial chrysotile may be contaminated by tremolite. Berman and Crump (1995)[146] also showed that the best estimate for the potency of chrysotile for causing mesothelioma to be hundreds of times less than that of the amphiboles.

44.     A detailed review of the exposure-response literature has been published, that looked primarily at chrysotile-exposed cohorts in industrial settings to evaluate a "no-effect" exposure level for development of lung cancer and mesothelioma. The authors found that a cumulative exposure range of 15 – 500 fibers per cubic centimeter per year (f/cc-yr.) is a useful surrogate for a no observed adverse effect level (NOAEL) for the potential risk of developing asbestos related mesothelioma of the lung.[147] With respect to mesothelioma, Berman and Crump reported that the best estimates for the relative potency of chrysotile ranged from zero to about 1/200th that of amphibole asbestos.[148]

---

[142] Lippmann M. 2014.Toxicological and epidemiological studies on effects of airborne fibers: Coherence and public health implications. *Critical Reviews in Toxicology*, 44:8,643-695
[143] International Agency for Research on Cancer. 2012. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, No. 100C. Asbestos (Chrysotile, Amosite, Crocidolite, Tremolite, Actinolite and Anthophyllite)
[144] Lippmann M. 2014. Toxicological and epidemiological studies on effects of airborne fibers: Coherence and public health implications. *Critical Reviews in Toxicology*, 44:8,643-695
[145] Hodgson JT, Darnton A. 2000. The quantitative risks of mesothelioma and lung cancer in relation to asbestos exposure. *Annals of Occupational Hygiene*, 44:565-601.
[146] Berman DW, Crump KS, Chatfield EJ, Davis JM, Jones AD. 1995. The sizes, shapes, and mineralogy of asbestos structures that induce lung tumors or mesothelioma in AF/HAN rats following inhalation. *Risk Analysis*, 15(2):181-95.
[147] Pierce JS, McKinley MA, Paustenbach DJ, Finley BL. 2008. An evaluation of reported no-effect Chrysotile asbestos exposures for lung cancer and mesothelioma. *Critical Reviews in Toxicology*, 38:191-214.
[148] Berman DW, Crump KS. 2008. Update of potency factors for asbestos-related lung cancer and mesothelioma, *Critical Reviews in Toxicology*, 38:sup1, 1-47.

45.     The fiber type historically used in asbestos cement boards, brake pads, and engine gaskets was chrysotile.[149,150] Yarborough's review of exposure to high concentrations of chrysotile fibers not contaminated with amphiboles did not support a conclusion of causation.[151] As described above, chrysotile is generally considered to present a negligible risk for development of mesothelioma, as opposed to the other commercially available forms of asbestos, which are amphiboles.

### Review of the Relevant Scientific Literature with Respect to Incidental Exposure to Asbestos Cement Board Dust, Performance of Mechanic Work on Specific Mechanical Components, and Development of Cancer or Mesothelioma Due to Exposure to Asbestos

46.     My review of the available published literature reveals no case studies or exposure assessments specific to incidental/bystander exposures to asbestos containing cement board dust or mechanic service work, associated with heavy equipment and asbestos found in their associated brake pads. Governmental agencies and researchers have carried out exhaustive studies since the 1960s to identify those products, activities, and environments that contained asbestos, created an airborne exposure to asbestos, and presented a risk to those populations that would encounter it. This included evaluating direct workplace exposures and those that are termed "bystander" exposures, whether they occurred in an occupational setting, in the community, or in a "take home" residential setting. The focus of the scientific literature reflects that workers and residents in asbestos cement containing structures are not at risk for consequential exposure as a result of routine activities.

47.     My review of the literature also found that the preponderance of epidemiological studies clearly showed no increased rates of mesothelioma, among full-time mechanics servicing automobiles and trucks, that routinely performed brake replacements and/or gasket replacements, as part of the engine rebuilding process.[152,153,154] Mr. Coffin's incidental exposure and very limited active work during his time as a Bridge Operator, at the Carlton Bridge, would be even less of a risk to provide any potential exposures that would be of physiological significance, since they

---

[149] Jacko MG, DuCharme RT. 1973. Brake emissions: Emission measurements from brake and clutch linings from selected mobile sources. Conference: National Automobile Engineering Meeting, February 1973.
[150] Blake CL, Dotson GS, Harbison RD. 2006. Assessment of airborne asbestos exposure during the servicing and handling of automobile asbestos-containing gaskets. *Regulatory Toxicology and Pharmacology*, 45(2):214-22.
[151] Yarborough CM. 2007. The Risk of Mesothelioma from Exposure to Chrysotile Asbestos. *Current Opinion in Pulmonary Medicine*, 13(4):334-8.
[152] Teschke K, Morgan MS, Checkoway H, Franklin G, Spinelli JJ, van Belle G, Weiss NS. 1997. Mesothelioma surveillance to locate sources of exposure to asbestos. *Canadian Journal of Public Health.* 88 (1)163 – 168.
[153] Garabrant, DH, Alexander DD, Miller PE, Fryzek JP, Boffetta P, Teta MJ, Hessel PA, Craven VA, Kelsh MA, Goodman M. 2016. Mesothelioma among motor vehicle mechanics: An updated review and meta-analysis. *Ann. Occup. Hyg* 60(1):8-26.
[154] Laden F, Stampfer MJ, Walker AM. 2004. Lung cancer and mesothelioma among male automobile mechanics: A review. *Reviews on Environmental Health*. 19(1)39-61.

would be so much lower and infrequent when compared to those previously cited assessments of full-time mechanics, who were directly and routinely servicing large numbers of vehicles.

### Exposure Factors Relevant to Mr. Victor Coffin and Reported Exposures Associated with His Time Working as a Bridge Operator

48.     Several published articles have been reviewed that report on personal and area air samples collected during periods of time when heavy equipment and heavy truck brake pads were removed and replaced. Although not specifically related to bridge braking systems, the various heavy equipment exposure characterizations are analogous to possible exposures that would be encountered during typical brake repair activities associated with bridge equipment.

49.     Of the published reports reviewing the presence of fibers in the workplace, I will utilize two in developing the potential exposure scenarios relevant to Mr. Coffin's work experience on the Carlton Bridge. One summarized the relevant literature evaluating possible exposure to heavy equipment mechanics from brake dust, during change out and replacement, while another assessed the potential exposures during servicing of automobile asbestos containing brakes, which would be a "worst-case" analogy for servicing the barrier brakes he described.[155,156] These studies are consistent with others found in the published literature[157,158,159] that showed that exposures to workers and mechanics that regularly undertook these types of repairs on heavy equipment and heavy trucks, were far below any levels that would be considered hazardous, even when compared against the most stringent exposure control guidelines and standards.

50.     Mr. Coffin also related that he was present in the Machine Room when other workers removed a section of ceiling/wall that was approximately two feet by four feet to repair a leaking pipe. Mr. Coffin was not the primary individual performing the work on the removal and repair of AC board wall panels, but rather he was an observer/bystander of the work activities by others[160] and only indirectly participated and "helped with the clean-up".[161,162] For example, in a study where AC board was removed from a wall structure, the bystander's exposure (the subject was within 1.5 meters of the work activity) during the active cutting and removal of the wall board,

[155] Paustenbach DJ, Ritchter RO, Finley BL, Sheehan PJ. 2003. An evaluation of the historical exposures of mechanics to asbestos in brake dust. *Applied Occupational and Environmental Hygiene* 18:786-804.

[156] Madl AK, Gafeney SH, Balzer JL, Paustenbach DJ. 2009. Airborne Asbestos Concentrations Associated with Heavy Equipment Brake Removal. *Annual Occupational Hygiene* 53 (8) 839-857.

[157] Spencer JW, Plisko MJ, Balzer L. 1999. Asbestos Fiber Release from the Brake Pads of Overhead Industrial Cranes. *Applied Occupational and Environmental Hygiene* 14 (6) 397 – 402.

[158] Blake CL, Van Orden DR, Banasik M, Harbison RD. 2003. Airborne asbestos concentration from brake changing does not exceed permissible exposure limit. *Regulatory Toxicology and Pharmacology,* 38(1):58-70.

[159] Spencer JW, Plisko MJ, Balzer L. 1999. Asbestos Fiber Release from the Brake Pads of Overhead Industrial Cranes. *Applied Occupational and Environmental Hygiene* 14 (6).

[160] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 329-330, 507

[161]. Deposition of Victor Coffin, Volume 2, September 18, 2018, page 330-331

[162] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 509-510

ranged between 0.01 and 0.02 f/cc, during the active work period. The personal sample obtained on an individual during the clean-up activity was 0.9 f/cc.[163] This simulation would likely be higher than Mr. Coffin's general clean-up exposure since this simulation had the subject collecting and bagging a significant amount of freshly cut AC board debris, as opposed to the very limited exposure Mr. Coffin described in his deposition.

51.     Therefore, based on information provided by Mr. Coffin in his deposition, the scenarios that would describe how the Plaintiff could be potentially exposed to asbestos, originating from his activities associated with his time of employment for the Maine Central Railroad during the time period of the second half of 1967 and between 1971 and 1987, would be:

a.) Being present in a physical structure (Control Room, Engine Room and Maintenance Room) constructed of AC boards.
b.) A "bystander exposure" while being present and in a room where AC boards were removed, and then performing clean-up of the room for approximately 20 minutes after completion of the removal task by others.
c.) Assisting with the replacement of brake pads on the bridge lift mechanism, twice.
d.) Replacement of each of the four "barrier" brakes, four times.

### RESULTS OF AN EXPOSURE MODEL SPECIFIC FOR MR. COFFIN'S STATED HISTORY OF WORK FOR MCR AND DEMONSTRATED NO AIRBORNE HAZARD EXISTED

#### Working in a Structure Constructed of AC Boards
#### Bystander Exposure for Engine Rebuilding and Brake Replacement

52.     The exposure reconstruction of relevant work performed by the Plaintiff is based on the testimony of Mr. Coffin. It relates to the time period of the second half of 1967 and between 1971 and 1988, and can be summarized as follows:

Time period- The Plaintiff was a Bridge Operator for approximately 17.5 years. During that time period he would spend the majority of his time in the various structures associated with the Carlton Bridge, although he did routinely perform service repairs outside of those environments.

Frequency- Although Mr. Coffin was not specific in the number of months he worked on the Carlton Bridge each year, his deposition testimony states that he was there nearly full-time, except for periods during the winter when he would be laid off, or transferred back to the Rigby or the

---

[163] ASEA Reports. 2016. Measurement of asbestos fibre release during removal works in a variety of DIY scenarios. Prepared by Monash University. Asbestos Safety and Eradication Agency, Australian Government.

Main Yard, for an unspecified period of time. To be conservative, we will assume that Mr. Coffin worked on the Carlton Bridge for a maximum of 46 weeks per year (assuming 10 days vacation, 10 days holiday and 10 days of winter furlough, or other temporary assignment) to develop a "high" potential exposure scenario.

Duration- Although there is no specific information provided by Mr. Coffin as to how long his required maintenance on the bridge would require him to be out of the various bridge enclosures, we will assume that he spent 100 percent of his time within the structures, and this will be utilized in these calculations because it will contribute to providing a highly conservative exposure estimate.

Magnitude of Exposure- No documents were identified that discussed exposure to asbestos fibers from AC board constructed buildings. The structure under consideration was placed into service in 1927 and had been continuously used until it was decommissioned in approximately 2000. The building had been in continuous use for more than 40 years before Mr. Coffin first worked there. There was no record of it requiring repair or replacement during that time period. The building, as described by Mr. Coffin, was constructed in accordance with reasonable and prevailing building practices of the time, including a double wall, frame construction. Mr. Coffin did not cite any damage to the walls of the structure, and further cited that the walls had been painted several times and were reported to be smooth and in good condition.[164] The painted surfaces would serve to further encapsulate the asbestos contained in the AC boards. Mr. Coffin discussed vibration of the walls related to railway and automobile traffic, and in hindsight wondered if the vibration could have potentially caused the AC boards to rub against each other and release fibers. There is no evidence presented that indicated that this action ever occurred, or that the panels had any friable materials present. The seams between the panels were not visible to Mr. Coffin, since he testified that they were covered with a piece of trim.[165] Mr. Coffin's recollection of cleaning dust in the enclosures cannot be used to demonstrate that asbestos fibers were released, or present, since "dust" is not a specific indicator for asbestos fibers and is very prevalent along rail tracks and roadways; generic roadway dust can be suspended in air by the motion of vehicular or train traffic and may have nothing to do with asbestos releases from a structure. However, as done previously, I have assumed a "worst case" scenario to test the hypothesis that Mr. Coffin may have been exposed to asbestos fibers during his work on the Carlton Bridge. The "high" estimate was considered to be the average of urban background (0.0005 f/cc)[166] and the "low" estimate was the median for rural background (0.00002 f/cc).

---

[164] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 508
[165] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 508
[166] Abelmann, et al., 2015 Historical ambient airborne asbestos concentrations in the United States - an analysis of published and unpublished literature (1960s-2000s). Inhal Toxicol. 2015;27(14):754-66.

## Direct Exposure for Reported Brake Replacement

53.    Madl et al.,[167] evaluated the potential exposure to individuals that were doing regular brake jobs on automobiles and heavy equipment. These can be used as analogous exposure estimates for Mr. Coffin's work on the brakes on Carlton Bridge. Therefore, the magnitude of direct exposure for an individual, like Mr. Coffin during the removal and replacement of brake pads on the Barrier Gates will be estimated by those studies associated with automobile brakes, and the brake mechanism for the draw bridge, by use of brake replacement on heavy equipment.

**Direct Exposure Scenario (lift mechanism brake replacement)- high:** This would involve being present for two lift mechanism brake replacements for a duration of two hours each at an exposure of 0.09 f/cc.

**Direct Exposure Scenario (lift mechanism brake gasket replacement)- low:** This would involve being present for two brake replacements for a duration of two hours each at an exposure of 0.044 f/cc.

**Direct Exposure Scenario (barrier gate brake replacement)- low:** This would involve being present for four brake replacements during his employment for a duration of one and a half to two hours each at both ends of the bridge at a worker personal concentration of 0.03 f/cc.

**Direct Exposure Scenario (barrier gate brake replacement)- high:** This would involve being present for four brake replacements during his employment, for a duration of one and a half to two hours each at both ends of the bridge at a worker personal concentration of 0.09 f/cc.

Table One- Estimates for lifetime direct cumulative dose associated with Mr. Coffin's work as a Bridge Operator for MCR  on the Carlton Bridge compared to lifetime dose associated with the 1986 OSHA PEL of 0.2 f/cc and the current OSHA 8-hour PEL of 0.1 f/cc exposure to asbestos.

---

[167] Madl AK, Gafeney SH, Balzer JL, Paustenbach DJ. 2009. Airborne Asbestos Concentrations Associated with Heavy Equipment Brake Removal. *Annals of Occupational Hygiene,* 53 (8) 839-857.

| Task | Time Period (Weeks) | Frequency of Event (Days/Week) | Duration of Event (Hours/day) | Exposure Factor (f/cc) | Cumulative Exposure (f/cc-hr.) | Cumulative Exposure (f/cc-yr.) |
|---|---|---|---|---|---|---|
| **Brake Replacement** | | | | | | |
| Lift (H) | 2 | 1 | 2 | 0.09 | 0.36 | 0.00018 |
| Lift (L) | 2 | 1 | 2 | 0.044 | 0.176 | 0.00009 |
| B. Gates (H) | 4 | 1 | 4 | 0.090 | 1.44 | 0.00072 |
| B. Gates (L) | 4 | 1 | 4 | 0.030 | 0.48 | 0.00024 |
| **Maintenance Room Repair Work** | | | | | | |
| Bystander (H) | 1 | 1 | 4 | 0.02 | 0.08 | 0.00004 |
| Bystander (L) | 1 | 1 | 4 | 0.01 | 0.04 | 0.00002 |
| Clean-up | 1 | 1 | 0.33 | 0.9 | 0.297 | 0.00015 |
| **Bridge Operator** | | | | | | |
| Indoor (H) | 840 | 5 | 8 | 0.0005 | 168 | 0.0084 |
| Indoor (L) | 840 | 5 | 8 | 0.00002 | 0.672 | 0.00034 |
| **Regulations** | | | | | | |
| 1986-8-hr. PEL (OSHA) | 840 | 5 | 8 | 0.2 | 67,200 | 33.6 |
| 1994-Current 8-hr. PEL (OSHA) | 840 | 5 | 8 | 0.1 | 33,600 | 16.8 |
| f/cc = fiber per cubic centimeter<br>hr. = hour<br>yr. = year<br>(H) = High Estimate<br>(L) = Low Estimate<br>PEL = Permissible Exposure Limit<br>OSHA = Occupational Safety and Health Administration | | | | | | |

**Calculating MCR Work Associated Lifetime Exposure (cumulative):**

Based on realistic, but highly conservative assumptions regarding the relative time period, frequency, duration, and exposure concentrations, the calculations detailed in Table One result in a cumulative exposure with a range from 0.00084 f/cc-yrs. to 0.00958f/cc-yrs. for the Plaintiff's possible exposure to asbestos containing materials during the 17.5 year period in which Mr. Coffin reportedly worked as a Bridge Operator on the Carlton Bridge.

A comparison of the potential cumulative exposure of the Plaintiff, with occupational exposure limits for airborne asbestos compared to his potential exposure risks associated with asbestos resulting from exposure to asbestos fibers associated with his work as a Bridge Operator, is negligible. As a point of comparison, Mr. Coffin's actual cumulative exposures would have been between 3,500 to 40,000 times lower than the most stringent occupational exposure regulations

and guidelines that were in effect at the time of his employment, as well as 1,700 to 20,000 times below the most stringent regulations that are currently in effect.

## Comparison to Regulatory and Professional Standards in Force During Mr. Coffin's Relevant Work Period with MCR

54.     The American Conference of Governmental Industrial Hygienists (ACGIH), was established in 1938 (originally known as the National Conference of Governmental Industrial Hygienists), by a group of industrial hygienists working at various state, city, and federal agencies, including the United States Public Health Service. A major charge that they undertook was to review the scientific literature and suggest exposure limits that would be protective of worker health. These exposure limits were widely employed and periodically reviewed as new information became available. They provided guidance for asbestos exposure limits that were widely used throughout industry until OSHA was formed in 1971. These exposure limits, that they termed "Threshold Limit Values" (TLVs), were intended to represent concentrations under which "nearly all workers can be employed for their entire working lifetime without adverse effect."[168]

55.     In 1968 the ACGIH published a Notice of Intended Change for its asbestos TLV with a proposal to reduce the standard to 2 million of particles per cubic foot (mppcf) or 12 f/cc as an 8-hour Time Weighted Average (TWA).[169]

56.     In 1969, the Walsh Healey Public Contracts Act adopted the 1968 ACGIH TLVs including the Notice of Intended Change for Asbestos of 12 f/cc.

57.     In 1970, the ACGIH published a Notice of Intended Change to its asbestos TLV which proposed to reduce the 8-hour TWA to 5 f/cc and to include a "Ceiling Limit" of up to 10 f/cc which could occur for no more than 15 minutes each hour for up to five times in an 8-hour workday.[170]

58.     The Occupational Safety and Health Administration (OSHA), was formed in May of 1971 by an act of Congress and set about to develop regulations for limiting workplace exposure to specific chemicals, including asbestos, and termed them Permissible Exposure Limits (PELs). The table below provides a summary of OSHA's regulations for airborne asbestos.

