## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| VICTOR COFFIN, an individual and VICTOR COFFIN, as Personal Representative of the Estate of Linda Coffin, Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action |
| v. | ) ) | Docket No. 2:18-cv-00472-NT |
| AMETEK, INC., et al, | ) ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL

Plaintiff Victor Coffin and Defendant Maine Central Railroad ("MCRR"), by and through undersigned counsel, stipulate to the dismissal with prejudice of all of Mr. Coffin's claims against MCRR, with the parties bearing their own fees and costs.

Dated: March 4th, 2021                    GOLDBERG, PERSKY & WHITE, P.C.


By:    /s/ *Jason T. Shipp*_____
       Joseph J. Cirilano, Esquire
       Admitted Pro Hac Vice
       Jason T. Shipp, Esquire
       Admitted Pro Hac Vice
       Suite 1800
       11 Stanwix Street
       Pittsburgh, Pa.   15222
       412-471-3980
       412-471-8308 (fax)


       MCTEAGUE, HIGBEE, CASE, COHEN,
       WHITNEY & TOKER, P.A

By:    /s/ *Kevin M. Noonan*_____
       Kevin M. Noonan, Esquire
       Four Union Park

        P.O. Box 5000
        Topsham, ME 04086-5000
        207-725-5581

        Attorneys for Plaintiff

        EATON PEABODY

By:  /s/*Jason C. Barrett*
    Jason C. Barrett, Esq. - Bar No. 4326
    80 Exchange Street
    P.O. Box 1210
    Bangor, ME 04402-1210
    (207) 947-0111

    Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that true and correct copies the foregoing Stipulation of Dismissal were served on Counsel of Record this 4th day of March, 2021, via this Courts ECF system.

                                         GOLDBERG, PERSKY & WHITE, P.C.

                                         /s/ *Jason T. Shipp*_____
                                         Jason T. Shipp, Esquire