---

[168] Proceedings of the 8th Annual Meeting of the ACGIH: TLV Committee Report, Chicago, IL., April 7-13, 1946.
[169] Transactions of the 30th Annual Meeting of the ACGIH, St. Louis, MO. May 12-14, 1968.
[170] Transactions of the 32nd Annual Meeting of the ACGIH, Detroit, MI. May 10-12, 1970.

| Table Two | History of OSHA Asbestos Standards | |
|---|---|---|
| **Date** | **Standard** | **Notes** |
| 5/29/1971 | 12 f/cc TWA | 8 hr. TWA |
| 12/7/1971 | 5 f/cc TWA; 10 f/cc Ceiling | Emergency Temporary Standard (ETS); 8 hr. TWA; 15 min ceiling |
| 6/7/1972 | 5 f/cc TWA; 10 f/cc Ceiling | 8 hr. TWA; 15 min ceiling |
| 7/1/1976 | 2 f/cc TWA | 8 hr. TWA |
| 6/20/1986 | 0.2 f/cc TWA | 8 hr. TWA, Action Level = 0.1 f/cc |
| 9/14/1988 | 1 f/cc - Ceiling | 30 min Excursion Limit |
| 8/19/1994 | 0.1 f/cc TWA | 8 hr. TWA |

| hr. | hour |
|---|---|
| min | minute |
| OSHA | Occupational Safety and Health Administration |
| f/cc | fibers per cubic centimeter |
| TWA | time weighted average |
| TLV | Threshold Limit Value |

59.    The airborne concentrations calculated and detailed in Table One, used realistic and appropriate exposure scenarios that were developed from Mr. Coffin's deposition testimony and the relevant scientific literature show that the resulting concentrations would fall well below any of the pre-existing 8-hour time weighted averages that were in place at any point during his employment by the MCR. This also includes the current OSHA Permissible Exposure Limit of 0.1 fibers/cc as well as the current OSHA permissible 30-minute Excursion Limit of 1.0 fibers/cc. Further, a sensitivity analysis on this approach demonstrates that the maximum emissions Mr. Coffin would have experienced, as described in his deposition testimony, would still result in an airborne concentration of asbestos that would be well below the OSHA standards that were in place during his employment with the MCR as well as the stringent OSHA guidelines that are currently in place.

## Alternative Theories of Causation

60.    Mr. Coffin reported significant activities associated with work he performed as a child and as a young man, both with his father and by himself, while doing different types of construction work around the personal residences that utilized the demolition, cutting and reuse of

AC board and shingles, as well as other asbestos containing products. Work in the construction industry has been shown to be associated with an increased risk of developing mesothelioma.[171]

61.     Mr. Coffin reportedly did extensive work on military aircraft, both helicopters and planes, during his time in the Navy. It is well established that military aircraft contained asbestos in numerous applications as insulation, soundproofing, and fire protection. Furthermore, military aircraft of the vintage coinciding when Mr. Coffin was in the military had asbestos insulation on its wiring,[172] which Mr. Coffin dealt with on a routine basis while in the service.

62.     Mr. Coffin also described how he worked with refractory cement in a commercial setting when he was furloughed during winter months while working for MCR over a period of six to eight years. Refractory cement contains high percentages of asbestos fibers that were primarily chrysotile. Furthermore, Mr. Coffin discussed how he removed a large boiler from a multifamily residence by breaking apart the cement that encased it with a sledge hammer. Mr. Coffin believed that the cement was an asbestos insulating cement. This very physical work would have taken place in extremely close quarters with little ventilation which would have generated significant amounts of respirable dust that likely contained significant amounts of asbestos fibers.

63.     Mr. Coffin worked for the U.S. Postal Service out of the Brunswick Facility. Reports provided from that facility show that extensive asbestos containing materials were present in the facility, in a damaged and friable state, prior to the extensive remediation actions that were performed there.[173] The materials were documented to contain both chrysotile and amphibole asbestos.

64.     Mr. Coffin also described how he did extensive work on his vehicles throughout his adult life– changing brakes and replacing clutches and engine gaskets.

65.     Mr. Coffin noted that the Bath Iron Works (BIW) was located near the bridge, within a quarter of a mile, according to Mr. Coffin's approximation.[174] Mr. Coffin reported that during the summer months, the windows were all open in the control room and wind would generally come from the south and BIW was south of the Bridge.[175] Mr. Coffin believes that he could have been exposed to the airborne asbestos fibers drifting from BIW when they worked in

---

[171] McDonald AD, McDonald JC. 1980. Malignant Mesothelioma in North America. *Cancer*.46:1650-1656

[172] Advisory Circular. 2013. Aircraft Wiring and Bonding.AC 21-99(1). Annex D to Section 2, Chapter 1, MIL-DTL-25038 wire, Electrical, High Temperature, Fire Resistant and Flight Critical, General Specification. Civil Aviation Safety Authority, Australian Government .

[173] URS Corporation's Asbestos & Lead-Based Paint Compliance Audit Report from March 2005 for Brunswick Post Office.

[174] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 318-319

[175] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 319

the hulls of ships.[176] Naval ships often utilized the far more potent forms of amphibole asbestos, primarily amosite, extensively throughout their ships.

## Relevant Dose Response Considerations

66. For virtually every substance, the dose to which an individual is exposed relates to the likelihood that a physiological effect will be observed. Current literature supports the presence of a "threshold dose" for chrysotile, below which there would be no causal risk for developing mesothelioma. The exposures Mr. Coffin may have received from his very limited direct activities associated with being a Bridge Operator on the Carlton Bridge would have been far below the threshold exposure. This is due to the very low cumulative exposure that he could have received as well as the type of asbestos that was present.[177]

67. The Pierce et al., 2008 review[178] summarizes the cumulative exposure-response data reported for predominantly chrysotile-exposed cohorts in the available literature and found that for predominantly chrysotile exposures, the cumulative "no-effects" exposure levels for mesothelioma fell between 15–500 f/cc-yr. Therefore, the No Observed Adverse Effect Level found in the literature was between approximately 1,500 to more than 50,000 times greater than the maximum cumulative exposure value calculated for the Plaintiff, Mr. Coffin, over the maximum period of time that he would have been employed as a Bridge Operator by the MCR.

## CONCLUSIONS

68. In addition to the opinions expressed above, my principal conclusions, to a reasonable degree of scientific certainty, include the following:

a) The Plaintiff's incidental exposure to airborne asbestos fibers originating from his work as a Bridge Operator, while employed by MCR was very low and consistent with the lower estimates of normal employment in an industrial setting. None of Mr. Coffin's potential exposures would have exceeded, or approached, the most stringent regulations that were in place at the time of his employment or even those that are in force at this present time.

b) Analysis of relevant data compiled from analogous studies of mechanics and other occupations, application of standard industrial hygiene methodologies, in

---

[176] Deposition of Victor Coffin, Volume 2, September 18, 2018, page 320
[177] Roggli VL. 2007. Environmental asbestos contamination: What are the risks? *Chest,* 131:336-338
[178] Pierce JS, McKinley MA, Paustenbach DJ, Finley BL. 2008. An evaluation of reported no-effect Chrysotile asbestos exposures for lung cancer and mesothelioma. *Critical Reviews in Toxicology,* 38:191-214.

addition to comparison with results found in published literature, do not support the contention that there is a health hazard associated with the low level asbestos cumulative exposure encountered by the Plaintiff via the incidental exposures, that would have occurred from his work as a Bridge Operator on the Carlton Bridge. This is true even when using extremely conservative assumptions that would tend to bias the calculated results toward a higher potential exposure.

c)    Any exposure to asbestos from Mr. Coffin's reported time around the activities associated with brake replacement while working at the Carlton Bridge, would have been far less (by several orders of magnitude) than the potential dose received by full-time mechanics. This is significant since the vast majority of epidemiological studies have shown no statistically meaningful association with automobile, heavy equipment, or heavy truck mechanics and a risk of developing mesothelioma. These epidemiological study findings of no association are very robust due to their consistency between various study designs, their consistency over time (multiple decades), and their consistency between various nationalities and continents.

d)    There is no evidence or testimony presented that show/describe that there was physical damage or abrasion to any of the boards/panels that were used to construct the enclosures on the Carlton Bridge. AC board was a common building material that was used in thousands of structures around the globe for decades and due to the immobilization and encapsulation of the asbestos fibers in the body of the board was not, and is not, considered to pose a risk except when it is cut or demolished. The limited cutting that took place on the panels did not present a meaningful risk to Mr. Coffin.

e)    The specific type of asbestos that was used in the AC Boards, that were produced in the 1920 to 1930-time frame, was specified to be chrysotile. This form of asbestos has been shown to have a negligible potential to cause mesothelioma as opposed to the amphibole types.

f)    There was no information presented in the documentation review that indicated that Mr. Coffin would have been exposed to amphiboles as part of his work at the Carlton Bridge.

In addition to the materials specifically cited above, I reviewed the materials listed in Appendix B for my evaluation and in formulating my opinion.

I reserve the right to supplement my report if additional data or information becomes available in the future.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 6, 2020, in Newton, Massachusetts.

By:

John F. McCarthy, ScD, C.I.H.

**Attachments:**

| | |
|---|---|
| Appendix A | JFM *Curriculum Vitae* |
| Appendix B | Documents Relied Upon for Expert Opinion |

## APPENDIX A

JOHN F. MCCARTHY, SC.D., C.I.H. – CURRICULUM VITAE

# JOHN F. MCCARTHY, SC.D., C.I.H.

PRESIDENT

## BACKGROUND SUMMARY

| | |
|---|---|
| 1988 – | President, Environmental Health & Engineering, Inc. |
| 1992 – | Lecturer, Dept. of Environmental Health, Harvard School of Public Health |
| 1980 – 1987 | Research Scientist/Director, Aerosol Characterization Laboratory, Massachusetts Institute of Technology |
| 1978 – 1980 | Research Scientist, Massachusetts Institute of Technology |

## EDUCATION

| | |
|---|---|
| Sc.D. | Environmental Science and Physiology, Harvard University, 1987 |
| M.S. | Environmental Health Sciences, Harvard University, 1978 |
| B.S. | Biology, Boston College, 1973 |

## PROFESSIONAL REGISTRATION

American Board of Industrial Hygiene Certified: Comprehensive Practice

## PROFESSIONAL AFFILIATIONS

American Industrial Hygiene Association
International Society of Indoor Air Quality and Climate
American Society for Testing and Materials
American Conference of Governmental Industrial Hygienists
American Society of Healthcare Engineers

## COMMITTEE MEMBERSHIP

American Society of Heating, Refrigeration, and Air-Conditioning Engineers, Inc.
 *IAQ 2004 Conference Chairman*
American Society of Heating, Refrigeration, and Air-Conditioning Engineers, Inc.
 *Guideline Project Committee 10 P, Criteria for Achieving Acceptable Indoor Environments*
National Academy of Sciences
 *Standing Committee on Medical and Epidemiological Aspects of Air Pollution on U.S. Government Employees and their Families*
Harvard T.H. Chan School of Public Health
 *Board of Directors, Center for Global Health and the Environment*



## EXPERIENCE

As President of Environmental Health & Engineering, Inc. (EH&E), Dr. McCarthy has led investigations for a wide variety of exposures to toxic pollutants and infectious agents and their associated health effects. His work has focused on the analysis of pollutants originating from both outdoor and indoor sources, as well as pollutant transport through various media. He specializes in problem identification and assembly and management of interdisciplinary teams to address the various areas of concern that arise with different clients. Dr. McCarthy provides technical and administrative design direction to the study team, including the development and application of novel analysis techniques and the implementation of field monitoring studies. Relevant air quality experience includes the following:

*Ambient Environments*

Directed air quality impact assessment of Central Artery Vent Building No. 3 on surrounding community. Performed air quality studies including risk assessment for dispersion modeling of $NO_2$, CO, and $PM_{10}$ impacts. The work supported an air rights development of property owners and required close interaction with CA/T and Massachusetts Department of Environmental Protection (MADEP).

Provided air quality modeling, risk assessment and atmospheric monitoring of CO, $NO_2$ and $PM_{10}$ for an apartment/hotel complex to assess potential impact of relocating an access ramp and rerouting vehicular traffic due to CA/T construction.

Provided risk assessment and environmental impact analysis of proposed roadway construction around the Massachusetts General Hospital and Spaulding Rehabilitation Hospital. The work involved negotiating appropriate air quality action levels with MADEP and development of mitigation strategies. As a follow-on project to this, Dr. McCarthy developed and implemented an atmospheric sampling program to verify compliance of the construction program with control measures.

On behalf of the CA/T, principal-in-charge of an air quality impact assessment for the City of Boston's East Boston community during construction of the Third Harbor Tunnel and proposed construction of a hazardous waste incinerator. This involved dispersion modeling and analysis, risk assessment and risk communication.

Principal-in-charge of development of a comprehensive air monitoring program and community impact evaluation for development of a 78-acre contaminated property. In addition to developing a complex monitoring network, this work involved developing appropriate air quality action levels and mitigation measures for permit hearings. This has also involved community liaison and negotiations with state and local authorities.

Directed detailed analysis of the University of Vermont's medical incinerator for an air permit. This work involved assessing possible emissions, providing dispersion analysis, and risk characterization.

For the City of Boston, performed a detailed line source analysis of rerouting traffic due to CA/T activities.

For the City of Cambridge, performed a detailed analysis including atmospheric dispersion analysis and risk assessment for bridge construction and resultant traffic for Charles River span (Scheme Z).

Conducted a detailed analysis of impact of exhaust stack emissions for the University of Cincinnati. This work involved developing a near-field dispersion model, site monitoring to validate performance and making mitigation recommendations.

Principal-in-charge of a detailed analysis and monitoring study (CO, $NO_2$, $PM_{2.5}$, elemental carbon, speciated VOCs) to characterize exposure of toll collectors to vehicular traffic.
Led a detailed reconstruction of exposure to combustion byproducts of a potentially impacted population using atmospheric modeling after a truck fire which involved hazardous materials. This involved profiling truck contents, estimating emissions rate and dispersion of combustion byproducts and determining estimates of exposure at the receptor locations.

Led the analysis of the environmental impacts from roadway emissions during a major five highway study in Las Vegas, Nevada. This work involved detailed characterization of air toxics, air quality modeling, and identification of highest impact areas. Continuing work involved development and implementation of remedial measures as part of a settlement program.

*Product Evaluation*

Served as Principal Investigator of a two-year, multi-phased investigation of "Chinese Drywall" conducted on behalf of the U.S. Consumer Product Safety Commission. The investigation included: identification of markers of problem drywall, in-home evaluations of environmental quality and corrosion, health impact analyses, chamber-testing of drywall samples to identify emissions and corrosion rates, evaluations of drywall from domestic (U.S.) suppliers, and an assessment of temporal variability of conditions in homes.

Directed a major product evaluation for a national retailer, manufacturer and importer of clothing to determine formaldehyde emission rates from various clothing materials. The assignment involved determining emissions utilizing controlled environmental chambers under both static and dynamic conditions, performing a sensitivity analysis over a wide range of temperatures and humidities, and recommending limits of acceptability for materials.

For the Commonwealth of Massachusetts, performed a detailed analysis on a number of waterproofing products that had been used in a major state facility that were not performing properly. Through comparison with ambient samples and headspace analysis of various products to identify specific chemical agents, the problem material was isolated and identified. Additional dynamic analyses of building system mockups in environmental chambers permitted precise determination of product cure time to be made.

Developed and oversaw a series of quantitative tests to verify the performance of nano-tube filters designed for use in the pharmaceutical and semi-conductor industries. This program involved evaluating capture efficiency for a range of sub-micron particles as well as the potential for the "shedding" of materials into the airstream during equipment start-up or pulsations in the system.

Principal-in-charge of a study to evaluate the potential release of airborne fibers during maintenance activities of a variety of household appliances. This work involved collecting source, personal and area samples during well-characterized maintenance activities in a large exposure chamber under a range of ventilation conditions. The samples were analyzed using various analytical techniques to permit direct comparison with other historical studies. Project included developing time-activity exposure pattern profiles for maintenance workers.

For a major equipment manufacturer, performed a detailed evaluation of removal of various air pollutants by a new, innovative pollutant removal technology. This involved development of a fully instrumented, 1700 square foot test house/chamber in which several pollutants, including gases, particles, and biological agents, could be precisely released over time and their removal rate accurately monitored. In this multi-phase interventional study a program was designed to determine system efficacy and a corresponding performance model was developed.

For a large urban teaching hospital, developed an evidence based design guide for new orthopedic operating rooms based on control of airborne infectious agents. This involved evaluating the international scientific literature regarding infections from airborne particles, critically reviewing current design guides and their underlying rationale, developing a reproducible test procedure that can be used to characterize the control of potentially infectious particles, and using the testing protocol to compare the effectiveness of the various designs located at multiple institutions.

Developed a controlled chamber test to determine the emission rate of silica and respirable dust from various concrete cutting tools under varying environmental conditions. This test also provided information on particle size distributions associated with various operations.

For a major university, led a multidisciplinary team in developing a detailed characterization study regarding potential exposure to polychlorinated biphenyls (PCBs) used in building materials. This involved a review of plans, specifications and architectural drawings to identify likely areas of use, developing a comprehensive sampling program to verify emission rates and incorporating this into an

exposure model that included various building dynamics parameters such as solar loading, seasonal effects, ventilation patterns, and building pressurization.

Managed a comprehensive testing and analysis program designed to evaluate emissions of radiation from various building materials, including granite and marble for a large national distributor. The work involved developing testing protocols, measuring alpha and gamma emissions from the products under both controlled and real world conditions, and developing exposure estimates for various usage scenarios.

Developed a series of validation tests for fume hood orientations for a large medical research facility. This work involved building a mock-up of the research pod in a controlled test chamber and measuring emissions of a variety of possible contaminants from various operations and procedures that were performed in the containment. These systems were evaluated for various configurations, air exchange rates, and diffuser velocities.

Managed the assessment of emissions of sucrose residue from building materials in an historic structure that was being rehabilitated to a biotechnology research center. This work involved establishing test protocols to evaluate impact environmental conditions such as heat, pH, and moisture. Independent test cells were established at the facility and tests performed in situ.

Managed a program to determine the source of significant noxious odors in a twenty-eight story office tower. By establishing a series of isolated test cells within the building, the odor was isolated to butyric acid residue found in acoustical ceiling tiles located in various areas throughout the building. Additional chamber testing determined the environmental conditions under which butyric acid residue would be released. This data was then used to set allowable limits for acceptable performance during the manufacturing process.

Directed a study for a major hotel chain to evaluate emission of various organic compounds from water that was being processed through a new filtration/aeration system. This work involved developing and implementing a multifactorial study design to evaluate potential emissions that could be released under various operating conditions and different chemical composition of the source water.


*Indoor Environments*

Led the expert team supporting the U.S. Army Criminal Investigation Division's investigation of potential environmental and building factors associated with 11 reported infant deaths in Army housing at Fort Bragg.  A primary objective of the investigation was to evaluate the claim that the infant deaths were related to "Chinese Drywall" in the housing units.  In addition, the investigation involved a multi-pathway assessment of potential indoor environmental contaminants including:

VOCs, aldehydes, fungi, pesticides, allergens, metals and water quality. Building factors evaluated included: mechanical systems, ventilation and building envelope performance.

Principal-in-charge of more than 2,500 indoor environmental quality assessments in large office buildings, industrial facilities, schools, hospitals, residences, and other locations.

Principal-in-charge for design and implementation of specialized IAQ and IEQ monitoring programs.

Community and building occupant/employee liaison in IEQ investigations, providing risk characterization and risk communication services.

Principal-in-charge of EH&E's study team for U.S. Environmental Protection Agency's (EPA) *Building Assessment Survey and Evaluation (BASE) Study.* Dr. McCarthy assisted EPA in developing the study design and protocols, and directed EH&E's study team in the investigation of 100 buildings over a five-year period.

Principal-in-charge of the EPA contract "Technical Support for Indoor Air Issues."

Principal-in-charge of the Centers for Disease Control and Prevention, National Institute of Occupational Safety and Health contract "Building Related Asthma in Office Buildings and Schools".

Liaison with and consultant to various local, state, and federal agencies.

Development and implementation of health and safety programs in hazardous industrial settings. Assembly and management of rapid response teams charged with the assessment of potentially toxic conditions on a variety of sites ranging from transformer fires to areas contaminated with polynuclear aromatic hydrocarbons (PAHs), volatile organic compounds (VOCs), and heavy metals, including the mapping of areas of contamination onsite and development of site monitoring programs for the remediation phase and perimeter monitoring programs at hazardous waste sites.

Development of protocols for air, soil, and surface sampling for toxic compounds.

Developed and taught IAQ professional development training programs for building owners, managers, industrial hygienists, and engineers. This work has included a training program for NASA, several *Fortune 500* companies, and a complete revision of EPA's "Orientation to Indoor Air Quality," which is presented nationwide.

Led the hazard characterization and remediation program for the disaster recovery of a major laboratory/vivarium complex that had experienced a fire. This involved detailed contamination mapping of soot and metals throughout the 400,000 square feet impacted by the fire. This data was then used to characterize risk and develop cleanup criteria.

*Infectious Agents*

For a major teaching hospital, led the analysis of infectious risk potential for the first OR in the U.S. to provide interventional radiologists and surgeons with immediate access to a full array of advanced imaging modalities for use during multiple procedures. The traditional placement of supply air diffusers was not feasible due to the design of the clinical equipment being installed. By using advanced computational fluid dynamic (CFD) modeling, Dr. McCarthy evaluated multiple HVAC configurations and airflow patterns for critical infection control and optimal thermal comfort. The results identified a diffuser array in a non-traditional configuration would be equally effective in preventing particles (skin cells) from impacting the surgical site when compared to conventional systems. This approach not only was subject to peer review by surgical and mechanical design teams, it also had to pass regulatory approval from the Department of Public Health, which it did successfully, before licensing.

For a large urban teaching hospital, developed an evidence based design guide for new orthopedic operating rooms based on control of airborne infectious agents. This involved evaluating the international scientific literature regarding infections from airborne particles, critically reviewing current design guides and their underlying rationale, developing a reproducible test procedure that can be used to characterize the control of potentially infectious particles, and using the testing protocol to compare the effectiveness of the various designs located at multiple institutions.

Established and led an interdisciplinary team for a major teaching hospital that was charged with reducing inadvertent exposure to environmental opportunistic pathogens (e.g., *Aspergillus, sp.* and *Legionella, sp.)* and airborne pathogens (e.g., mycobacterium tuberculosis and varicella-zoster virus). This team identified surveillance techniques, response actions, design for physical isolation of infectious individuals and developed a policy that has been successfully implemented in this 1200 bed facility.

For a major cancer treatment center, developed a method of commissioning and verifying performance of building systems and isolation facilities for state of the art bone marrow transplant facility utilizing evidence-based design and implementation of comprehensive testing procedures. After performing a design review, comprehensive testing of sub-components such as HEPA filters, evaluation of means to optimize airflow within the suites, and ensuring appropriate pressure relationships within various areas of the facility was competed and documented.

Dr. McCarthy has been the Principal in Charge of more than twenty environmental investigations regarding assessment of infections related to *Legionella* bacteria. This work has involved reviewing epidemiological data, investigating and sampling potential sources, and overseeing implementation of corrective activities. This has taken place in environments as diverse as hospitals and hotels to retail establishments.

## SELECTED PUBLICATIONS

Sheehan P, Singhal A, Bogen KT, MacIntosh D, Kalmes RM, **McCarthy J**. 2017. Potential Exposure and Cancer Risk from Formaldehyde Emissions from Installed Chinese Manufactured Laminate Flooring. *Risk Analysis*, doi: 10.1111/risa.12926.

Brown KW, Minegishi T, Allen JG, **McCarthy JF**, Spengler JD, MacIntosh DL. 2014. Reducing patients' exposures to asthma and allergy triggers in their homes: an evaluation of effectiveness of grades of forced air ventilation filters. *Journal of Asthma*, 51(6):585-594.

Zwack LM, McCarthy WB, Stewart JH, **McCarthy JF**, Allen JG. 2014. Radiation dose of workers due to the inhalation of dust during granite fabrication. *Journal of Radiological Protection,* 34(1):51-52.

Allen JG, Zwack LM, MacIntosh DL, Minegishi T, Stewart JH and **McCarthy JF**. 2013. Predicted indoor radon concentrations from a Monte Carlo simulation of 1,000,000 granite countertop purchases. *Journal of Radiological Protection*, 33(1):151-162.

Allen JG, Myatt TA, MacIntosh DL, Ludwig JF, Minegishi T, Stewart JH, Connors BF, Grant M, **McCarthy JF.** 2012. Assessing Risk of Nosocomial Legionnaires' Disease from Environmental Sampling: The Limits of Using a Strict Percent Positivity Approach. *American Journal of Infection Control*, 40(10):917-921.

Allen JG, MacIntosh DL, Saltzman LE, Baker BJ, Matheson JM, Recht JR, Minegishi T, Fragala MA, Myatt TA, Spengler JD, Stewart JH, **McCarthy JF**. 2012. Elevated corrosion rates and hydrogen sulfide in homes with 'Chinese Drywall'. *Science of the Total Environment*, 426:113-119.

MacIntosh DL, Minegishi T, Fragala MA, Allen JG, Coghlan KM, Stewart JH, **McCarthy JF**. 2012. Mitigation of Building-Related Polychlorinated Biphenyls in Indoor Air of a School. *Environmental Health*, 11:24.

Stewart JH, MacIntosh DL, Allen JG, **McCarthy JF.** 2012. Germanium, Tin and Copper. In *Patty's Toxicology, Sixth Edition*. Bingham E and Cohrssen B, eds. New York, NY: John Wiley and Sons, Inc.

MacIntosh DL, Allen JG, Saltzman LE, Matheson JM, Baker BJ, Recht JR, Minegishi T, Kaufman MH, Myatt TA, Stewart JH, **McCarthy JF**. 2011. Identification of Problem Drywall: Source Markers and Detection Methods at *Advancing Exposure Science for Environmental Health: 21st Annual Meeting of the International Society of Exposure Science*. Baltimore, MD, USA. October 23-27, 2011.

Allen JG, MacIntosh DL, Saltzman LE, Matheson JM, Baker BJ, Recht JR, Minegishi T, Fragala MA, Myatt TA, Stewart JH, **McCarthy JF**. 2011. Indoor Environmental Quality Assessment of Residences Containing Chinese Drywall at *Advancing Exposure Science for Environmental Health: 21st Annual Meeting of the International Society of Exposure Science*. Baltimore, MD, USA. October 23-27, 2011.

Allen JG, Minegishi T, **McCarthy JF**, Fragala MA, Coghlan KM, Stewart JH, MacIntosh DL. 2011. Performance Evaluation of Mitigation Methods for PCBs in Construction Materials. In: *Proceedings of Indoor Air 2011: The 12th International Conference on Indoor Air Quality and Climate*. Austin, TX, USA. June 5-10, 2011.

MacIntosh DL, Minegishi T, Allen JG, Levin-Schwartz Y, **McCarthy JF**, Stewart JH, Coghlan KM. 2011. Risk Assessment for PCBs in Indoor Air of Schools. In: *Proceedings of Indoor Air 2011: The 12th International Conference on Indoor Air Quality and Climate*. Austin, TX, USA. June 5-10, 2011.

Allen JG, Minegishi T, Myatt TA, **McCarthy JF,** MacIntosh DL. 2010. Assessing exposure to granite countertops – Part 2: Radon. *Journal of Exposure Science and Environmental Epidemiology,* 20(3):263-272.

Myatt TA, Allen JG, Minegishi T, McCarthy WB, MacIntosh DL, **McCarthy JF**. 2010. Assessing exposure to granite countertops – Part 1: Radiation. *Journal of Exposure Science and Environmental Epidemiology*, 20(3):273-280.

Allen J, Myatt T, Jessup D, Ludwig J, **McCarthy JF**, MacIntosh D. 2009. Assessing Risk of Nosocomial Legionnaires Disease from Environmental Sampling – The Limits of Using a Strict Percent Positivity Approach at *Society of Risk Analysis 2009 Annual Meeting*. Baltimore, MD, USA. December 6-9, 2009.

Allen J, Minegishi T, Myatt T, **McCarthy JF**, MacIntosh D. 2009. Assessing Exposure to Radon and Radiation from Granite Countertops at *X2009: Sixth International Conference on Innovations in Exposure Assessment*. Boston, MA, USA. August 17-20, 2009.

MacIntosh DL, **McCarthy JF**, Ludwig JF, Naeher LP, Suh HH, Spengler JD. Reductions in Aerosol Exposure Afforded by Indoor Air Cleaning Systems at the *International Society for Exposure Science Annual Meeting*. Paris, France. September 2-6, 2006.

MacIntosh DL, **McCarthy JF**, Ludwig JF, Naeher LP, Suh HH, Spengler JD. Whole House Air Cleaning by In-Duct and Portable Cleaners at *Healthy Buildings 2006*. Lisbon, Portugal. June 4-8, 2006.

**McCarthy JF**. 2006. Contributing author, U.S. Department of Health and Human Services. *The Health Consequences of Involuntary Exposure to Tobacco Smoke: a Report of the Surgeon General*. Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, Coordinating Center for Health Promotion, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health.

MacIntosh DL, Brightman HS, Baker BJ, Myatt TA, Stewart JH, **McCarthy JF**. 2006. Airborne fungal spores in a cross-sectional study of office buildings. *Journal of Occupational and Environmental Hygiene.* 3:379-389.

Myatt TA, **McCarthy JF**, Moss NE, Somers JL. 2004. *Aspergillus Surveillance in a Pediatric Oncology Unit during a Hospital Renovation.* In: Proceedings of IAQ 2004. Tampa, FL: American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc. (ASHRAE) Conference IAQ 2004 Critical Operations: Supporting the Healing Environment Through IAQ Performance Standards.

**McCarthy JF**. 2004. *Defining the Healing Environment: Risk, Reward, Reality.* In: Proceedings of IAQ 2004. Tampa, FL: American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc. (ASHRAE) Conference IAQ 2004 Critical Operations: Supporting the Healing Environment Through IAQ Performance Standards.

Dilwali KM, **McCarthy JF**, and Foster R. 2002. Critical review of an AI-based screening tool to evaluate IAQ. In: *Indoor Air 2002: Proceedings of the 9th International Conference on Indoor Air Quality and Climate* Vol. 3. Levin H, ed. Santa Cruz, CA: Indoor Air 2002, pp.150-155.

Ludwig JF, Baker BJ, and **McCarthy JF**. 2002. Analysis of ventilation rates for the BASE Study: assessment of measurement uncertainty and comparison with ASHRAE 62-1999. In: *Indoor Air 2002: Proceedings of the 9th International Conference on Indoor Air Quality and Climate* Vol. 3. Levin H, ed. Santa Cruz, CA: Indoor Air 2002, pp.388-393.

Chang MP, Coghlan KM, and **McCarthy JF**. 2002. Remediating PCB-containing building products; strategies and regulatory considerations. In: *Indoor Air 2002: Proceedings of the 9th International Conference on Indoor Air Quality and Climate* Vol. 4. Levin H, ed. Santa Cruz, CA: Indoor Air 2002, pp.171-176.

Johnston PK, Hadwen GE, **McCarthy JF**, and Girman JR. 2002. A screening-level ranking of toxic chemicals at levels typically found in indoor air. In: *Indoor Air 2002: Proceedings of the 9th International Conference on Indoor Air Quality and Climate* Vol. 4. Levin H, ed. Santa Cruz, CA: Indoor Air 2002, pp.930-935.

Tremblay DL and **McCarthy JF**. 2002. Sprinkler Safety. *American School & University* July 2002:42-44.

Bean CA and **McCarthy JF**. 2001. Commissioning smoke control systems. *Engineered Systems* 18(11):44-48.

**McCarthy JF**. 2001. Moisture issues are no match for commissioning. *Engineered Systems* 18(9):56-60.

**McCarthy JF** and Ludwig JF. 2000. Head in the clouds? *Today's Facility Manager* October 2000:73-76.

**McCarthy JF**. 2000. Energy Efficiency + IAQ = Healthy, Productive, Environments. *EnvironDesign® Journal* Spring 2000.

Spengler JD, Samet JM, and **McCarthy JF**, eds. 2000. *Indoor Air Quality Handbook.* New York, NY: McGraw-Hill, Inc.

Spengler JD, Samet JM, and **McCarthy JF**. 2000. Introduction to the IAQ handbook. In: *Indoor Air Quality Handbook*. Spengler JD, Samet JM, McCarthy JF, eds. New York, NY: McGraw-Hill, Inc.

**McCarthy JF** and Dykens MJ. 2000. Building commissioning for mechanical systems. In: *Indoor Air Quality Handbook*. Spengler JD, Samet JM, McCarthy JF, eds. New York, NY: McGraw-Hill, Inc.

**McCarthy JF** and Spengler JD. 2000. Indoor environmental quality in hospitals. In: *Indoor Air Quality Handbook*. Spengler JD, Samet JM, McCarthy JF, eds. New York, NY: McGraw-Hill, Inc.

**McCarthy JF**. 2000. Energy Efficiency and Indoor Air Quality. In: *Facilities Engineering and Management Handbook: An Integrated Approach*. Smith P, Rush R, Wessel R, Seth A, and Stymiest D, eds. New York, McGraw-Hill.

**McCarthy JF** and Dykens M. 2000. Commissioning programs for heating, ventilation, and air-conditioning systems. In: *Facilities Engineering and Management Handbook: An Integrated Approach*. Smith P, Rush R, Wessel R, Seth A, and Stymiest D, eds. New York, McGraw-Hill.

**McCarthy JF** and Moss NE. 2000. Environmental health and safety management program for healthcare facilities. In: *Facilities Engineering and Management Handbook: An Integrated Approach*. Smith P, Rush R, Wessel R, Seth A, and Stymiest D, eds. New York, McGraw-Hill.

**McCarthy JF**. 2000 Spring. Energy Efficiency + IAQ = Healthy, Productive Environments. *EnvironDesign Journal* [Supplement to *Interiors & Sources* magazine]. p 34-36.

Barry BE, Ludwig JF, and **McCarthy JF**. 1999. A model for assessing health risks associated with exposures to *Legionella* bacteria. In: *Bioaerosols, Fungi and Mycotoxins: Health Effects, Assessment, Prevention and Control*. Johanning E, ed. Albany, NY: Eastern New York Occupational and Environmental Health Center.

**McCarthy JF**. 1999. Indoor air quality policy in the United States. In: *Strategic Approaches to Indoor Air Policy-Making*. WHO European Centre for Environment and Health, Bilthoven. Copenhagen: World Health Organization.

Brightman HS, Wallace LA, Sieber WK, **McCarthy JF**, and Spengler JD. Comparing Symptoms in United States Office Buildings. In: *Indoor Air 99. Proceedings of the 8th International Conference on Indoor Air Quality and Climate*. 1:847-852.

Womble SE, Burton L, Kolb L, Girman JR, Hadwen G, Carpenter M, and **McCarthy JF**. Prevalence and concentrations of culturable airborne fungal spores in 86 office buildings from the Building Assessment Survey and Evaluation study. In: *Indoor Air 99. Proceedings of the 8th International Conference on Indoor Air Quality and Climate*. 1:261-266.

Girman JR, Hadwen G, Burton L, Womble S, and **McCarthy JF**. Individual volatile organic compound prevalence and concentrations in 56 buildings of the Building Assessment Survey and Evaluation (BASE) Study. In: *Indoor Air 99. Proceedings of the 8th International Conference on Indoor Air Quality and Climate.* 2:460-465.

**McCarthy JF** and Walls RM. 1997. Latex allergy and the environment (letter). *Academic Emergency Medicine,* 4(9):931-2.

**McCarthy JF**. 1997. Risk Factors for Occupational Exposures in Healthcare Professionals. In: Hanson W, ed. *A Guide to Managing Indoor Air Quality in Health Care Organizations.* Oakbrook Terrace, IL: Joint Commission on Accreditation of Healthcare Organizations.

Spengler JD and **McCarthy JF**. 1996. Indoor air quality in hospitals: not just another building. In: Maroni M, ed. *Ventilation and indoor air quality in hospitals.* Boston: Kluwer Academic.

Womble SE, Girman JR, Ronca EL, Axelrad R, Brightman HS, and **McCarthy JF**. 1995. *Developing baseline information on buildings and indoor air quality (BASE '94): Part I - study design, building selection, and building description.* Washington, DC: Environmental Protection Agency.

Burge H, Wade D, and **McCarthy J**. 1995. *Assessing fungal levels in a large building.* Abstract for PanAmerican AeroBiology Association Symposium, Tulsa, OK.

Hedge A, Mitchell GE, **McCarthy JF**, and Ludwig JF. The effects on breathing-zone filtration on perceived indoor air quality and sick building syndrome. *In: Proceedings of The American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc. Conference, Building Design, Technology, and Occupant Well-being in Temperate Climates; 1993 Feb 17-19; Brussels, Belgium.* p 145-150.

**McCarthy JF**, Ludwig JF, and Bolsaitis P. 1993. An evaluation of the influence of breathing-zone air distribution systems on indoor air quality. In: *Indoor Air '93. Proceedings of the 6th International Conference on Indoor Air Quality and Climate; 1993 Jul 4-8; Helsinki, Finland.* Vol 5, Ventilation, p 489-494.

Ludwig JF, Bolsaitis P, and **McCarthy JF**. 1993. Assessment of hood stack re-entrainment as determined by real-time tracer gas measurements. In: *Indoor Air '93. Proceedings of the 6th International Conference on Indoor Air Quality and Climate; 1993 Jul 4-8; Helsinki, Finland.* Vol 5, Ventilation, p 175-180.

Bolsaitis P, Ludwig JF, and **McCarthy JF**. 1993. A scoping report on air duct cleaning and related issues. In: *Indoor Air '93. Proceedings of the 6th International Conference on Indoor Air Quality and Climate; 1993 Jul 4-8; Helsinki, Finland.* Vol 6, Thermal Environment, Building Technology, Cleaning, p 333-338.

Hedge A, Mitchell G, **McCarthy JF**, and Ludwig J. 1993. Effects of furniture-integrated breathing-zone filtration system on indoor air quality, sick building syndrome, productivity, and absenteeism. In: *Indoor Air '93. Proceedings of the 6th International Conference on Indoor Air Quality and Climate; 1993 Jul 4-8; Helsinki, Finland.* Vol 5, Ventilation, p 333-338.

Ludwig JF, **McCarthy JF**, and Bolsaitis P. 1992. Evaluation of the influence of breathing zone air distribution systems on indoor air quality. Presented at the National Coalition on Indoor Air Quality, First Annual IAQ Conference, Tampa FL.

**McCarthy JF**, Bearg DW, and Spengler JD. 1991. Assessment of indoor air quality. In: Samet JM and Spengler JD, eds. *Indoor air pollution—A health perspective.* Baltimore, MD: Johns Hopkins University Press. p 82-108.

Hedge A, **McCarthy JF**, et al. 1991. Breathing-zone filtration effects on indoor air quality and sick building syndrome complaints. In: *Healthy-Buildings. IAQ '91; 1991 Sept 4-9; Washington, DC.* Atlanta, GA: American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc. 1991. p 351-357.

Caka FM, Eatough DJ, Lewis EA, Tang H, Hammond SK, Leaderer BP, Koutrakis P, Spengler JD, Fasano A, **McCarthy JF**, Ogden MW, Lewtas J. 1990. An intercomparison of sampling techniques for nicotine in indoor environments. *Environmental Science & Technology.* 24(8):1196-1203.

Coultas DB, Samet JM, **McCarthy JF**, and Spengler, JD. 1990. A personal monitoring study to assess workplace exposure to environmental tobacco smoke. *American Journal of Public Health.* 80(8):988-990.

Coultas DB, Samet JM, **McCarthy JF**, and Spengler JD. 1989. Variability of measures of exposure to environmental tobacco smoke in the home. *American Review of Respiratory Disease.* 142(3):602-6.

Chen LC, Peoples SM, **McCarthy JF**, and Amdur MO. 1989. Copper oxides aerosols: Reaction with $SO_2$. *Atmospheric Environment.* 23(1):149-154.

Koutrakis P, Fasano AM, Slater JL, Spengler JD, **McCarthy JF**, and Leaderer BP. 1989. Design of a personal annular denuder sampler to measure atmospheric aerosols and gases. *Atmospheric Environment.* 23(12):2767-2773.

Peoples SM, **McCarthy JF**, Chen LC, Eppelsheimer D, and Amdur MO. 1988. Copper oxide aerosol: Generation and characterization. *American Industrial Hygiene Association Journal.* 49(6):271-276.

Bolsaitis PP, **McCarthy JF**, Mohiuddin G, and Elliott JF. 1987. Formation of metal oxide aerosols for conditions of high supersaturation: Model of chemical nucleation and particle growth. *Aerosol Science and Technology.* 6(3):245-262.

Lebret E, **McCarthy JF,** and Spengler JD. 1986. Exposure assessment in air pollution epidemiology. In: *Proceedings of the Air Pollution Control Association Specialty Conference on Environmental Risk Management*, Chicago, IL.

Amdur MO, Sarofim AF, Neville M, Quann R, **McCarthy JF,** Elliott JF, Lam HF, Rogers AE, and Connor MW. 1986. Coal combustion aerosols and $SO_2$: An interdisciplinary analysis. *Environmental Science & Technology.* 20(2):138-145.

Neville M, **McCarthy JF**, and Sarofim AF. 1984. Processing of submicron coal combustion aerosols for chemical analysis. *Atmospheric Environment.* 17:2599-2604.

Amdur MO, **McCarthy JF**, and Gill MW. 1983. Effect of mixing conditions on irritant potency of zinc oxide and sulfur dioxide. *American Industrial Hygiene Association Journal.* 44(1):7-13.

Amdur MO, **McCarthy JF**, and Gill MW. 1982. Respiratory response of guinea pigs to zinc oxide fumes. *American Industrial Hygiene Association Journal.* 43(12):887-889.

**McCarthy JF**, Yurek GJ, Elliott JF, and Amdur MO. 1982. Generation and characterization of submicron aerosols of zinc oxide. *American Industrial Hygiene Association Journal:* 43(12):880-886.

## APPENDIX B – DOCUMENTS RELIED UPON FOR EXPERT OPINION

Abelmann, et al., 2015 Historical Ambient Airborne Asbestos Concentrations in the United States - an Analysis of Published and Unpublished Literature (1960s-2000s). Inhal Toxicol. 27(14):754-66.

Advisory Circular. 2013. Aircraft Wiring and Bonding.AC 21-99(1). Annex D to Section 2, Chapter 1, MIL-DTL-25038 wire, Electrical, High Temperature, Fire Resistant and Flight Critical, General Specification. Civil Aviation Safety Authority, Australian Government.

ASEA Reports. 2016. Measurement of asbestos fibre release during removal works in a variety of DIY scenarios. Prepared by Monash University. Asbestos Safety and Eradication Agency, Australian Government.

Berman DW, Crump KS. 2008. Update of potency factors for asbestos-related lung cancer and mesothelioma, *Critical Reviews in Toxicology*, 38:sup1, 1-47.

Berman DW, Crump KS, Chatfield EJ, Davis JM, Jones AD. 1995. The sizes, shapes, and mineralogy of asbestos structures that induce lung tumors or mesothelioma in AF/HAN rats following inhalation. *Risk Analysis,* 15(2):181-95.

Blake CL, Dotson GS, Harbison RD. 2006. Assessment of airborne asbestos exposure during the servicing and handling of automobile asbestos-containing gaskets. *Regulatory Toxicology and Pharmacology*, 45(2):214-22.

Blake CL, Van Orden DR, Banasik M, Harbison RD. 2003. Airborne asbestos concentration from brake changing does not exceed permissible exposure limit. *Regulatory Toxicology and Pharmacology,*38(1):58-70.

Complaint filed November 15, 2018; Victor Coffin v. Ametek, Inc., et al.

Deposition of Victor Coffin, Volume 1, September 17, 2018.

Deposition of Victor Coffin, Volume 2, September 18, 2018.

Garabrant, DH, Alexander DD, Miller PE, Fryzek JP, Boffetta P, Teta MJ, Hessel PA, Craven VA, Kelsh MA, Goodman M. 2016. Mesothelioma among motor vehicle mechanics: An updated review and meta-analysis. *Ann. Occup. Hyg* 60(1):8-26.

Hodgson JT, Darnton A. 2000. The quantitative risks of mesothelioma and lung cancer in relation to asbestos exposure. *Annals of Occupational Hygiene,* 44:565-601.

Image of Carlton Bridge Construction, Bath, 1927, https://www.mainememory.net/artifact/27897

International Agency for Research on Cancer. 2012. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, No. 100C. Asbestos (Chrysotile, Amosite, Crocidolite, Tremolite, Actinolite and Anthophyllite)

Jacko MG, DuCharme RT. 1973. *Brake emissions: Emission measurements from brake and clutch linings from selected mobile sources*. Conference: National Automobile Engineering Meeting, February.

Laden F, Stampfer MJ, Walker AM. 2004. Lung cancer and mesothelioma among male automobile mechanics: A review. *Reviews on Environmental Health*. 19(1)39-61.

Lippmann M. 2014. Toxicological and epidemiological studies on effects of airborne fibers: Coherence and public health implications. *Critical Reviews in Toxicology*, 44:8, 643-695

Madl AK, Gafeney SH, Balzer JL, Paustenbach DJ. 2009. Airborne Asbestos Concentrations Associated with Heavy Equipment Brake Removal. *Annals of Occupational Hygiene,* 53 (8) 839-857.

Materials Produced in the Matter, WC Exhibit 6, 7 and 9-12 (03223292xAE394)

McDonald AD, McDonald JC. 1980. Malignant Mesothelioma in North America. *Cancer*.46:1650-1656.

OSHA 1926 *Substance Technical Information for Asbestos - Non-Mandatory. Toxic and Hazardous Substances, Subpart Z*, Safety and Health Regulations for Construction

Paustenbach DJ, Ritchter RO, Finley BL, Sheehan PJ. 2003. An evaluation of the historical exposures of mechanics to asbestos in brake dust. *Applied Occupational and Environmental Hygiene* 18:786-804.

Pierce JS, McKinley MA, Paustenbach DJ, Finley BL. 2008. An evaluation of reported no-effect Chrysotile asbestos exposures for lung cancer and mesothelioma. *Critical Reviews in Toxicology,* 38:191-214.

Proceedings of the 8th Annual Meeting of the ACGIH: TLV Committee Report, Chicago, IL., April 7-13, 1946.

Report by Northeast Test Consultants titled Professional Review for Asbestos Exposure relating to Victor A. Coffin v. State of Maine/Dept of Transportation Dated August 17, 2018

Roggli VL. 2007. Environmental asbestos contamination: What are the risks? *Chest,* 131:336-338.

Shafer, R., et al. 1990 *Asbestos/NESHAP regulated asbestos-containing-materials guidance*. No. PB-91-218701/XAB. Alliance Technologies Corp., Chapel Hill, NC (United States), 1990.

Spencer JW, Plisko MJ, Balzer L.1999. Asbestos Fiber Release from the Brake Pads of Overhead Industrial Cranes. Applied Occupational and Environmental Hygiene 14 (6) 397 – 402.

State of Maine Inter-Departmental Memorandum. 1984.Inspection of the Carlton Bridge – Bath/Woolwich. February 16, 1984.

Stephen Broadhead's Hearing Transcript for the State of Maine Worker's Compensation dated November 27, 2018, page 17.

Teschke K, Morgan MS, Checkoway H, Franklin G, Spinelli JJ, van Belle G, Weiss NS. 1997. Mesothelioma surveillance to locate sources of exposure to asbestos. *Canadian Journal of Public Health.* 88 (1)163 – 168.

Transactions of the 30th Annual Meeting of the ACGIH, St. Louis, MO. May 12-14, 1968.

Transactions of the 32nd Annual Meeting of the ACGIH, Detroit, MI. May 10-12, 1970.

URS Corporation's Asbestos & Lead-Based Paint Compliance Audit Report from March 2005 for Brunswick Post Office.

Yarborough CM. 2007. The Risk of Mesothelioma from Exposure to Chrysotile Asbestos. *Current Opinion of Pulmonary Medicine,* 13(4):334-8.



**NORTHEAST TEST CONSULTANTS**

# PROFESSIONAL REVIEW
## for
# ASBESTOS EXPOSURE

Relating to:

## VICTOR A. COFFIN
### v.
## STATE of MAINE/DEPT. of TRANSPORTATION
## CLAIM #: 8908627

Prepared for:

*Katlyn M. Davidson, Esq.*
*Norman, Hanson & DeTroy, LLC*
*Two Canal Plaza*
*P.O. Box 4600*
*Portland, ME 04112*

**August 17, 2018**



EMPLOYER'S EXHIBIT
2

**Industrial Hygiene Consultants**
Indoor Air Quality • Operations & Maintenance • Mold • Asbestos • Lead Based Paint Testing

 **NORTHEAST TEST CONSULTANTS**

August 17, 2018

Katlyn M. Davidson, Esq.
Norman, Hanson & DeTroy, LLC
Two Canal Plaza
P.O. Box 4600
Portland, ME 04112

RE:  Professional Review of Asbestos Exposure
Victor A. Coffin v. State of Maine DOT
NTC Job# 16562-2018

Ms. Davidson:

Please find enclosed information regarding *Northeast Test Consultants'* professional review of provided documents and other available information relating to the Worker's Compensation Claim #8908627 for benefits relating to occupational asbestos exposure claimed by Victor A. Coffin for an employment period of approximately 10-Months while working as a Bridge Operator for the State of Maine/Department of Transportation at the Carlton Bridge situated in Bath, Maine.

Mr. Coffin was diagnosed with Mesothelioma at the end of 2016.

## Background - Asbestos

"Asbestos" is the generic designation for a group of naturally occurring mineral silicate fibers of the serpentine and amphibole series. These include the serpentine mineral Chrysotile (also known as 'white asbestos'), and the five amphibole minerals – Actinolite, Amosite (also known as 'brown asbestos'), Anthophyllite, Crocidolite (also known as 'blue asbestos'), and Tremolite.

The silicate tetrahedron ($SiO_4$) is the basic chemical unit of all silicate minerals. The number of tetrahedra in the crystal structure and how they are arranged determine how a silicate mineral is classified.

Serpentine silicates are classified as 'sheet silicates' because the tetrahedra are arranged to form sheets. Amphibole silicates are classified as 'chain silicates' because the tetrahedra are arranged to form a double chain of two rows aligned side by side. Magnesium is coordinated with the oxygen atom in serpentine silicates. In amphibole silicates, cationic elements such as aluminum, calcium, iron, magnesium, potassium, and sodium are attached to the tetrahedra. Amphiboles are distinguished from one another by their chemical composition. The chemical formulas of asbestos minerals are idealized. In natural samples, the composition varies with respect to major and trace elements. [1] [2]

The structure of silicate minerals may be fibrous or non-fibrous. The terms 'asbestos' or 'asbestiform minerals' refer only to those silicate minerals that occur in poly-filamentous bundles, and that are composed of extremely flexible fibers with a relatively small diameter and a large length. These fiber bundles have splaying ends, and the fibers are easily separated from one another. [1] [2]

Asbestos minerals with crystals that grow in two or three dimensions and that cleave into fragments, rather than breaking into fibrils, are classified as silicate minerals with a 'non-asbestiform' habit. These minerals may have the same chemical formula as the 'asbestiform' variety. [3]

Asbestos fibers tend to possess good strength properties (e.g. high tensile strength, wear and friction characteristics); flexibility (e.g. the ability to be woven); excellent thermal properties (e.g. heat stability; thermal, electrical and acoustic insulation); adsorption capacity; and, resistance to chemical, thermal and biological degradation. [1] [2]

Asbestos is typically used as a loose fibrous mixture, bonded with other materials (e.g. Portland cement, plastics and resins), or woven as a textile. [4]

The range of applications in which asbestos has been used includes: roofing, thermal and electrical insulation, cement pipe and sheets, flooring, gaskets, friction materials (e.g. brake pads and shoes), coating and compounds, plastics, textiles, paper, mastics, thread, fiber jointing, and millboard. [1] [5] [6] Certain fiber characteristics, such as length and strength, are used to determine the most appropriate application. For example, longer fibers tend to be used in the production of textiles, electrical insulation, and filters; medium-length fibers are used in the production of asbestos cement pipes and sheets, friction materials (e.g. clutch facings, brake linings), gaskets, and pipe coverings; and, short fibers are used to reinforce plastics, floor tiles, coatings and compounds, and roofing felts. [6]

Inhalation and ingestion are the primary routes of exposure to asbestos. Dermal contact is not considered a primary source, although it may lead to secondary exposure to fibers, via ingestion or inhalation. The degree of penetration in the lungs is determined by the fiber diameter, with thin fibers having the greatest potential for deep lung deposition. [6]

In indoor air (e.g. homes, schools, and other buildings), measured concentrations of asbestos are in the range of 30 - 6000 $f/m^3$ (0.0003 - 0.006 f/cc). Measured concentrations vary depending on the application in which the asbestos was used (e.g. insulation versus ceiling or floor tiles), and on the condition of the asbestos-containing materials (i.e. good condition versus deteriorated and easily friable). [4]

Several factors determine how asbestos exposure affects an individual, including:

- Dose,
- Duration,

Page 3
Ms. Davidson
NTC #16562-2018

- Size, shape, and chemical makeup of the Asbestos fibers,
- Source of the exposure,
- Individual Risk Factors,
- Genetic Factors, such as having a germline mutation in *BAP1*. [7]

Although all forms of Asbestos are considered hazardous, different types of asbestos fibers may be associated with different health risks. For example, the results of several studies suggest that Amphibole Forms of Asbestos may be more harmful than Chrysotile, particularly for Mesothelioma risk, because they tend to stay in the lungs for a longer period of time. [4] [8]

Asbestos related diseases are primarily comprised of the following:

### Asbestosis

Asbestosis is a chronic respiratory disease caused by prolonged exposure to asbestos. The inhaled asbestos fibers cause lung scarring and stiffness of the lungs, which prevents adequate uptake of oxygen into the blood stream.

It is difficult to distinguish from other causes of interstitial fibrosis and only confirmation of exposure to Asbestos or detection of unusually high numbers of Asbestos fibers in the lung is considered conclusive evidence of this disease.

### Lung Cancer

Although a causal association between asbestos exposure and lung cancer is generally well recognized, there are still substantial controversies on how the risk might vary by exposure to different fiber types and sizes, and whether there is a risk at low levels of exposure (i.e. environmental exposures).

Particularly controversial is the question of whether Chrysotile Asbestos is less potent for the induction of lung cancer than the amphibole forms of asbestos (e.g. Crocidolite, Amosite and Tremolite), which has sometimes been referred to as the "amphibole hypothesis". [9] [10] [11]

Smoking is recognized as having a "Synergistic" effect of 50 - 100 times the risk for non-smokers also exposed to asbestos fibers.

### Mesothelioma

Pleural and Peritoneal Mesotheliomas are very rare malignancies that occur in the mesothelial cells that line these cavities of the human body.

Although all forms of asbestos can cause Mesothelioma, there is considerable evidence that the potency for the induction of Mesothelioma varies by fiber type, and in particular that Chrysotile Asbestos is less potent than amphibole forms of asbestos. [12]

Asbestos is not the only cause of this disease, but it is the most important cause in modern times.

There is no definitive dose-related response information, and in rare cases has been known to occur in patients with no known occupational exposure to asbestos. [13]

Concern used to be focused on occupational exposure only, but now it is recognized that asbestos fibers are widely distributed in the general environment in many countries, cities buildings, etc. Indeed, exposure to asbestos in occupational settings has been decreasing [6], whereas this is probably not the case for non-occupational exposure. While exposure in non-occupational settings is generally much lower than in occupational settings, the levels can be not negligible, and they might be sufficient to cause disease.

## Employment History

Based on provided documentation and review, the following appears to be employment/work history for Mr. Coffin:

Maine Central Railroad as the Carlton Bridge Operator from 1967 - 1968

US Navy as an aircraft mechanic for A-7 Corsairs and for Huey Helicopters from 1968 - 1971.

Maine Central Railroad as the Carlton Bridge Operator from 1971 - 1987.

State of Maine Department of Transportation as the Carlton Bridge Operator from 1987 - 1988 (10 months).

US Postal Service as a mail carrier from 1988 - 2012.

## Potential Asbestos Hazards Associated with Employment/Work History

Mr. Coffin states in a questionnaire completed by him that he has Mesothelioma due to years of inhaling asbestos dusts.

*Potential exposure to asbestos* based on Mr. Coffin's employment/work history would be as follows:

Maine Central Railroad 1967 - 1968

**Chrysotile Asbestos** in Transite Wallboard, Brake Shoes and Gaskets.

US Navy 1968 – 1971

**Amosite, Crocidolite, and Chrysotile Asbestos** in Heat Shield, Wire Coating, Brake Shoes, and Gaskets.

Maine Central Railroad 1971 - 1987

**Chrysotile Asbestos** in Transite Wallboard, Brake Shoes and Gaskets.

State of Maine Department of Transportation (ME DOT) 1987 - 1988

**Chrysotile Asbestos** in Transite Wallboard, Brake Shoes and Gaskets.

US Postal Service 1988 - 2012

**Amosite and Chrysotile Asbestos** in Pipe Insulations, Ceiling Tiles, Floor Tiles, Flooring Mastics, and Brake Shoe dust.

## Carlton Bridge Background

The Carlton Bridge is a vertical-lift bridge built to carry one (1) railway line over the Kennebec River between Bath and Woolwich, Maine. It was completed in 1927 and shortly after a two-lane automobile platform was erected over the train track span for US Route One north and southbound traffic usage.



A vertical-lift bridge operates by raising a span section vertically by a system of motors and/or counter weights with cables and pulleys to allow for waterway traffic passage.

As part of this system, brake shoes are utilized as a secondary securing mechanism.

## State of Maine/Department of Transportation Employment

OSHA Asbestos Regulations were implemented in 1971 for the control of asbestos exposure to employees. Permissible Exposure Limits (PEL's) were subsequently reduced in 1972, 1975, 1986 and 1994.

In addition, US EPA published the Asbestos Worker Protection Rule (WPR) in 1986 which covered occupational exposure to state and local municipality employees not specifically covered under the OSHA Act.

In order to impact asbestos containing materials employees would need to be properly trained in work practice and engineering controls, use of protective clothing, as well as respiratory protection usage, including medical evaluation for clearance to use respirators.

Mr. Coffin has not indicated that he was a trained asbestos worker and assigned asbestos abatement actions by the State of Maine Department of Transportation relating to perform Carlton Bridge repairs or maintenance during his 10-month employment period.

Brake shoes were not located within the Carlton Bridge Control Booth occupied by the Operator and as such the Operator was not at any significant exposure risk during operation of the bridge to airborne asbestos fiber activity.

It has been indicated that the Carlton Bridge Control Booth/Mechanical Rooms had cementitious wallboard (Transite).

No likely exposure to airborne asbestos fibers would have existed just because these transite wallboard materials were present on or within a building. Direct impact, in particular mechanical impact by dry drilling, cutting or sanding, would be required to release the bound asbestos fibers contained within the product that could then be dispersed into the air and then inhaled.

Asbestos airborne studies conducted in Australia, where a predominance of structures are constructed with cementitious wallboard materials (Transite) have indicated that in buildings comprised of these products, airborne levels of asbestos fibers are usually below 0.0005 fibers/milliliters (0.0005 f/cc), if measurable at all. [14]

## US Postal Service Employment

Mr. Coffin has provided information that he was a Rural Route Letter Carrier based out of the Brunswick, Maine Post Office.

Mr. Coffin, no doubt was in and out of the building at varying timeframes during his approximately 24 years of employment.

The building, during his employment period, contained both *friable* and *non-friable* asbestos materials, and non-friable materials that could be impacted into a friable state such as floor tiles by the use of abrasive floor buffing and constant impact by such actions as rolling mail carts and dollies over the surfaces.

*Friable* materials can be crumbled by hand pressure and readily release asbestos fibers when impacted. Comparatively, *non-friable* materials do not crumble under hand pressure and do not readily release asbestos fibers to the surrounding atmosphere unless as previously indicated, either damaged or directly affected so as to breakdown the original state of the material.

Page 7
Ms. Davidson
NTC #16562-2018

Presence of these materials have been identified for the Brunswick Post Office location in inspection/assessment documents prepared by URS Corporation, 5 Industrial Way in Salem, New Hampshire and comprised of the following asbestos containing materials in the building:

| | | |
|---|---|---|
| Pipe Fittings | 20% | Chrysotile Asbestos |
| 9" x 9" Floor Tiles | 5 – 10% | Chrysotile Asbestos |
| 9" x 9" Floor Tile Mastic | 3 – 8% | Chrysotile Asbestos |
| 1' x 1' Ceiling Tiles | 10% | Amosite Asbestos |
| 2' x 4' Ceiling Tiles | 10% | Amosite Asbestos |
| 1' x 2' Floor Tiles | 30-40% | Amosite Asbestos |

Three (3) asbestos abatement actions were conducted at the US Post Office site in Brunswick, Maine based on available ME DEP Asbestos Project Notification database information as follows:

1. 1998: 2,240 sq. ft, of **Amosite Asbestos** Ceiling Tiles and 8 sq. ft. of **Chrysotile Asbestos** Mastic material.

2. 1999: 12 sq. ft. of **Amosite Asbestos** Ceiling Tiles.

3. 2000: 6,810 sq. ft. of **Amosite Asbestos** Ceiling Tiles.

## SUMMARY of FINDINGS

It is when asbestos containing materials are damaged, disturbed or otherwise abraded that unbound asbestos fibers are released into the air and inhaled that the risk of developing an Asbestos Related Disease is increased.

The risk to health increases with the number of fibers inhaled and with frequency of exposure. Asbestos-related diseases usually take many years to develop. The risk of developing an asbestos-related disease increases in proportion to the number of asbestos fibers breathed in over a lifetime.

Significant occupational exposure to Chrysotile Asbestos may have occurred for Mr. Coffin during possible direct contact and impact of asbestos containing materials during his two (2) employment periods with Maine Central Railroad for any assigned maintenance activities. Exposure to Chrysotile Asbestos and amphibole asbestos forms (Amosite & Crocidolite) most likely occurred during his US Navy service with direct contact and impact of asbestos containing materials during aircraft and helicopter maintenance actions.

Lesser exposure appears to potentially have occurred during his 10-month employment with the ME DOT as the Carlton Bridge Operator with continuing asbestos exposure likely occurring during his 24-year employment with the US Postal Service.

Page 8
Ms. Davidson
NTC #16562-2018

It is probable that asbestos fiber contamination from vibrating ceiling tile systems could have been deposited on surfaces and materials located within the mail processing areas of the building that would then be handled by Mr. Coffin during his rural route delivery duties. [13]

Additionally, for 24-years during US Postal Service employment, Mr. Coffin would also have likely been exposed daily to airborne asbestos fibers both from the brakes of his postal truck and from other roadway vehicle traffic. [15]

Based on review of Mr. Coffin's work history and the potential for asbestos exposure, it is *Northeast Test Consultants'* professional opinion that Mr. Coffin's last occupational exposure to asbestos fibers would have been during his 24-year employment for the US Postal Service.

Attached is a timeline of work history illustrating exposure potential to asbestos forms and correlated to asbestos regulatory items.

Please review the provided information relating to this review and should you have any questions regarding this report, please feel free to give me a call.

Sincerely,

Stephen R. Broadhead, CIH
President

Attachment

587 Spring Street • Westbrook • Maine 04092  (207) 854-3939     www.netest.com

## REFERENCES

[1]     US Geological Survey (2001), *Some Facts about Asbestos* (USGS Fact Sheet FS-012-01), 4 pp.

[2]     *HSG 248 "Asbestos: The analysts' guide for sampling, analysis and clearance procedures"*, London: HSE Books, Health and Safety Executive (2005).

[3]     NIOSH (2008). Current Intelligence Bulletin (June 2008-Revised Draft) *Asbestos and Other Elongated Mineral Particles: State of the Science and Roadmap for Research.*

[4]     Agency for Toxic Substances and Disease Registry (ATSDR), *Toxicological Profile for Asbestos,* (2001) (TP-61). US Dept. of Health & Human Services.

[5]     Virta RL (2006). *Worldwide asbestos supply and consumption trends from 1900 through 2003.* Reston, VA: US Geological Survey, Circular 1298.

[6]     National Toxicology Program (NTP). NTP 11th Report on Carcinogens, 2005; (11):1-A32.

[7]     *Germline BAP1 Mutations Predispose to Malignant Mesothelioma, Nature Genetics,* Testa JR, Cheung M, Pei J, et al., 2011, 43(10):1022-1025.

[8]     Agency for Toxic Substances and Disease Registry(ATSDR), *Public Health Statement for Asbestos,* September 2001.

[9]     *The Amphibole Hypothesis of Asbestos Related Cancer-gone but not forgotten,* Cullen MR; American Journal of Public Health, 1996, 86:158-159.

[10]    *Occupational Exposure to Chrysotile Asbestos and Cancer Risk: A Review of the Amphibole Hypothesis;* Stayner LT, Dankovic DA, Lemen RA; American Journal of Public Health; 1996, 86:179-186.

[11]    *"Mineral fibre persistence and carcinogenicity",* McDonald JC, Industrial Health, 1998, 36:372-375.

[12]    Liddell FD, McDonald AD, McDonald JC. The 1891–1920 birth cohort of Quebec chrysotile miners and millers: development from 1904 and mortality to 1992. Ann Occup Hyg. 1997; 41:13-36.

[13]    *"The health impact of non-occupational exposure to asbestos: what do we know?",* Goldberg M., Luce D.; European Journal of Cancer Prevention, 2009 Nov;18(6):489-503.

Page 10
Ms. Davidson
NTC #16562-2018

[14]   The State of Queensland Australia, Department of Health, *Guidance Document - Asbestos Health Risks*, Asbestos Health Risks Health Protection Unit - Version 2.0.

[15]   Asbestos in Brakes Exposure and Risk of Disease, *Richard A. Lemen*, PhD, MSPH, *American Journal of Industrial Medicine 45: 229-237 (2004)*

STATE OF MAINE

KENNEBEC, SS.                                          WORKERS'
                                                    COMPENSATION
                                                        BOARD


VICTOR A. COFFIN

vs.

STATE OF MAINE
DEPARTMENT OF TRANSPORTATION

-and/or-

STATE OF MAINE
WORKERS' COMPENSATION DIVISION


BEFORE


EVELYN KNOPF, ADMINISTRATIVE LAW JUDGE



APPEARANCES:

KEVIN M. NOONAN, ESQUIRE . . . . . . . . . FOR THE EMPLOYEE

KATLYN M. DAVIDSON, ESQUIRE . . . . . . . FOR THE EMPLOYER


HEARING HELD AT AUGUSTA, MAINE

NOVEMBER 27, 2018


*WORD-4-WORD TRANSCRIPTION*     *(207) 441-8055*

2

I N D E X

| WITNESSES | DIRECT | CROSS | RE-DIRECT | RE-CROSS |
|---|---|---|---|---|
| STEPHEN BROADHEAD | 4 | 37 | 50 | 56 |

| EXHIBITS | MARKED | OFFERED | ADMITTED |
|---|---|---|---|
| Employer 2 | 8 | -- | -- |
| Employer 4 | 27 | -- | -- |
| Employer 5 | 32 | -- | -- |
| Employer 6 | 53 | -- | -- |
| Employer 7 | 53 | -- | -- |

*WORD-4-WORD TRANSCRIPTION SERVICE   (207) 441-8055*

3

1           Hearing held at Augusta, Maine, November 27th, 2018

2    before Evelyn Knopf, Administrative Law Judge, in the case

3    of Victor A. Coffin versus State of Maine Department of

4    Transportation and/or State of Maine Workers' Compensation

5    Division.   Appearances are:

6

7        •    Kevin M. Noonan, Esquire for the employee,

8             Victor A. Coffin.

9        •    Katlyn M. Davidson, Esquire for the employer,

10            State of Maine Department of Transportation,

11            and/or State of Maine Workers' Compensation

12            Division.

13

14              **TRANSCRIPT OF TESTIMONY**

15

16           ADMINISTRATIVE LAW JUDGE:   Thank you.   We're

17   back today for the second hearing in the case of Victor

18   Coffin versus the State of Maine.   It's Department of

19   Transportation of Maine isn't it?   It's DOT?

20           MS. DAVIDSON:   Yes.

21           ADMINISTRATIVE LAW JUDGE:   Okay.

22           MS. DAVIDSON:   Yes, I believe so.

23           ADMINISTRATIVE LAW JUDGE:   Okay.   All right.

24   Thank you.   The parties and their representatives are the

25   same as appeared before the Board in the September hearing

*WORD-4-WORD TRANSCRIPTION SERVICE    (207) 441-8055*

4

```
 1   that we had here two or three months ago.  We're hearing
 2   today from Stephen Broadhead, an employer witness.  Will
 3   you please raise your right hand?  Do you swear that the
 4   testimony you give will be the truth, the whole truth, and
 5   nothing but the truth?
 6              MR. BROADHEAD:  I do.
 7              ADMINISTRATIVE LAW JUDGE:  Thank you so much.
 8   Would you like to go ahead please?
 9              MS. DAVIDSON:  Yes.
10
11                              STEPHEN BROADHEAD
12                              After having been duly
13                              sworn, testifies as
14                              follows:
15
16                      DIRECT EXAMINATION
17
18   BY MS. DAVIDSON:
19   Q.   Good afternoon.
20   A.   Good afternoon.
21   Q.   Can you please state your name for the record?
22   A.   My name is Stephen Ross Broadhead.
23   Q.   And, Mr. Broadhead, what is your profession?
24   A.   I'm an industrial hygiene consultant and business
25        owner.
```

Defendant MCRR's Expert Witness Designation    Case 2:18-cv-00472-NT    Document 127-5    Filed 12/20/20    Page 116 of 175    PageID #: 3721

5

1    Q.    And what is the business that you own?

2    A.    I own Northeast Test Consultants of Westbrook.

3    Q.    And just if you could give us a brief summary of what

4          that business does?

5    A.    Northeast Test Consultants is a consulting business.

6          And the primary focus of our work over the last 30

7          years has been environmental consulting, which

8          includes asbestos, lead, lead-based paint, indoor air

9          quality, air sampling, inspection of properties for

10         the -- for the presence of asbestos containing

11         materials and business materials, and consulting in

12         regard to asbestos abatement projects.

13   Q.    And you mentioned that you are an industrial

14         hygienist.  Can you describe generally what it is

15         that an industrial hygienist does?

16   A.    An industrial hygienist is primarily like in

17         occupational exposures for people in the workplace in

18         regard to airborne pollutants -- things like

19         ergonomics, noise, the impact of toxic materials such

20         as asbestos -- such as lead -- airborne lead, such as

21         heavy metals, things like silica, dust, and any --

22         and general safety.

23   Q.    And can you give us a brief summary of your

24         educational background?

25   A.    I'm a -- an industrial chemist and an instrumental

1     analysis chemist.  I was educated in the United

2     Kingdom.  I'm a graduate of the Royal Institute of

3     Chemistry.  And when I emigrated to America, I was

4     employed in the utility industry; and then when I

5     started Northeast Test Consultants, as a -- an

6     environmental consultation.  I was additionally

7     involved in courses for the American Industrial

8     Hygiene Association.  I became a certified industrial

9     hygienist.  So my -- my business card now reads

10    graduate of the Royal Institute of Chemistry,

11    chartered scientist, certified industrial hygienist,

12    and member of the Royal Society of Chemistry.

13          ADMINISTRATIVE LAW JUDGE:  Must be rather large

14    cards --

15          MR. BROADHEAD:  It takes some explaining --

16          ADMINISTRATIVE LAW JUDGE:  -- or small print.

17          MR. BROADHEAD:  It takes some explaining, Your

18    Honor.

19

20    **BY MS. DAVIDSON:**

21    Q.    And I believe you mentioned that you were a President

22          of Northeast Test Consultants, correct?

23    A.    That's correct.

24    Q.    And you're active with that business currently,

25          correct?

1   A.   I certainly am.

2   Q.   Okay.  And, Mr. Broadhead, in terms of familiarity

3        with asbestos, you're familiar with this substance.

4        Is that correct?

5   A.   My familiarity with asbestos started in the United

6        Kingdom in the utility industry back in 1970 when I

7        was working in the power plants in London.  And as

8        part of a health and safety executive initiative, we

9        were charged with collecting air samples for

10       insulation workers who were at the time dealing

11       asbestos.  And we helped to develop the analytical

12       methodology for determining the concentration of

13       asbestos fibers in the air.  When I came to the

14       United States after a number of years in the U.K.

15       industry, I worked for Central Maine Power Company as

16       a -- initially as a chemist and then as the Deputy

17       Plant Superintendent at Wyman Station.  And I

18       initiated their asbestos program.  And then I moved

19       on to Northeast Test Consultants and was active in

20       the asbestos and scores -- the O'Hara Program, which

21       started in 1987 -- and -- and being active in

22       asbestos consulting ever since.

23  Q.   And you were hired by my law firm in connection with

24       this case specifically to analyze the allegation of

25       alleged exposure at the Carleton Bridge and also to

*WORD-4-WORD TRANSCRIPTION SERVICE   (207) 441-8055*

```
 1        analyze potential other sources of occupational

 2        exposure in this case.  Is that correct?

 3   A.   That's correct.

 4   Q.   And in connection with being retained for that, a

 5        report was prepared providing information and

 6        analysis of the occupational exposures.  Is that

 7        correct?

 8   A.   The review that we prepared -- prepared is based on

 9        documentation that we were provided with and some

10        documentation that we were able to gather from the

11        field -- particularly from the post office in

12        Brunswick.

13   Q.   And I'll show you what is marked as the Employer's

14        Exhibit Number 2.  And this is the report that was

15        prepared with analysis and -- and findings regarding

16        --

17   A.   Correct.

18   Q.   -- occupational exposure.  And we'll sort of follow

19        along in your report if we open to the beginning

20        cover page.  So you start with a section called

21        background asbestos.  And I think it -- it would be

22        helpful with this case if you could briefly describe

23        what asbestos is.

24   A.   Asbestos really is a -- it's almost a generic term.

25        It's like a family name for a class of compounds
```

9

```
 1    known as silicates and particularly silicates in --
 2    in which the crystalline structure is arranged in a
 3    particular way.  There are two main groups of
 4    asbestos; one of which is the serpentine class of
 5    asbestos, which -- and is really limited to what's --
 6    to what's called Chrysotile asbestos.  And it's
 7    called serpentine because if you examine the fibers
 8    under a microscope, they appear to be very snakelike.
 9    So they classify it as serpentine.  And in that type
10    of asbestos, the silicones -- silicate structure is
11    arranged in sheets.  So they are flexible and they're
12    able to grow in long chains.  The other type of
13    asbestos -- family member -- are what's called
14    amphiboles.  And in this case, the silicate -- for
15    want of a better word -- monomers are arranged in
16    straight chains.  And they produce rung like
17    structures.  And typically, those would be described
18    as Amosite asbestos, which is also known as brown
19    asbestos; and Crocidolite, which is also known as
20    blue asbestos; and Anthophyllite.  The serpentine
21    asbestos, Chrysotile, is often called white asbestos
22    and it was a convenient -- a convenient way of people
23    in identifying it, particularly when you get to
24    things like Crocidolite, which was called blue
25    asbestos, because that allowed the U.S. Navy to
```

1     specify it for their ships because they liked the

2     color.

3  Q.  And so in terms of these two main groups of asbestos

4     and -- can you explain why the distinction of being

5     serpentine versus amphibole would matter, especially

6     when you're analyzing it from the context of

7     potential occupational exposure?

8  A.  Typically, serpentine asbestos fibers tend to be

9     longer than amphibole fibers.  They tend to be less

10    aerodynamic, meaning that they -- they stay airborne

11    for a longer period of time.  They also -- as opposed

12    to the amphibole type of asbestos, they tend not to

13    penetrate as deeply into the lung tissue if they are

14    ingested.  And so typically in the literature,

15    Chrysotile is deemed as less hazardous than Amosite

16    or Crocidolite.

17 Q.  And I'm sorry.  Did you say that serpentine type of

18    asbestos tends to be -- stay in the air longer or

19    less time?

20 A.  Longer.

21 Q.  Okay.  And I think you said earlier that serpentine

22    cannot -- the term serpentine is sometimes used

23    interchangeably with Chrysotile?

24 A.  Yes.

25 Q.  Okay.  So if we -- one --

1  A.    Chrysotile --

2  Q.    -- they go together?

3  A.    Chrysotile is -- is the only serpentine form of

4        asbestos.

5  Q.    I see.  Okay.

6  A.    Amosite, Crocidolite, Anthophyllite are all amphibole

7        types of asbestos.

8  Q.    And so what are --

9  A.    So if we're talking serpentine, we're talking

10       Chrysotile.  And if we're talking Chrysotile, we're

11       calling it white asbestos.

12  Q.   Okay.  And what about characteristics of the

13       amphibole type of asbestos?

14  A.   The amphibole are -- all -- all fibrous asbestos can

15       be separated out into individual fibers, which is one

16       of the characteristics, which makes it an extremely

17       useful product.  But it also makes it a dangerous

18       product for human ingestion because the fibers can

19       all be inhaled.  Amphiboles -- because they are

20       straight fibers, they can be looked at if you will as

21       more like a dart or an arrow; whereas the serpentine

22       type of asbestos is more like a piece of string.  So

23       when you're -- if you breathe in asbestos fibers and

24       you're breathing in amphiboles, there is a tendency

25       for those -- and first of all, they're very small --

1     some micron size.  They can be ingested further into

2     the lung tissue than a typical serpentine fiber.

3     That's not to say that you can't get serpentine into

4     you -- into your lung tissue, but there is a --

5     there's a -- a better chance that an amphibole fiber

6     can be ingested much further down into the air where

7     you're holding.

8  Q.  And another term I see come up a lot in the context

9     of asbestos is this term of friable versus not

10    friable.  And can you explain the difference between

11    those two terms?

12 A.  Friability really became a -- an issue in terms of

13    human exposure because of the amount of material that

14    was in place in industrial, and commercial, and

15    residential structures.  And simply put, there are --

16    the two types of product -- although they've -- there

17    are some subcategories -- the two types of main

18    products are non-friable asbestos containing

19    materials -- and that would be things like Transite

20    -- like floor tiles, exterior cladding for buildings

21    -- and friable materials.  And friable simply means

22    that it can -- the material can be crushed or

23    pulverized by hand pressure and create airborne dust.

24    So the example I like to use -- because sometimes

25    it's a little difficult to -- to kind of grasp that

1 as far as when you're talking about asbestos and

2 non-asbestos -- if I go back to the kitchen and take

3 a wooden cutting board, that's non-friable.  I can

4 cut on it.  I can pick it up and bang it on the

5 table.  And I'm not going to create airborne dust.

6 If I take a SKILSAW and cut through it, I'm going to

7 fill the kitchen with airborne dust -- sawdust.

8 That's a good way of thinking about non-friable

9 materials.  Friable materials are a handful of rice

10 crackers that I want to put in my soup.  I can crush

11 those up with hand pressure and drop them in my soup.

12 And if you look at what happens when you crush rice

13 crackers -- especially in a dark room and you shine a

14 flashlight -- you'll see the amount of dust that's

15 created.  So that's friability.  The cutting board is

16 not friable.  Things like Transite board are

17 non-friable.  Transite is a cementitious material,

18 which is -- in which typically it's Chrysotile

19 asbestos -- long fibers, which act as a good binding

20 material, mixed with a wet slurry of Portland Cement.

21 And then they are laid out in sheets and allowed to

22 sit and dry.  And then they become a solid board,

23 which typically needs some kind of abrasion to create

24 dust.

25 Q. And what kind of materials will typically fall into

Defendant MCRR's Expert Witness Designation    Case 2:18-cv-00472-NT   Document 127-5   Filed 12/20/20   Page 125 of 175   PageID #: 3730

14

1      the friable asbestos?

2  A.    Thermosystem insulation -- things like asbestos

3      insulating block, which has a -- a fairly soft gypsum

4      structure as filler.  And that material can be -- and

5      -- and is deemed friable, particularly if it's wet --

6      if it becomes wet or is damaged; materials such as

7      ceiling tiles, which contain asbestos -- and very

8      often those ceiling tiles contain Amosite asbestos --

9      the amphibole; and the ones that we've encountered

10     over the years are usually the one-foot square

11     ceiling tiles, which can be installed either on a

12     grid system or using adhesive daubs and they're stuck

13     onto the ceiling.  Those are friable, particularly

14     during removal and -- and during -- with any kind of

15     disturbance, vibration, or -- or otherwise.  And if

16     they're water damaged, they're very friable.  Other

17     types of material that -- that -- that can be

18     rendered friable and by hand pressure are things like

19     insulating -- insulating gaskets, which are damaged

20     -- something that's soft that you don't need to break

21     up with a lot of force.  Interestingly enough, floor

22     tiles are deemed non-friable.  And the issue with

23     floor tiles is always that while they are -- the

24     asbestos fibers are embedded in a vinyl or a rubber

25     matrix, that matrix can be abraded by using high

Defendant MCRR's Expert Witness Designation
Case 2:18-cv-00472-NT Document 127-5 Filed 12/20/20 Page 126 of 175 PageID #: 174
3731

15

1     speed buffer materials to clean the floors.  So there

2     are -- for a long time, we had issues with high speed

3     buffers being used on asbestos containing floor tiles

4     because building maintenance people didn't understand

5     the fact that you could actually degrade that stuff

6     by using an aggressive pad on a high speed buffer.

7     And in fact, OSHA has now banned that practice.  You

8     can only use a low speed buffer -- and OSHA being the

9     Occupational Safety and Health Administration.

10  Q.  So coming back to your report on page 4, there's a

11    section underlined employment history.  And that's

12    where you outline your understanding of Mr. Coffin's

13    employment history up until his retirement, correct?

14  A.  That's correct.

15  Q.  And then moving on to the next section entitled

16    potential asbestos hazards associated with employment

17    -- so this section is where you identify potential

18    sources of asbestos that Mr. Coffin may have been

19    exposed to in connection with all of these

20    employments, correct?

21  A.  That's correct.

22  Q.  Okay.  And looking specifically at the employment

23    with the State of Maine DOT from 1987 to 1988, you've

24    identified Chrysotile asbestos in Transite wallboard,

25    brake shoes, and gaskets, correct?

1  A.    Yes, that's what we -- yeah, that's what we were able

2        to identify from the documentation.

3  Q.    And prior to coming here today to testify, you've had

4        -- you had the opportunity to read Mr. Coffin's

5        testimony from the prior hearing.  Is that correct?

6  A.    Yes.

7  Q.    So you're familiar with what Mr. Coffin testified

8        about asbestos materials he claims he was exposed to

9        in connection with the Carleton Bridge, correct?

10  A.    Correct.

11  Q.    Okay.  So let's talk about the wallboards -- asbestos

12        wallboards in the three different rooms on the

13        bridge.  So can you explain -- you mentioned briefly

14        before Transite wallboard.  Can you explain what that

15        product is and how that typically is installed -- or

16        was installed?

17  A.    Transite wallboard as I said before is a general --

18        generally, it's a mixture of asbestos fibers; and

19        most typically Chrysotile asbestos fiber and Portland

20        Cement -- a Portland Cement slurry, which is then

21        mixed together and then allowed to sit as sheets of

22        cementitious asbestos board, which -- which then are

23        termed Transite and typically were sold in four feet

24        by eight feet or four feet by ten feet sheets.  And

25        it was used as a structural material typically as --

Defendant MCRR's Expert Witness Case 2:18-cv-00472-NT Document 127-5 Filed 12/20/20 Page 128 of 175 PageID #: Designation 3733

17

1    as wallboard. And one of the benefits of it was that

2    it was virtually fireproof. So for an industrial

3    setting, you see Transite wallboard used in

4    structures like the Carleton Bridge; you see it in

5    pulp mills particularly -- paper mills, utilities;

6    and you see it in residential settings where it was

7    sold as a fire stop around woodstoves. So the -- and

8    to create a fire -- so-called fireproof or heat proof

9    barrier inside a room, typically the sheets of

10    Transite would be arranged vertically with a gap -- a

11    -- they call it an expansion gap or a vibration proof

12    gap -- of usually about an inch or three-quarters of

13    an inch between the edges of each sheet, so that they

14    didn't rub together. And that was less of I think a

15    concern about creating fiber dust; as -- more as a --

16    just creating a -- an abrasion issue when these were

17    originally installed. And then over the top of that

18    gap was usually placed a -- a cover section, which

19    was probably an inch and a half -- could be two

20    inches wide. And that allowed each sheet to move

21    independently of the others. Generally speaking in

22    -- in my experience, the cover strip had enough

23    clearance, so that these three components would move

24    independently of each other.

25 Q.   And you've read Mr. Coffin's testimony describing the

*WORD-4-WORD TRANSCRIPTION SERVICE   (207) 441-8055*

Defendant MCRR's Expert Witness Designation    Case 2:15-cv-00472-NT    Document 127-5    Filed 12/20/20    Page 129 of 175    PageID #: 3734    Page 128 of 174

18

1    wallboard and the rooms on the bridge, correct?  You

2    recall that testimony?

3  A.   Yes.

4  Q.   And at one point, he talked about particularly when

5    trains were passing through creating vibration and

6    seeing the wallboards move.

7  A.   That's not untypical.

8  Q.   And is this description of how he -- he saw the

9    boards moving consistent with your understanding of

10    how wallboards are typically installed?

11  A.   The way that the -- Mr. Coffin's testimony described

12    the movement and what are described on the -- what

13    I've seen as typical construction, that's consistent

14    with the design.

15  Q.   And in terms of the likelihood of the wallboard

16    rubbing against another piece of wallboard and

17    creating dust, what was the likelihood of that

18    happening?

19  A.   There is some likelihood.  It's -- I think it's

20    fairly minimal.

21  Q.   And you've read about Mr. Coffin's testimony with

22    respect to there being dust in these -- in the

23    various rooms, correct?

24  A.   Absolutely, yeah.

25  Q.   And -- well, let me ask you this:  If -- if an

```
 1          individual is just to look at dust, can an individual
 2          visually identify asbestos dust from other forms of
 3          dust?
 4   A.     No.
 5   Q.     How would you be able to determine asbestos dust?
 6   A.     The -- there are a number of analytical methods
 7          around to determine presence of asbestos fiber in
 8          dust.  Visually, it's not possible because we do not
 9          have that resolution without the aid of microscopes,
10          or electron microscopes, or transmission electron
11          microscopy.  So visually, you might see dust.  You
12          can't -- and you might see fibers.  If you can see
13          fibers or clumps of material, you still can't tell
14          whether it's asbestos, paper, or other miscellaneous
15          materials.  There's no way to do that.  So the only
16          way then is to take samples and then analyze them
17          using microscopy techniques.
18   Q.     And in an environment such as the Carleton Bridge,
19          would you expect there to be dust from other sources?
20   A.     I'd be amazed if there was not, so -- whenever you've
21          got -- well, we'll call this a semi-industrial type
22          of environment because you've got -- you've got a
23          railway system, you've got a -- you've got large
24          equipment, you've got cables, you've got road
25          traffic, you've got combustion sources -- combustion
```

```
 1         engine sources, you've got -- say you've got
 2         particulates -- general particulate, you've got road
 3         particulate, which could be silica or silicates --
 4         non-fibrous -- you've got unburned carbon, which can
 5         create -- does create a lot of first airborne
 6         material and then settles out as dust, and you've got
 7         just general dust -- things like loose particles of
 8         rubber from tires, which stripped off because of the
 9         road transit.  You've got road surface materials,
10         which are again stripped off because of road traffic.
11         So there are all kinds of components in -- in regular
12         dust.
13   Q.    And so based on your understanding of Mr. Coffin's
14         testimony and the -- you know, environmental
15         circumstances of the bridge, how likely is it do you
16         think that there would have been exposure from the
17         wallboard -- asbestos in the wallboards?
18   A.    I think it's unlikely.
19   Q.    What typically conditions would have to be present
20         for someone to be exposed to asbestos from wallboard?
21   A.    There would have had to have been some kind of
22         mechanism that physically damaged the wallboard.  And
23         that would -- that would be where somebody has either
24         drilled through the wallboard, used -- used power
25         saws, or impacted the wallboard with some kind of
```

1     tool.

2  Q.  And is -- is wallboard typically painted when it's

3     installed?

4  A.  In my experience, usually it -- there's -- the -- at

5     least the interior surfaces are usually painted.  And

6     where I -- where I've seen Transite board in paper

7     companies, hospitals, utilities, they love to paint.

8     It removes the limited -- if it doesn't paint it --

9     you know, the old adage from the -- from the

10     services.  So -- and it's a good way of -- of

11     mitigating any surface dust that might be on the --

12     on the wallboard.  It's a cheap way of dealing with

13     it.

14  Q.  Now turning to the -- the -- the brakes and potential

15     asbestos from the brakes, what type of asbestos is

16     typically associated with brakes?

17  A.  Typically, it was Chrysotile asbestos, serpentine

18     asbestos.  Although you've -- in manufacturing, all

19     asbestos containing materials -- there was usually

20     some kind of cross contamination.  So you may get --

21     you may get some small amount of amphibole -- you

22     know, Amosite, and even Crocidolite in some brake

23     shoes.  But typically, they were used in Chrysotile.

24  Q.  Would that be friable or non-friable material?

25  A.  In a brake shoe, it would be non-friable.  Obviously,

1     it could be rendered friable.

2  Q.  And with respect to just the Carleton Bridge in

3     general, what's your understanding in terms of the

4     type of bridge that this bridge was?

5  A.  My understanding of this was a -- a centered section

6     lift bridge -- a vertical lift bridge designed using

7     a series of cables and electric motors to detach the

8     center section between two gantries and raise or

9     lower the roadway or the rail -- rail bed to allow

10    the passage of ships underneath.

11  Q.  And what did that mean in terms of operation of the

12    braking system?

13  A.  If you look at this type of bridge, what you've

14    effectively got are two travel terrains, which have

15    been raised vertically, and through cables, and

16    pulleys, and the motors.  Those are allowed to raise

17    and lower the bridge in controlling -- typically

18    controlling speeds by use of the -- of the motors.

19    Once the bridge -- the center section is up or down

20    -- usually up -- then a brake -- the braking system

21    is applied as a secondary safety device.

22  Q.  What does that mean?

23  A.  Well, it -- my -- my understanding and my background

24    with the utilities is -- and particularly with travel

25    trains and this type of arrangement -- is that the

1   speed of the -- of the cable release and speed of the

2   travel of the bridge is controlled by the electric

3   motors. The -- holding a bridge in place -- that's

4   where the brake -- the brake units come into play.

5   So when it's -- when it's raised, you're using the

6   brakes as a secondary safety device. So you're not

7   trying to slow down the bridge with brake shoes like

8   you do with a vehicle. So it's -- it's more -- like

9   if you're using engine braking in a truck, you're not

10  really using the brakes. You're using the engine to

11  brake the truck, so to lower and control its speed.

12  But in cars -- in cars and trucks, the braking system

13  is the primary mechanism -- mechanism to slow the

14  truck down. The engine can be a secondary. In this

15  type of arrangement, the engine is -- is basically

16  the primary and then the -- the brake -- the brake

17  system is the secondary. That's my understanding of

18  the way this -- these bridges work.

19  Q.  Mr. Coffin had testified about there being an

20      incident that he responded to in this engine room,

21      where the braking system is located, and entering

22      when there's a lot of black smoke. Do you recall

23      reading that testimony?

24  A.  I do, yeah.

25  Q.  And what are your thoughts on the description of that

*WORD-4-WORD TRANSCRIPTION SERVICE   (207) 441-8055*

24

```
 1        incident with him for potential asbestos exposure?
 2    A.  In terms -- in terms of relative exposure, I think
 3        the asbestos issue is fairly minor in terms of
 4        occupational exposure to contaminants.  The black
 5        smoke indicates that there was a -- a high
 6        concentration of unburned carbon in the air.  That's
 7        typical for low temperature fires or combustion where
 8        you've got materials like grease, polymers, rubber
 9        that are -- that are -- caught fire or are getting
10        close to combustion.  And the -- the smoke is really
11        a fairly dense particulate and it's very black.  So
12        if you think about what a -- if you set a tire on
13        fire, you get a very aluminous flame.  You get clouds
14        of black smoke.  You've got the same kind of issue.
15        There's a lot of unburned carbon up in the air.
16    Q.  So does the -- the -- that description of that
17        incident lead you to believe there was an issue with
18        the -- any asbestos in the brakes for potential
19        exposure in response to that incident?
20    A.  It's possible that you may get some asbestos release
21        from them.  But to get a significant exposure, I
22        think you'd have to completely strip out the -- the
23        brake shoes and render all of that material friable.
24        I think that's unlikely given the -- given the
25        description.  Being in that room when it was filled
```

25

```
 1    with black smoke -- Mr. Coffin was lucky to get out
 2    of there.  In fact in -- in most fire situations,
 3    it's fairly well documented that smoke inhalation is
 4    what kills most people before they -- they succumb to
 5    the fire.
 6  Q. Now turning to Mr. Coffin's employment after he left
 7    the State of Maine and the Carleton Bridge, Mr.
 8    Coffin went to work for the United States Postal
 9    Service based out of the Brunswick office.  And you
10    have had the opportunity to review documents that
11    were received from the Postal Service regarding the
12    presence of asbestos at that facility, correct?
13  A. Correct.
14  Q. And can you explain to me sort of your analysis and
15    what you found noteworthy about the presence of
16    asbestos in potential post office?
17  A. That was an interesting facility.  The asbestos
18    containing building materials -- ACBM's as they are
19    referred to in many reports and including these
20    survey reports -- were fairly ubiquitous through the
21    building in terms of thermal system insulation,
22    piping insulation, pipe-fittings -- which wouldn't by
23    definition be termed friable.  So those -- if they
24    were damaged, they would be -- in terms of -- you
25    know, significantly damaged or -- or damaged with the
```

1   ability to release airborne fiber, they would -- and

2   any debris would be friable.  You could pick it up

3   and crumble it.  Floor tile -- nine by nine asbestos

4   containing floor tile -- and significantly we've seen

5   floor tiles with two or three percent asbestos.  The

6   analytical results of the floor tiles in the

7   Brunswick Post Office had over ten percent in cases.

8   So that's a fairly high concentration of asbestos

9   containing material in a floor tile.  So that

10  material was present throughout.  And -- and that

11  material, as I said before, can be abraded by foot

12  traffic, by rolling carts across it, and by sand and

13  grit, by floor-cleaning methods.  So those

14  methodologies can degrade the floor tile and they can

15  release asbestos in -- as an asbestos dust.  And

16  we've seen Chrysotile and we've seen Amosite as

17  asbestos containing materials in those floor tiles.

18  Significantly, they were also one-by-one -- twelve

19  inch by twelve inch asbestos -- asbestos containing

20  ceiling tiles throughout the building.  And the --

21  the survey materials that I saw also included some

22  photographs.  And in those photographs, it's apparent

23  that there were damaged and dislodged ceiling tiles

24  in various parts of the building.  And the ceiling

25  tiles are also subject to a -- a couple of different

27

1          abatement actions by contractors.

2    Q.    If I could briefly stop you there?  So you mentioned

3          a photograph.  Is this the photograph that you looked

4          at?

5    A.    Yeah, that's --

6               MS. DAVIDSON:  This is --

7               MR. BROADHEAD:  -- that's photograph 1.

8               MS. DAVIDSON:  -- Exhibit Number 4.

9               ADMINISTRATIVE LAW JUDGE:  Thank you.

10              MS. DAVIDSON:  Yeah.

11              MR. BROADHEAD:  I think the one I've got is

12   actually colored, which I think makes it --

13              MS. DAVIDSON:  And I apologize, Judge Knopf.  I

14   should have, based on these page numbers --

15              ADMINISTRATIVE LAW JUDGE:  Oh, I --

16              MR. BROADHEAD:  Yeah, if you want, I have better

17   photograph than yours.

18

19   BY MS. DAVIDSON:

20   Q.    Do you want to show us what you're looking at?

21   A.    I'm just looking at this one.

22   Q.    Okay.

23   A.    It's a little clearer.

24   Q.    A little clearer?

25   A.    Yeah, but same --

*WORD-4-WORD TRANSCRIPTION SERVICE    (207) 441-8055*

28

1   Q.   So --

2   A.   -- basically the same -- same idea.

3   Q.   So, Mr. Broadhead, why don't you explain to us what

4        this top photograph -- your interpretation of that?

5   A.   This photograph depicts -- this the vertical wall and

6        this is the part of the ceiling tile system.  And

7        it's hard to tell on this photograph whether or not

8        this was a splined system where the edges of the

9        ceiling tile are grooved and they fit into a spline

10       system almost like this, so that they're held up by a

11       -- a spline slightly similar to that, but a little

12       bit different because the splines are -- are hidden.

13            ADMINISTRATIVE LAW JUDGE:  Ah.  I'm just going

14  to say for the record that I was pointing to the ceiling

15  --

16            MR. BROADHEAD:  Yeah.

17            ADMINISTRATIVE LAW JUDGE:  -- in this room.

18            MR. BROADHEAD:  Yeah.  Well --

19            ADMINISTRATIVE LAW JUDGE:  This is suspended, so

20  we've got some frame of reference.

21            MR. BROADHEAD:  We've also found -- although not

22  in the Brunswick Post Office -- these types of ceiling

23  tiles also contain asbestos sometimes.

24            ADMINISTRATIVE LAW JUDGE:  Hmm.

25            MS. DAVIDSON:  Oh, joy.

*WORD-4-WORD TRANSCRIPTION SERVICE   (207) 441-8055*

1         MR. BROADHEAD:  So these ceiling tiles are

2    definitely subject to vibration and dislodging, as you can

3    see in this photograph.  One of them is actually dislodged

4    and is on -- on the verge of falling out.  These ceiling

5    tiles I believe contained Amosite.  And I'll be glad to

6    look for that.  That was my understanding and I think

7    that's true.  Yeah, these -- if I -- not only did the

8    one-by-one ceiling tiles contain ten percent Amosite, but

9    also the two-by-four -- two feet by four feet -- contained

10   Amosite asbestos.  And those could be of this -- this type

11   -- the drop --

12         ADMINISTRATIVE LAW JUDGE:  The type in this

13   room?

14         MR. BROADHEAD:  -- the drop in ceiling tile.

15         ADMINISTRATIVE LAW JUDGE:  Okay.

16         MR. BROADHEAD:  Again, those are also friable.

17   And those are also known to create airborne fiber and

18   airborne dust.

19

20   **BY MS. DAVIDSON:**

21   Q.   And what can cause -- you mentioned vibration.  What

22        can cause these ceiling tiles to vibrate?

23   A.   Interestingly enough, traffic going by the building

24        -- heavy traffic in particular.  But more

25        significantly, you can also get vibration through the

Defendant MCRR's Expert Witness Designation    Case 2:15-cv-00472-NT    Document 127-5    Filed 12/20/20    Page 141 of 175    PageID #: 3746    Page 140 of 174

30

1    air movement, through air erosion, from HVAC systems,

2    and also through changes in pressure -- differential

3    pressure from one room to the next. So if you've

4    ever gone into a room where you open the door and the

5    ceiling tiles seem to flip, that's a -- a significant

6    source of vibration. And maintenance activities are

7    -- are often cause for -- not vibration, but

8    certainly dislodgement -- water damage, ceiling/roof

9    leaks. Some of these ceiling tiles, particularly

10    these drop panels and the -- in these, not only

11    contain asbestos, but some contain mineral fiber, as

12    well -- plus fillers such as a gypsum filler or -- or

13    some other kind of manmade mineral fiber and -- and a

14    -- an adhesive, which holds everything together. One

15    of the problems with that is when they get wet, they

16    create this type of staining, which again interferes

17    with the structural integrity, and they create a

18    fermentation. And the -- the produce of fermentation

19    is butyric acid, which is the principal ingredient of

20    baby puke. So if you've ever smelled that -- that's

21    why these things smell so bad and they degrade it, so

22    --

23  Q.    And you mentioned water damage. And on the same page

24    with that photograph, what's -- what does that photo

25    below indicate to you?

1  A.  I believe this was taken in the basement.  And this

2      is a -- it's -- in terms of a plaster wall that has

3      lead paint -- based paint peeling off it.  And to me,

4      this indicates that there is -- there's either water

5      damage or condensation coming through the wall.  And

6      this is what can be called latens [PHONETIC].  It's

7      the salts, which are inherent in either concrete or

8      plaster wall.  And what happens -- because of

9      differential pressure across the wall, you get the

10     salts bleeding out and they create -- they set up

11     basically salt scabs, which then peels off the

12     surface layer of the plaster or the -- or the cement

13     and peels off any paint, as well.  So typically, we

14     see roof leaks in buildings -- and roof leaks -- this

15     type of stuff subgrade where you've got moisture

16     coming through.  We see water coming up through

17     concrete slabs that have incorrectly applied or no

18     moisture barrier applied.  So there's all kinds of --

19     have a use for -- for leaks as you can tell -- fire

20     protection systems that have either caused

21     condensation, and then leaked, and then dropped the

22     ceiling tile into the room or maintenance that

23     removed it and left the fiberglass insulation or

24     other insulation bare for your enjoyment.

25  Q.  And these ceiling tiles that contain Amosite -- are

1     they considered to be friable material?

2  A.   Yes, they are.

3  Q.   Okay.  And when you mentioned vibration causing

4     airborne dust, how likely when that occurs is it that

5     asbestos fibers are being released into the air?

6  A.   Airborne dust by definition is dust or fiber in this

7     case.  It's highly likely that you've got Amosite

8     asbestos in the air released in -- in whatever

9     quantities from these -- from these ceiling tiles.

10  Q.   And I believe you mentioned in your testimony about

11     abatement projects being done at the post office.

12  A.   Yes.  We had -- in the documentation that I reviewed,

13     there were several asbestos abatement projects that

14     were undertaken inside the Brunswick Post Office.

15  Q.   And I'll show you what's been marked as the

16     Employer's Exhibit Number 5.  Are these the documents

17     you're referring to?

18  A.   These are the Department of Environmental Protection

19     database notification files.  Whenever an abatement

20     is undertaken of a particular size -- anything over

21     three -- three linear or three square feet of friable

22     material -- it's required that the DEP is notified

23     ten days prior to the project.  And that -- that

24     notification is usually done by the contractor.  And

25     the DEP maintains a -- maintains a database that not

33

```
 1        only contractors, but consultants like ourselves, and

 2        projects.

 3   Q.   So these three pages of documents from the DEP are

 4        documenting abatement projects that were done at the

 5        U.S. Postal Service in Brunswick, correct?

 6   A.   Yeah, at different times.  One is October 1998, one

 7        is December 1999, and one is May 2000.

 8   Q.   What can you tell about the materials that were

 9        removed?

10   A.   Some of this is ceiling tile, which again amounts to

11        -- they don't actually specify whether or not it was

12        the twelve-by-twelve or the two-by-four -- but

13        asbestos containing ceiling tiles.  Some of this was

14        mastic.  And again, the second one was ceiling tiles.

15   Q.   And what is mastic?

16   A.   Mastic is a general term for -- within the bounds of

17        the asbestos industry, mastic is a general term for

18        organically bound asbestos materials used as glues,

19        used as bonding materials, used as -- as roofing

20        cement.  All those are mastics.  And typically, they

21        do not release airborne fiber.  And to a large

22        extent, they are now excluded from many of the

23        engineering controls that friable materials require

24        unless you render the mastic friable.  And you would

25        do that by using things like shotblasting or abrasing
```

34

1     machines. So you can -- you can deal that -- deal

2     with those with solvent chemicals and it's -- those

3     are not then rendered friable.

4  Q.  And with respect to Mr. Coffin's employment at the

5     postal service, he testified that he was in that

6     building daily to begin his day to sort and collect

7     the mail for his route; and at the conclusion of his

8     day to return the mail that was outgoing or

9     undeliverable mail. He also testified that he spent

10    every working day just about out on his delivery

11    route to deliver mail. And in terms of his delivery

12    route, do you see there being any probable source of

13    exposure from doing that particular activity?

14  A.  Well, the -- the potential for asbestos exposure from

15    vehicle -- again, brake pads, from road materials,

16    from just being out and about on the -- in a -- what

17    I would call non-country type of area. You're not in

18    the middle of a desert. You're in a developed

19    country. We're all exposed to some level of

20    asbestos. We're all -- we've all been exposed to

21    some level of asbestos. If you're out on the road a

22    lot, if you're in and out of a vehicle, if you drive

23    -- if you drive with the windows open, yeah, you're

24    going to be exposed to some level of -- of asbestos.

25    Did I misunderstand your question? Were you asking

*WORD-4-WORD TRANSCRIPTION SERVICE   (207) 441-8055*

35

```
 1        me about exposure inside the post office or outside

 2        the post office?

 3   Q.   I was asking about outside --

 4   A.   I'm sorry.

 5   Q.   -- on the delivery route.

 6   A.   Yeah, I think it's --

 7   Q.   Um hmm.

 8   A.   -- I think it's unarguable that -- that you would not

 9        be exposed to some level of -- of asbestos --

10   Q.   And then --

11   A.   -- along with all the other particulates that we are

12        all exposed to.

13   Q.   And so, Mr. Broadhead, after reviewing all of these

14        documents, did you come to a conclusion about -- or

15        come to have an opinion about where Mr. Coffin was

16        likely last exposed to asbestos in an occupational

17        setting?

18   A.   Well, I looked at the exposures -- potential

19        exposures that we could -- could examine throughout

20        his employment as -- as described by the

21        documentation.  When I looked at the -- the amount of

22        asbestos that was inside the Brunswick Post Office,

23        and how -- what the distribution of that material

24        was, and what the condition of the material was, and

25        the fact that there were abatement projects --
```

*WORD-4-WORD TRANSCRIPTION SERVICE    (207) 441-8055*

1    although we've been unable to unearth any airborne

2    fiber monitoring that should have been done by any of

3    those contractors as part of the abatement procedures

4    -- either documentations being lost or nobody can

5    remember doing any kind of air sampling, which they

6    should have done.  When I look at the distribution of

7    those materials, the types of materials, the

8    friability of the ceiling tiles, and the condition of

9    the ceiling tiles, the fact that floor tiles had been

10    removed at some point because mastic had been exposed

11    and that was then abated as part of these projects.

12    So how -- how those ceiling -- those floor tiles were

13    removed nobody knows.  Were they removed in a friable

14    manner or a non-friable manner?  We -- we can't

15    assess that.  When I look at -- at the amount of

16    material, the distribution, when I look at the amount

17    of time Mr. Coffin had to have spent inside the

18    building on a daily basis over a 20 year period, my

19    conclusion is that he was exposed to some asbestos --

20    airborne asbestos at the post office in Brunswick.  I

21    think that's inescapable.

22        MS. DAVIDSON:  Thank you.  Those are all my

23  questions.

24        ADMINISTRATIVE LAW JUDGE:  Okay.  We're going to

25  take a little bit of a break --

37

```
 1              MR. NOONAN:  That's great.

 2              ADMINISTRATIVE LAW JUDGE:  -- and then we'll

 3    come right back.  Okay?

 4              MR. NOONAN:  Um hmm.  Thank you.

 5

 6                       OFF THE RECORD

 7

 8              ADMINISTRATIVE LAW JUDGE:  You're still going to

 9    be under oath.  Okay?

10              MR. BROADHEAD:  Yes.

11

12                     CROSS EXAMINATION

13

14    BY MR. NOONAN:

15    Q.   Sir --

16              ADMINISTRATIVE LAW JUDGE:  Hold on just a

17    second.

18              MR. NOONAN:  Oh, I'm sorry.

19              ADMINISTRATIVE LAW JUDGE:  Hold on just a

20    second.  Are we ready now?  It takes a second to get on.

21    Go ahead.

22

23    BY MR. NOONAN:

24    Q.   Mr. Broadhead, I don't plan to go into your report in

25         a lot of detail and I thank you for taking the time
```

*WORD-4-WORD TRANSCRIPTION SERVICE   (207) 441-8055*

```
1          to testify today.  I just wanted to ask you a few
2          questions.  With regard to the asbestos, you spent a
3          lot of time distinguishing between Amosite and
4          Chrysotile asbestos, and the relative dangers of
5          each.  Is that --
6     A.   Correct.
7     Q.   -- fair to say?
8     A.   Yeah.
9     Q.   Would you agree with me that all forms of asbestos
10         are hazardous?
11    A.   Yes.
12    Q.   And all forms of asbestos can cause cancer?
13    A.   Yes, that's correct.
14    Q.   All forms of asbestos can cause mesothelioma?
15    A.   That is correct.
16    Q.   And meso -- the most likely cause of mesothelioma is
17         asbestos exposure?
18    A.   It's the only cause.
19    Q.   The -- it's a little unclear from your testimony.
20         Have you ever actually spent any time on the Carleton
21         Bridge besides driving over it perhaps?
22    A.   No.
23    Q.   Did you ever spend any time in the control rooms?
24    A.   No.
25    Q.   Did you ever spend any time in the machinery spaces?
```

Defendant MCRR's Expert Witness Designation    Case 2:13-cv-00472-NT    Document 127-5    Filed 12/20/20    Page 150 of 175    PageID #: 3755    Page 149 of 174

39

1    A.    No, I did not.

2    Q.    Were you personally involved in any of the asbestos

3          abatement on the bridge?

4    A.    No.

5    Q.    Do we have records of the asbestos abatement on the

6          Carleton Bridge?

7    A.    We have a --

8              MS. DAVIDSON:  Kevin, are you asking generally

9    or just Mr. Broadhead specifically if he's seen the

10   documents?

11             MR. NOONAN:  Yes.  Yes, if he's seen the

12   documents.

13             MS. DAVIDSON:  Okay.

14             MR. BROADHEAD:  Yes, I did see a document.  And

15   I believe it was RJ Enterprises who did the removal.  I

16   don't think I've got that with me.

17

18   **BY MR. NOONAN:**

19   Q.    Well, I guess part of the reason I ask, it seems like

20         we have a fair amount more documentation about the

21         asbestos abatement at the post office than we do at

22         the bridge.  Would you agree with that?

23   A.    In -- in terms of nullifications from the DEP?

24   Q.    Yes.

25   A.    Yeah, I've got copies of those and I have seen a

*WORD-4-WORD TRANSCRIPTION SERVICE    (207) 441-8055*

40

```
 1        notice of an abatement at the bridge.  Oh --
 2   Q.   Do you know why we don't have comparable information
 3        about the bridge?
 4   A.   I don't have it with me.  That's --
 5   Q.   And is it fair to say as a general principal, the
 6        more you're exposed to asbestos, the more likely you
 7        are to develop an asbestos related disease?
 8            MS. DAVIDSON:  Objection; foundation.  I think
 9   this is going into medical territory.
10            ADMINISTRATIVE LAW JUDGE:  I suspect Mr.
11   Broadhead could tell us that himself.
12            MS. DAVIDSON:  Okay.
13            MR. BROADHEAD:  There is -- certainly in the
14   literature, there is certainly a dose response
15   relationship.
16
17   BY MR. NOONAN:
18   Q.   And -- and there are a lot of -- I'm sure there's a
19        lot of other factors that -- the type of asbestos,
20        the -- the condition of the asbestos, the general
21        environment, and things like that -- genetics even?
22   A.   Yeah, so concentration of airborne asbestos, the type
23        of airborne asbestos -- Crocidolite particularly
24        being recognized as having a higher incidence of
25        asbestos related disease -- duration -- so long --
```

1   even low -- low concentrations, but for a long period

2   of time can be significant.  So when we talk about

3   dose response, we're not only talking about a

4   short-term high concentration.  We can be talking

5   about low -- low concentrations for an extended

6   number of years.

7   Q.  We don't have any air quality testing from either the

8   post office or the Carleton Bridge?

9   A.  Not that I've found, no.

10  Q.  And -- and that would be helpful information to have

11  to determine the asbestos exposure of Mr. Coffin or

12  anyone who was working in those places?

13  A.  It would be helpful, yeah.

14  Q.  So your conclusions are -- are based somewhat on

15  speculation without that type of information?

16  A.  They are -- my conclusions are based on -- as I said,

17  I think reasonable -- if you want to use speculation

18  or assumption -- that if you've got widespread

19  distribution of materials, much of it appears to be

20  in poor condition and much of it appears to be

21  friable as opposed to -- that's at the post office --

22  as opposed to the Carleton Bridge, which was

23  primarily my understanding is non-friable materials

24  affixed to the walls, then I think it -- I think

25  that's a reasonable assumption.

*WORD-4-WORD TRANSCRIPTION SERVICE    (207) 441-8055*

42

1   Q.   What is your understanding based upon regarding the

2        asbestos at the Carleton Bridge?

3   A.   The descriptions that I've seen, and Mr. Coffin's

4        testimony, and --

5   Q.   Well --

6   A.   -- the materials that were described in the abatement

7        report, which I -- I -- I may have in my briefcase.

8        I don't have it here.

9   Q.   You wrote your report before Mr. Coffin ever

10       testified.  So you didn't have that when you

11       concluded what asbestos was at the Carleton Bridge?

12  A.   That's -- that's true, but I -- I did have the

13       abatement report.

14  Q.   Your testimony with regard to the wallboard at the

15       Carleton Bridge --

16  A.   Um hmm.

17  Q.   -- and how it is installed -- that's not based upon

18       any specific knowledge of the wallboard at the

19       Carleton Bridge.  Is that correct?

20  A.   That's based on what I've seen in -- for a typical

21       installation of the materials.  And when I reviewed

22       Mr. Coffin's testimony -- in fact, he actually

23       describes the -- the similar type of construction.

24  Q.   Well, he describes walls moving when exposed to

25       significant vibration, correct?

*WORD-4-WORD TRANSCRIPTION SERVICE   (207) 441-8055*

43

1   A.   He actually describes the -- the construction, as

2        well.  If you look on -- yeah, if you look on page 16

3        -- if I can refer you to that -- there was testimony

4        -- he described basically the same thing that I've

5        seen.  It wasn't a -- it wasn't a one-piece wall.  It

6        was sections.  And these sections were moving

7        independently of each other.  And there's a -- a

8        panel between -- a strip between each panel -- a

9        small strip just that I can see -- probably about an

10       inch.

11  Q.   Well, it's correct he testified that the walls were

12       moving when exposed to vibration?

13  A.   That's what he -- yeah, that's his testimony.  The --

14  Q.   And --

15  A.   The construction is consistent with what I described.

16  Q.   Sure.  And he testified that when the walls -- walls

17       moved, dust would be created?

18  A.   That was -- that's his testimony, yes.

19  Q.   Okay.  You have never been there?

20  A.   Correct.

21  Q.   You've never spoken to anyone who's been there?

22  A.   Correct.

23  Q.   You would agree that there was a tremendous amount of

24       vibration involved in a facility such as that?

25  A.   I wouldn't disagree with that.

*WORD-4-WORD TRANSCRIPTION SERVICE    (207) 441-8055*

44

```
 1  Q.  Right.  I mean you -- you talked about the fact that
 2      at the Brunswick Post Office cars going by on the
 3      street --
 4  A.  No, I said heavy traffic.
 5  Q.  Okay.
 6  A.  Yeah, sorry.
 7  Q.  Heavy traffic going by the street --
 8  A.  Yeah.
 9  Q.  -- of a building might cause vibration.  Well, I
10      assume it's even more likely to have vibration when
11      you have tractor trailer trucks and trains going
12      across the bridge?
13  A.  Absolutely, yeah.
14  Q.  So if you can be exposed to vibration at the post
15      office from heavy traffic going by on the street,
16      he's exposed to even more vibration on that bridge?
17  A.  That's true.
18  Q.  And --
19  A.  And the -- the difference that I was referring to in
20      terms of airborne fiber or exposure is the materials
21      on the bridge were not friable.  They were not
22      intrinsically friable.  The -- and the ceiling tiles
23      in the post office were -- are friable -- or were
24      friable materials.
25  Q.  But friable only --
```

45

1    A.    So that -- that was my distinction.

2    Q.    But friable only means that it can be crushed with

3          your hand?

4    A.    Well, that's a significant difference.

5    Q.    Yeah.  Well, constant movement can wear down even

6          non-friable material can it not?

7    A.    It can if they're -- if they're in close proximity.

8    Q.    Um hmm.

9    A.    Usually, the way that -- as I described, the way

10         those panels are installed, they leave a gap so that

11         you don't get constant rubbing.

12   Q.    So if -- if Mr. Coffin described that these walls are

13         moving, the trains are going across the -- the

14         bridge, the place -- the whole place is shaking, the

15         walls are moving, and there's dust created, he

16         couldn't be right about that?

17   A.    He could be right about that, absolutely.

18   Q.    And if there was dust created, it would be asbestos

19         dust?

20   A.    Not necessarily.  It could be all kinds of dust that

21         would be dislodged.  These are not hermetically

22         sealed rooms as far as I know.  That's not -- that's

23         not my experience of those types of enclosures.

24   Q.    Sure.  But when walls are moving and dust is created,

25         isn't it a fair assumption that that's where the dust

*WORD-4-WORD TRANSCRIPTION SERVICE    (207) 441-8055*

46

```
 1          is coming from if that's what you're observing?  I
 2          mean if I sit here and tear up these papers over the
 3          course of the next half hour and I get paper dust on
 4          my pants, even though I haven't analyzed it, it's
 5          fair to say that's probably paper dust is it not or
 6          --
 7   A.     Yeah, that's a reasonable -- a reasonable idea.
 8   Q.     With regard to the brakes, I'm also curious about --
 9          again, you testified that the braking that -- first
10          of all, you're not a bridge engineer?
11   A.     Absolutely not.
12   Q.     All right.  And you're not testifying as a bridge
13          engineer?
14   A.     No, I'm not.
15   Q.     And you've never been to the Carleton Bridge to see
16          how the bridge is raised and lowered?
17   A.     That's true.
18   Q.     And you're not suggesting are you that the bridge is
19          raised and lowered without using the brakes?
20   A.     No.  What I'm suggesting is that the motors and the
21          cable system are the principal mechanism controlling
22          the speed on that type of bridge so far as I know.
23          But as -- I'm not testifying as a bridge engineer.
24   Q.     Sure.  Would you agree that every time that span is
25          raised and lowered, the brakes are used?
```

*WORD-4-WORD TRANSCRIPTION SERVICE   (207) 441-8055*

47

1  A.   To some extent, yeah.

2  Q.   Would you agree in the wintertime they're even used

3       even more?

4  A.   Possibly, yeah.

5  Q.   And these -- these are not brake pads like one on --

6       on one's vehicle.  These are much larger and more

7       industrial --

8  A.   Yeah, these are industrial sized brakes.

9  Q.   And the brakes are not in -- in -- when I'm driving

10      around out in the -- in the free countryside air.

11      They -- they're actually in an enclosed space?

12 A.   Yes, correct.

13 Q.   All right.  So if -- if Mr. Coffin can be exposed to

14      asbestos driving around the countryside on his rural

15      route, he would be substantially more exposed to

16      brake pad dust in an enclosed machinery space on the

17      Carleton Bridge?

18 A.   If he spent extensive periods of time in that space,

19      possibly.

20 Q.   Okay.  You didn't mention that as one of the

21      potential causes that was asbestos exposure?

22 A.   I -- 1 did not mention that?

23 Q.   That -- that his exposed -- exposure to asbestos

24      brake pads is -- is one of the -- his potential

25      exposures while working at the Carleton Bridge?


*WORD-4-WORD TRANSCRIPTION SERVICE    (207) 441-8055*

1      MS. DAVIDSON: Objection. I think it misstates

2   the testimony and the report.

3      ADMINISTRATIVE LAW JUDGE: Perhaps we could get

4   some clarification?

5

6   **BY MR. NOONAN:**

7   Q.   Well, you would agree that -- that is one of his

8        exposures?

9   A.   A potential exposure.

10  Q.   Yeah. I mean you do -- I mean -- I -- I -- as I

11       understand it, you do agree he was exposed to

12       asbestos on the Carleton Bridge?

13  A.   To some extent, yeah.

14  Q.   So your entire knowledge of the asbestos on the

15       Carleton Bridge is based upon that one abatement

16       report and --

17      MS. DAVIDSON: Objection. Again, I believe that

18   misstates the testimony.

19

20  **BY MR. NOONAN:**

21  Q.   When you wrote your report, your entire basis for

22       your knowledge of asbestos exposure on the Carleton

23       Bridge was that one abatement report?

24  A.   That's true, yes.

25  Q.   Okay.

*WORD-4-WORD TRANSCRIPTION SERVICE   (207) 441-8055*

49

1   A.   And -- yes, I -- that's true.

2   Q.   And -- and what is -- identify that report for us.

3   A.   It's a -- an abatement report, which includes the

4        materials -- in fact, it includes the specifications

5        I think for the abatement removal.  And there was a

6        disposal receipt as I recall.

7   Q.   What is the general latency period from exposure to

8        asbestos to the development of mesothelioma?

9   A.   Typically, it's somewhere between 30 to 40 years.

10  Q.   What's the earliest exposure to development of

11       mesothelioma?

12  A.   The -- I mean the literature shows -- really shows --

13       I think the earliest that I've seen is 20 years.

14  Q.   In other words, just -- I mean if I'm exposed -- I

15       could swim in a bath of asbestos today.  I'm not

16       going to develop mesothelioma tomorrow, or next week,

17       or next month, or probably even next year.  It's

18       something that develops long after the exposure has

19       taken place?

20  A.   In the general population, that is true.  I can't say

21       that -- and again, I can't testify as a medical

22       expert, so I can't say that there aren't cases in the

23       literature -- in the literature because I believe

24       there are.  And as you -- as you mentioned, there are

25       some genetic predispositions to the development of

1          mesothelioma when exposed to -- to asbestosis and --

2     Q.   You --

3     A.   -- there -- there have been cases -- although I don't

4          have the references with me -- of young -- young

5          people being exposed to incidental asbestos from say

6          an asbestos worker's clothes.  And they've developed

7          mesothelioma prior to being over 40 years old.  So

8          this is -- when you're talking about latency periods,

9          you're really talking in general -- generalities

10         about the general healthy population.  So if you're

11         immunocompromised, if you've got a genetic

12         disposition, then all bets are off in terms of what

13         really -- what latency periods might be -- might be

14         applicable to hopefully people in the general

15         population.

16              MR. NOONAN:  Thank you.  I don't have any other

17    questions.

18              ADMINISTRATIVE LAW JUDGE:  All right.  Thank

19    you.  Anything else?

20              MS. DAVIDSON:  Yeah.

21

22                    **RE-DIRECT EXAMINATION**

23

24    **BY MS. DAVIDSON:**

25    Q.   I just want to clarify, Mr. Broadhead, you -- you

                *WORD-4-WORD TRANSCRIPTION SERVICE    (207) 441-8055*

1     were asked about vibration and you testified about

2     the relevance of vibration regarding releasing dust

3     from the ceiling tiles at the Postal Service, and

4     then also asked about vibration on the bridge causing

5     the potential release of dust from the wallboard.

6     And why -- can you explain the distinction?

7  A.  The -- the ceiling tiles that we've got photographic

8     evidence of, and the fact that they were abated, and

9     the fact that they are over ten percent Amosite

10    material first -- and they are friable material, and

11    they're recognized as friable material gives me

12    concern about -- and vibration and damage in that

13    facility in not only the airborne fiber, but where

14    the settled fiber ends up.  And if you look at the

15    distribution of where those ceiling tiles were, they

16    were throughout the building.  So if you were -- for

17    example, turn up your paper and you found dust on

18    your trousers in the post office, you couldn't

19    definitively say was it paper dust or did you get it

20    from the ceiling tiles because -- you know, as you

21    can see -- look behind you.  Ceiling tiles -- when

22    they come out of -- when they're damaged, they fall

23    out.  Particles -- airborne particulate can end up

24    settling out.  So with that issue, in the Carleton

25    Bridge as -- as I understand it and I think I can --

1 from what I can ascertain, that there was Transite

2 wallboard material, which was affixed to the walls --

3 and when I read Mr. Coffin's testimony, it's -- is

4 consistent with what I've seen for construction and

5 use of non-friable Transite wallboard that was

6 affixed to the wall. And even though that was

7 moving, the Transite was not degrading in high

8 concentrations to release airborne fiber. Now you

9 might have got some visible dust. But the visible

10 dust dropping out doesn't mean that the airborne

11 fiber concentrations, which you can't actually see,

12 are significant. Without airborne fiber data, the

13 best I can do is say this is non-friable material. I

14 don't see a mechanism for abrasion occurring because

15 you've got transient -- transient strips, you've got

16 separation strips, and it's a non -- and as we said

17 before, it's non-friable compared to the friability

18 of ceiling tiles. So I -- I don't know if that

19 answers your question or not.

20 Q. And you were asked about what documents you relied

21 upon in terms of asbestos and/or abatement done at

22 the Carleton Bridge.

23 A. Right.

24 Q. And I'll show you these documents that are already in

25 evidence as -- I believe this one's -- I think --

Defendant MCRR's Expert Witness Designation    Case 2:18-cv-00472-NT    Document 127-5    Filed 12/20/20    Page 164 of 175    PageID #: 3769

53

1    this -- this one is in evidence as Employer's Exhibit

2    Number 7.

3  A.    Okay.  This is the New Meadows abatement

4    documentation that I was referring to.

5  Q.    And you had those documents to review --

6  A.    Correct.

7  Q.    -- and analyze before preparing the written report?

8  A.    Yes.

9  Q.    And I'll also show you documents that came from the

10    State of Maine that's in evidence as Employer's

11    Exhibit Number 6.

12  Q.    Yeah, these are -- these are the disposal receipts

13    for asbestos containing waste materials from the

14    Carleton Bridge.  And they were provided from New

15    Meadows Abatement to Brian Watson of the Cianbro

16    Corporation.  And they describe the materials that

17    were taken out as non-friable wrapped materials from

18    the Carleton Bridge, and then the -- this -- a number

19    of those are receipts.  And this is the bidding

20    section from -- the bid documents that -- this is

21    dated April 6th, 2000.  And this is the special

22    provision section 104 from the bid documents I

23    believe for the demolition of the bridge.  And it

24    says that lead and asbestos abatement are required on

25    this project.  And the -- they describe the existing

*WORD-4-WORD TRANSCRIPTION SERVICE    (207) 441-8055*

```
 1          control house containing asbestos.  And then this is

 2          section 815, which says asbestos removal, including

 3          Transite panels, floorboards, sheeting, and

 4          insulation is included in all of this item.

 5   Q.     And these are documents you reviewed --

 6   A.     Yes.

 7   Q.     -- in connection with preparing your report, correct?

 8   A.     Yes.

 9   Q.     And you also had some discovery information that was

10          provided by the employee that you relied on when

11          making certain assumptions about the presence of

12          asbestos, correct?

13   A.     Correct.

14   Q.     And you were asked about on the Carleton Bridge the

15          brakes being in an enclosed space and the likelihood

16          of exposure being present when the brakes were in

17          operation.  And is -- exposure in that situation

18          would really only happen if the individual was in the

19          room that the brakes are housed in at -- at the time

20          they're in operation.  Is that correct?

21              MR. NOONAN:  Objection; leading.

22              ADMINISTRATIVE LAW JUDGE:  Yeah, seriously.

23

24   BY MS. DAVIDSON:

25   Q.     What's the likelihood of an individual being exposed
```

*WORD-4-WORD TRANSCRIPTION SERVICE   (207) 441-8055*

1    to brakes on the Carleton Bridge if they're not

2    present in the room during operation?

3          ADMINISTRATIVE LAW JUDGE:  Can you just say that

4  again?  I'm sorry.

5

6  **BY MS. DAVIDSON:**

7  Q.    What's --

8          MS. DAVIDSON:  If I can remember correctly.

9          ADMINISTRATIVE LAW JUDGE:  Yeah.

10

11  **BY MS. DAVIDSON:**

12  Q.    What's the likelihood of an individual being exposed

13      to asbestos from the brakes on the --

14          ADMINISTRATIVE LAW JUDGE:  There you go.

15

16  **BY MS. DAVIDSON:**

17  Q.    -- Carleton Bridge when they're not in the room while

18      in operation?

19  A.    I -- I think it's unlikely that you would be exposed

20      to significant concentrations, although you could be

21      exposed to whole concentrations of asbestos if the

22      brakes were -- were shown to be -- being rendered --

23      the brake pads were shown to be rendered friable and

24      wind -- you know, higher -- you know, wind direction

25      was able to move the air from one place to another

56

```
 1         where you've got an employee.  But you need a lot of
 2         conditions --
 3   Q.    Um hmm.  And --
 4   A.    -- to -- to line up.
 5   Q.    And in terms of -- we talked -- or you've testified
 6         and were asked questions about potential exposure to
 7         asbestos while working at the Carleton Bridge.  And
 8         if there is some exposure from that employment, does
 9         that change your opinion about the likelihood of
10         exposure while working at the postal service?
11   A.    No.
12   Q.    Thank you.
13   A.    No.
14             MS. DAVIDSON:  Those are all my questions.
15             ADMINISTRATIVE LAW JUDGE:  All right.  Thank
16   you.  Anything else?
17
18                   RE-CROSS EXAMINATION
19
20   BY MR. NOONAN:
21   Q.    With regard to the brake pads again, I mean the brake
22         pads on the bridge mechanism are much larger than the
23         brake pads on a vehicle?
24   A.    Correct.
25   Q.    The brake pads on the bridge mechanism are exposed to
```

57

```
 1        much more forces than the brake pads on a vehicle?
 2   A.   Well, again not testifying as a bridge engineer, but
 3        my understanding of -- of the way that the -- of the
 4        bridge gantry cable system works, the -- the brakes
 5        aren't slowing down the -- the section that's moving
 6        -- the moveable section.  It's the cables and the
 7        motors that slow that down.  And the -- the brakes
 8        lock after that has stopped.  So it's not like you're
 9        trying to slow down a runaway train with -- with the
10        -- the brake system.
11   Q.   You -- so you don't think there -- brake pads are
12        exposed to more force in a -- in a bridge mechanism
13        than they are in your typical vehicle?
14   A.   Yeah, I -- no, I would agree with that.
15   Q.   All right.  Well, that --
16   A.   Yeah.
17   Q.   I'm sorry.
18   A.   Yeah.
19   Q.   That's what I asked.
20   A.   All right.
21   Q.   All right.  And --
22   A.   There's different --
23   Q.   -- the brake --
24   A.   -- different -- different type of a force.
25   Q.   When you're driving around the countryside in a
```

*WORD-4-WORD TRANSCRIPTION SERVICE    (207) 441-8055*

58

```
 1        vehicle, the brake pad -- I mean there's a tremendous

 2        amount of environmental forces that's spreading any

 3        asbestos towards or around in the countryside --

 4        wind, the movement of the vehicle --

 5   A.   I don't --

 6   Q.   -- all of those things.

 7   A.   I don't -- I wouldn't disagree with that.

 8   Q.   All right.  The brakes pads in the -- in the Carleton

 9        Bridge are in an enclosed room.

10   A.   Correct.

11   Q.   So that dust doesn't freely spread around the

12        countryside like it would be in driving around in a

13        postal vehicle.  A lot of it's going to be retained

14        in that room.

15   A.   But it's not in the control room.

16   Q.   But it's in the --

17   A.   It's in --

18   Q.   -- the machinery space.

19   A.   Okay.

20   Q.   And someone's got to go down there and clean it up.

21        Isn't that fair to say?

22   A.   My -- my experience of -- of those kinds of spaces is

23        that cleaning is sporadic.

24   Q.   Um hmm.

25   A.   Occupation is sporadic.
```

1  Q.   Would you --

2  A.   Exposure is -- is sporadic.

3  Q.   To -- to the extent we're talking about exposure to

4       brake pad dust, there would be a lot more exposure on

5       the bridge than there would be driving around in

6       someone's vehicle wouldn't -- wouldn't there be?

7  A.   I don't disagree with that.

8  Q.   All right.

9  A.   My -- my point was exposure in a building that's got

10      a lot of asbestos in it and it's distributed

11      everywhere you go -- I think that's a -- that's a

12      mechanism for continued and long-term given a 24 year

13      period.  When you look at that, that's a long-term

14      exposure.

15 Q.   Well, it wasn't really 24 years was it?  I mean the

16      -- a lot of that asbestos was out of there long

17      before he left the post office.

18 A.   The -- the last -- well, the last abatement that I

19      have is 2005, so a 20-year --

20 Q.   He got there in the late '80's.

21 A.   Well, that makes that pretty close to 20 years.

22 Q.   Most of the asbestos abatement is in the late 1990's

23      isn't it?

24 A.   The stuff that they're still taking out was in I

25      think 2005.

*WORD-4-WORD TRANSCRIPTION SERVICE   (207) 441-8055*

60

```
 1   Q.   And you agree most of the documentation is from the

 2        late '90's?

 3   A.   You're not --

 4             MS. DAVIDSON:  Are you referring to abatement --

 5             MR. NOONAN:  Yeah.

 6             MS. DAVIDSON:  -- documents?

 7             MR. NOONAN:  Yeah.

 8             MR. BROADHEAD:  Well, the DEP documents are as I

 9   said dated 1998, 1999, and 2005 I think.

10

11   BY MR. NOONAN:

12   Q.   Most of the asbestos -- I mean you agree or disagree

13        with me -- most of the asbestos abatement documents

14        indicate that that was done in the late 1990's?

15   A.   That's true -- well, I'd have to look at that.  I

16        don't -- I can tell you what I can see on the -- on

17        the notification records.  What's left in the

18        building, I don't know.  How much dust is left in the

19        building, I don't know.

20   Q.   But you keep talking about 24 years.  It's not really

21        24 years.

22   A.   Well, I -- I think I only mentioned 24 years once,

23        but -- so what I'm saying it's a significant -- the

24        longer period than a ten-month period on the Carleton

25        Bridge --
```

*WORD-4-WORD TRANSCRIPTION SERVICE    (207) 441-8055*

61

Q.   And even if --

A.   -- with -- with different materials.

Q.   And even if the -- with regard to the latency period

     -- those last few years -- even if there was asbestos

     there, that wouldn't play any role in the development

     of his disease in 2017 would it?

          MS. DAVIDSON:  Objection --

          MR. BROADHEAD:  I can't -- I can't --

          MS. DAVIDSON:  -- foundation and argumentative.

          MR. NOONAN:  Okay.

          MR. BROADHEAD:  Yeah.

          MR. NOONAN:  Okay.  Well, I'm not trying --

          MR. BROADHEAD:  Yeah.

          MR. NOONAN:  -- to be argumentative.

          MR. BROADHEAD:  No.

          MR. NOONAN:  All right.


BY MR. NOONAN:

Q.   Are you able to testify about the length of exposure

     and the likely development of the disease or is that

     more of a medical question?

A.   I think that's more of a medical question.  But I

     think from an industrial hygiene point of view, the

     longer the exposure -- that's a significant affect.

          MR. NOONAN:  I don't have any other questions.


*WORD-4-WORD TRANSCRIPTION SERVICE   (207) 441-8055*

62

1          MS. DAVIDSON:  Nothing further.

2          ADMINISTRATIVE LAW JUDGE:  Is there anything

3   else for the record today?

4          MR. NOONAN:  No.

5          MS. DAVIDSON:  No.

6          ADMINISTRATIVE LAW JUDGE:  All right.  We can go

7   off record.

8

9                        **OFF THE RECORD**

10

11     (Wherefore the above-entitled proceedings were

12   concluded on this date.)

13

14     I, Michele Grant, do attest and hereby certify that

15   the preceding is a true transcript of a digital recording

16   of a workers' compensation hearing held in this case on

17   November 27th, 2018.

18

19                        _____

20                        Michele Grant, Transcriptionist

21                        Word-4-Word Transcription Service

22

23

24

25

*WORD-4-WORD TRANSCRIPTION SERVICE    (207) 441-8055*

 **NORTHEAST TEST CONSULTANTS**

# PROFESSIONAL PROFILE

## Stephen R. Broadhead:

Chartered Chemist, Member of the Royal Society of Chemistry, ABIH Certified Industrial Hygienist (CIH) in the Comprehensive Practice of Industrial Hygiene, Certified Microbial Consultant (CMC)
**Title:** President of NORTHEAST TEST CONSULTANTS

Mr. Broadhead has over forty (40) years of experience in the field of chemical control & corrosion, safety & health, indoor air quality, asbestos/lead related projects, and industrial hygiene through his consulting and power generation career in the United States and the United Kingdom and as president of NORTHEAST TEST CONSULTANTS.

Mr. Broadhead is a Chartered Chemist, Chartered Scientist, Member of the Royal Society of Chemistry, Member of the American Institute of Chemists, Member of the American Industrial Hygiene Association (AIHA), and a Certified Industrial Hygienist (CIH) by the American Board of Industrial Hygiene (ABIH). Mr. Broadhead is also a registered Asbestos Consultant in the State of Maine, as well as a US EPA AHERA Inspector, Design Consultant and Management Planner.

Mr. Broadhead has taken courses for mold certification as a Certified Indoor Environmentalist (CIE) and a Certified Mold Technician (CMT).

Mr. Broadhead has become certified by the American Council for Accredited Certification (ACAC) as a Certified Microbial Consultant (CMC).

Mr. Broadhead has attended various continuing education courses including Indoor Air Quality courses provided by the Harvard Education Resource Center for Occupational Safety and Health, Maine Indoor Air Quality Council, etc.

Mr. Broadhead is an instructor for various training courses provided through NORTHEAST TEST CONSULTANTS ENVIRONMENTAL TRAINING CENTER.

Mr. Broadhead has provided numerous expert witness testimonies for environmental exposure litigation cases, including mold related activities.

 **NORTHEAST TEST CONSULTANTS**

## Steve Broadhead
## Consultation and Expert Witness Testimony References

| | |
|---|---|
| Various Commercial and Industrial Clients | OSHA Compliance Training for Cadmium, Lead, Asbestos, Respiratory Protection, Workplace Safety, etc. |
| Ken Gray<br>Pierce Atwood<br>One Monument Square<br>Portland ME  04101 | Document Review and Consultation |
| Rich Bayer<br>Robinson, Kriger & McCallum<br>12 Portland Pier<br>PO Box 568<br>Portland ME  04112-0568 | Expert Testimony & Consultation |
| Tim Bryant & Jeff Edwards<br>Preti Flaherty<br>One City Center<br>PO Box 9546<br>Portland ME  04112-9546 | Indoor Air Quality Testing / Consultation<br>Expert Testimony |
| Bruce Hepler, Esq.<br>75 Pearl St, #214<br>Portland ME  04101 | Indoor Air Quality Testing / Consultation<br>Expert Testimony |
| John Giffune<br>Verrill & Dana<br>One Portland Square<br>Portland ME  04112 | Document Review / Consultation |
| Robert Kline<br>Kline Law Offices<br>One City Center, 11th Floor<br>PO Box 7859<br>Portland ME  04112-7859 | Consulting for Community Noise Levels |
| James Poliquin<br>Norman Hanson & Detroy LLC<br>415 Congress Street<br>PO Box 4600<br>Portland ME  04112-4600 | Professional Services / Consulting |